# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: September 21, 2026

| | | |
|---|---|---|
| ANGELA GORNOWICZ, Petitioner, | | PUBLISHED |
| | | No. 17-2053V |
| v. | | Special Master Nora Beth Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent. | | Dismissal; Significant Aggravation; Tetanus Diphtheria Acellular Pertussis ("Tdap") Vaccine; Multiple Sclerosis ("MS"). |

Diana Lynn Stadelnikas, mctlaw, Sarasota, FL, for Petitioner.
Dima Jawad Atiya, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On December 28, 2017, Angela Gornowicz ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act," "the Program," or "the Act"), 42 U.S.C. § 300aa-10 et seq. (2018)[2] alleging that a tetanus-diphtheria-

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

acellular pertussis ("Tdap") vaccine[3] she received on May 19, 2016, caused her to suffer an injury of multiple sclerosis ("MS"), or in the alternative, significantly aggravated her MS. Petition at 1, 3 (ECF No. 1). Petitioner now alleges that the vaccine she received significantly aggravated her MS. Joint Submission at 2. Respondent argued against compensation, stating that "this case is not appropriate for compensation under the terms of the [Vaccine] Act." Respondent's Report ("Resp. Rept.") at 1 (ECF No. 20).

After carefully analyzing and weighing the evidence presented in this case in accordance with the applicable legal standards,[4] the undersigned finds that Petitioner has failed to provide preponderant evidence that her Tdap vaccination significantly aggravated her MS. Thus, Petitioner has failed to satisfy her burden of proof under Loving v. Secretary of Health & Human Services, 86 Fed. Cl. 135, 142-44 (2009).[5] Accordingly, the petition must be dismissed.

## I. ISSUES TO BE DECIDED

The parties agree that Petitioner suffers from relapsing-remitting MS.[6] Joint Submission at 1; see also Petitioner's Post-Hearing Memorandum ("Pet. Memo"), filed Jan. 20, 2026, at 1

[3] Petitioner initially alleged that the causal vaccination was diphtheria-tetanus-acellular pertussis ("DTaP"), however, the parties' joint submission clarified the vaccine at issue was Tdap. See Joint Submission, filed Mar. 25, 2025, at 1 (ECF No. 137).

[4] While the undersigned has reviewed all of the information filed in this case, only those filings and records that are most relevant will be discussed. See Moriarty v. Sec'y of Health & Hum. Servs., 844 F.3d 1322, 1328 (Fed. Cir. 2016) ("We generally presume that a special master considered the relevant record evidence even though he does not explicitly reference such evidence in his decision."); see also Paterek v. Sec'y of Health & Hum. Servs., 527 F. App'x 875, 884 (Fed. Cir. 2013) ("Finding certain information not relevant does not lead to—and likely undermines—the conclusion that it was not considered.").

[5] In significant aggravation off-Table claims, the appropriate framework is set forth in the Loving factors. Loving, 86 Fed. Cl. at 144. Under Loving, a petitioner must provide preponderant evidence of (1) her condition prior to administration of the vaccine, (2) her current condition (or the condition following the vaccination if that is also pertinent), (3) whether her current condition constitutes a "significant aggravation" of her condition prior to vaccination, (4) a medical theory causally connecting such a significantly worsened condition to the vaccination, (5) a logical sequence of cause and effect showing that the vaccination was the reason for the significant aggravation, and (6) a showing of a proximate temporal relationship between the vaccination and the significant aggravation. Id.

[6] "[MS] is a chronic inflammatory disease of the central nervous system [("CNS")] which leads to the formation of focal confluent lesions of primary demyelination in the white and gray matter and to diffuse damage and neurodegeneration in the entire brain. In general[,] the disease starts in patients in the third decade of life with a relapsing and remitting clinical course." Pet. Ex. 35 at 2 (Hans Lassman, Pathogenic Mechanisms Associated with Different Clinical Course of Multiple Sclerosis, 9 Front. Immunol. 3116 (2019)).

(ECF No. 174); Resp. Post-Hearing Brief ("Resp. Br."), filed Mar. 16, 2026, at 23 (ECF No. 176); Pet. Reply to Resp. Br. ("Pet. Reply"), filed Aug. 20, 2026, at 2 (ECF No. 182) ("[T]he parties agree that Petitioner's ultimate diagnosis is [MS]."). The parties disagree as to nature of Petitioner's condition prior to vaccination. See, e.g., Pet. Reply at 2-3.

As the parties agree that this case involves the question of whether a vaccination significantly aggravated MS, the appropriate causation framework is set forth in Loving. See, e.g., Resp. Br. at 23; Pet. Reply at 1-2. The parties dispute whether Petitioner has provided preponderant evidence that she suffered a significant aggravation of her pre-existing condition. See Resp. Br. at 23. Specifically, the parties dispute whether Petitioner has preponderantly proven that the administration of a Tdap vaccination can significantly aggravate relapsing-remitting MS; whether Petitioner has proven a logical sequence of cause and effect between the subject vaccination and the onset of significant aggravation of relapsing-remitting MS; and whether Petitioner has preponderantly proven that the onset of significant aggravation of Petitioner's relapsing-remitting MS occurred within a medically appropriate timeframe with respect to Petitioner's Tdap vaccination. Joint Submission at 2.

## II. BACKGROUND

### A. Procedural History

Petitioner filed her petition on December 28, 2017. Petition. The case was assigned to former Special Master Gowen. Notice of Assignment dated Dec. 29, 2017 (ECF No. 4). Between January 2018 and July 2018, Petitioner filed medical records.[7] Pet. Exhibits ("Exs.") 1-9. On March 13, 2019, Respondent filed his Rule 4(c) report arguing against compensation. Resp. Rept. at 1.

On November 21, 2019, Petitioner filed an expert report from Dr. Andrew Goodman. Pet. Ex. 16. The case was then reassigned to the undersigned. Notice of Reassignment dated Jan. 23, 2020 (ECF No. 38).

Respondent filed an expert report from Dr. Thomas Forsthuber on April 7, 2020 and an expert report from Dr. J. William Lindsey on October 20, 2020. Resp. Exs. A, C. On July 23, 2021, Petitioner filed a second expert report from Dr. Goodman. Pet. Ex. 28. And, on September 17, 2021, Respondent filed supplemental expert reports from Dr. Forsthuber and Dr. Lindsey. Resp. Exs. E-F.

On November 9, 2021, the undersigned held a Rule 5 conference. Order dated Nov. 9, 2021 (ECF No. 68). The undersigned advised the parties she was unable to provide preliminary findings as to causation. Id. at 1. Accordingly, the undersigned recommended holding an entitlement hearing. Id. She was able to provide preliminary findings on onset and diagnosis. Id. Specifically, she preliminary found onset occurred two days after vaccination and that Petitioner's diagnosis was relapsing-remitting MS. Id.

[7] Petitioner continued to file medical records throughout litigation.

An entitlement hearing was initially scheduled for September 22 and 23, 2023. Prehearing Order dated Mar. 17, 2022 (ECF No. 75).

On September 14, 2023, eight days before the scheduled entitlement hearing, Respondent filed new medical literature and a demonstrative exhibit. Resp. Exs. H-L. On September 18, 2023, the undersigned granted Petitioner's motion to stay the entitlement hearing due to, inter alia, Respondent's late-filed evidence. See Order Granting Motion for Stay of Hearing dated Sept. 18, 2023, at 1-2 (ECF No. 103). Petitioner was afforded the opportunity to file additional expert reports to address the late-filed evidence. Id. The entitlement hearing was rescheduled for April 29, April 30, and May 1, 2025. Prehearing Order dated Aug. 20, 2024 (ECF No. 130).

On February 26, 2024, Petitioner filed an expert report from Dr. Darin Okuda. Pet. Ex. 57. Respondent filed supplemental expert reports from Dr. Forsthuber and Dr. Lindsey on June 3, 2024. Resp. Exs. M-N. Petitioner filed rebuttal expert reports from Dr. Goodman and Dr. Okuda on August 19, 2024. Pet. Exs. 73-74.

An entitlement hearing was held on April 29 and April 30, 2025. Transcript ("Tr.") 4, 237. Petitioner, Dr. Goodman, Dr. Okuda, Dr. Lindsey, and Dr. Forsthuber testified. Tr. 7-230, 237-418.

On June 23, 2025, Petitioner filed a motion to strike portions of Dr. Forsthuber's hearing testimony. Petitioner's Motion to Strike and Objection to Expert Testimony ("Motion to Strike"), filed June 23, 2025 (ECF No. 158). In the alternative to striking Dr. Forsthuber's testimony, Petitioner requested that her experts "be permitted to draft and file a written response, limited to the new opinions offered, after which the evidentiary record [would be] closed." Motion to Strike at 11. The undersigned denied the motion to strike, but she granted Petitioner's alternative remedy and allowed Petitioner to file a written response from her experts to the opinions offered by Dr. Forsthuber at the hearing which were the subject of the motion to strike. Order Denying Motion to Strike dated July 22, 2025, at 1 (ECF No. 163). Accordingly, Petitioner filed an expert report from Dr. Okuda on October 9, 2025. Pet. Ex. 98.

On January 20, 2026, Petitioner filed her post-hearing brief. Pet. Memo. Respondent filed his post-hearing brief on March 16, 2026, and, on April 20, 2026, Petitioner filed her reply. Resp. Br.; Pet. Reply.

This matter is now ripe for adjudication.

### B. Factual History

#### 1. Summary of the Medical Records[8]

Petitioner's medical history was significant for hypothyroidism, acute serious otitis media, hand pain, obesity, and rosacea. Pet. Ex. 27 at 10. Relevant herein, Petitioner reported to have suffered from balance issues dating back to 2014, which was several years prior to her Tdap vaccination. Pet. Ex. 8 at 8.

On May 19, 2016, Petitioner was bitten by a dog while she was working as a dog groomer. Pet. Ex. 2 at 24. Petitioner went to the emergency room ("ER") at Western Reserve Hospital and was examined by Kelly Dimitris, M.D. Id. at 31. It was noted that the wound was "very superficial," and that there was "no evidence of puncture wounds." Id. at 28. While being treated for the dog bite, Petitioner received the subject Tdap vaccination in the left deltoid. Pet. Ex. 1 at 1; Pet. Ex. 2 at 21. Petitioner received the vaccine at 4:20 pm. Pet. Ex. 2 at 22.

One week later, on May 26, 2016, Petitioner returned to the ER at Western Reserve Hospital, where she was evaluated by Dr. Dimitris for complaints of "left arm numbness and paresthesia" for the past five days. Pet. Ex. 2 at 4. Petitioner reported that she had been evaluated for a dog bite at the ER on May 19, 2016, and that she had received a Tdap vaccine. Id. Petitioner further reported that "[three] days afterwards she began having shooting pains down the entire left arm in addition to numbness and decreased hand mobility" and "intermittent shooting pains down the entire left arm into [her] digits." Id. Petitioner denied worsening symptoms with motion, and she had no increased erythema, fluctuance at the injection site, red streaking, arm swelling, fever, or chills. Id. Petitioner also reported she felt "that her symptoms [were] worsening from the initial time of onset." Id. Of note, the triage report from the May 26, 2016 visit stated Petitioner received Tdap vaccine on Thursday, May 19, 2016, and started feeling numbness in her arm on Saturday, May 21, 2016, two days after vaccination. Id. at 14.

On examination, Petitioner had "mild decrease of [two] point discrimination of left arm[9] and decreased hand grip." Pet. Ex. 2 at 8. Petitioner was advised that her symptoms were suspicious for a "cervical radiculopathy" and "less concerning for shunt (sic) reaction[10] given

---

[8] This summary of medical records is largely taken from the parties' briefs, as the undersigned finds they provided an accurate representation of the records. See Resp. Br. at 2-17; Pet. Memo. in Support of Entitlement ("Pet. Prehrg. Memo."), filed Mar. 4, 2025, at 3-9 (ECF No. 133). The summary has been edited by the undersigned.

[9] Two-point discrimination test is used to evaluate cortical sensory function. See George Newman, How to Assess Sensation, Merck Manual, https://www.merckmanuals.com/professional/neurologic-disorders/neurologic-examination/how-to-assess-sensation (last visited Aug. 20, 2026). In the test, patients are asked to distinguish between one and two simultaneous, closely placed pinpricks. Id.

[10] The phrase "shunt reaction" appear to be a typographical error. Given the context of the record, the phrase "shot reaction" is more likely what was meant.

the delayed onset of her symptoms." Id. Petitioner was advised to follow up with her primary care provider ("PCP") for further evaluation. Id. At discharge, the assessment was left arm pain, likely secondary to cervical radiculopathy. Id.

On May 31, 2016, Petitioner was seen at her PCP's office by nurse practitioner ("NP") Jenna R. Ackerman. Pet. Ex. 3 at 8. Petitioner presented with complaints of "left shoulder numbness down to fingertips – shoulder blade – left toes – no injury – had [Tdap] shot [May 19, 2016]." Id. NP Ackerman noted that Petitioner's left shoulder numbness began on May 21, 2016, and that there had been no improvement with Medrol (a corticosteroid). Id. The record indicates that Petitioner's pain was localized in the "posterior shoulder and [left] side." Id. Petitioner reported that she had throbbing pain in her hand and tingling radiating up her neck, and that her "arm felt cold at work yesterday." Id. She also reported having tingling in her big toe. Id. Petitioner denied any symptoms on her right side. Id. The assessment was cervical disc disorder with radiculopathy. Id. at 9. The plan was for an X-ray and physical therapy ("PT"). Id. A cervical X-ray taken that day revealed no abnormalities. Pet. Ex. 7 at 125.

Petitioner returned to NP Ackerman on June 6, 2016. Pet. Ex. 3 at 12. Petitioner reported that her symptoms were "getting worse." Id. Her entire left side was numb, and she felt numbness from her left shoulder "to [the] fingertips down [to] [the] chest [and] down to toes." Id. Petitioner further reported that she was unable to work because she could not hold a dog with her left arm. Id. She also described "some numbness" on her right side that lasted approximately one hour and had since resolved. Id. The assessment was acute pain of left shoulder, neuropathy, and numbness. Id. at 13-14. NP Ackerman ordered bloodwork and an electromyography ("EMG")/ nerve conduction study ("NCS"). Id.

On the same day, Petitioner underwent an EMG/NCS on the left upper and lower limbs. Pet. Ex. 7 at 118-19. The results showed a normal study with no evidence of mononeuropathy, generalized neuropathy, radiculopathy, plexopathy, or myopathy. Id. at 119.

Petitioner had an initial PT evaluation on June 8, 2016. Pet. Ex. 7 at 19. Petitioner reported that her symptoms began two days after her Tdap vaccination with numbness in her left hand and arm and tingling with pain in her shoulder and left rib cage. Id. at 30. Petitioner attended five PT sessions between June 8 and June 23, 2016. See id. at 19.

On June 14, 2016, Petitioner presented to the Crystal Clinic Orthopaedic Center and was seen by physician assistant ("PA") Jessica Koberling for left shoulder pain. Pet. Ex. 5 at 5. Petitioner complained of numbness, tingling, and weakness. Id. at 8. Petitioner also reported diffuse left shoulder pain, pain into her left scapula, and neck pain. Id. PA Koberling noted that Petitioner was scheduled for a left shoulder magnetic resonance imaging ("MRI") in the afternoon, and that she had previously completed an EMG/NCS study on June 7, 2016. Id. On examination, Petitioner showed pain with left shoulder range of motion ("ROM"), no pain upon evaluation of the right shoulder, and full cervical ROM. Id. at 8-9. That same day, Petitioner had a left shoulder MRI, which showed "mild bicipital tenosynovitis," but was "otherwise unremarkable." Id.

Petitioner returned to Crystal Clinic Orthopaedic Center on June 21, 2016, and was seen by Curtis Noel, M.D., for left shoulder pain. Pet. Ex. 5 at 1. Petitioner reported that her left shoulder pain was "a lot worse[,]" she was unable to use that arm, and that her pain was a 10/10. Id. Petitioner's complaints were associated with the "trapexius, deltoid and diffuse location." Id. Further, she reported that pain and numbness radiated to her fingertips, and "some pain goes into legs." Id. Dr. Noel noted that a May 2016 MRI showed no damage to Petitioner's shoulder or nerves, and that he "cannot explain the numbness in her hand and into her legs." Id. at 3. Dr. Noel referred Petitioner to a neurologist and noted that Petitioner would be unable to work for the next three weeks. Id.

On June 28, 2016, Petitioner was seen at Concentra Medical Centers, Akron Downtown by Ray Benson, D.O., with complaints of numbness and tingling on her left side following a Tdap vaccination while being treated for a dog bite. Pet. Ex. 6 at 6. Petitioner reported that her left-sided upper and lower extremity neuropathy began after she received a Tdap vaccination. Id. at 6-7. Petitioner indicated that her left leg neuropathy had decreased. Id. at 7. A sensory examination found "dysesthesia present" with "decreased light touch sensation" in her upper left extremity. Id. at 8. Petitioner had a negative Romberg test and normal gait. Id. Her left grip strength was noted as 3/5 while her right grip strength was 5/5. Id. The assessment was idiopathic peripheral neuropathy. Id. at 9. Petitioner was cleared to return to work and again referred to neurology. Id. at 8-9.

Petitioner presented to Akron Neurology[11] on July 8, 2016, with a chief complaint of left arm numbness. Pet. Ex. 4 at 8. Petitioner reported that she was "bit in the face by [a] dog" on May 19, 2016. Id. Petitioner again recounted that she received a Tdap vaccine and two days later developed numbness into her fingertips of her left hand. Id. Petitioner complained of paresthesias, feeling "tight" in her hand, and pain through her fingers. Id. Petitioner reported paresthesias "going down" the left side of her neck into her left arm and fingers, which was "constant." Id. It was noted that Petitioner had trouble with fine motor movements, trouble with grip, and that she was unable to perform her job as a dog groomer. Id. The record also reflects that Petitioner's symptoms had "mildly improved since onset." Id. The assessment was peripheral (brachial neuritis with radiculopathy) versus central (cervical stenosis/demyelinating disease), with prior involvement of the left hemi-body and leg, suggesting central involvement. Id. at 10. The plan was a repeat EMG/NCS as the prior study was completed only two weeks following symptom onset, and MRIs of the brain and cervical spine were ordered to evaluate for a demyelinating lesion and cervical stenosis. Id.

On August 10, 2016, Petitioner underwent her first brain MRI, showing a "9 mm oval-shaped right supraventricular lesion at the posterior body of the right lateral ventricle level." Pet. Ex. 7 at 92. The MRI also showed "several smaller perpendicular supraventricular ovoid lesions." Id. In addition, cervical MRI showed a "6 x 13 mm FLAIR hyperintense intramedullary lesion at the C1-C2 level of the cervical portion of [the] spinal cord, consistent

[11] The medical records from Petitioner's Akron Neurology visits are handwritten and it is difficult to determine the name of her treating provider. See Pet. Ex. 4 at 7-10. It appears she was under the care of Yonatan Spolter, M.D., and NP Karen Koplin. See, e.g., id. at 17, 21; Pet. Ex. 8 at 7.

with a demyelinating lesion." Id. The impression was that "these lesions should be considered demyelinating [MS] plaques until proven otherwise." Id.

Petitioner had a follow up appointment with Akron Neurology regarding her brain MRI on August 19, 2016. Pet. Ex. 4 at 7. Petitioner complained of numbness and tingling and the record noted that she was told that she had a "pinched nerve." Id. Petitioner reiterated the prior history that she had a "tetanus shot" on May 19, 2016, and that two days later, her arm and fingers became "tingly." Id. Petitioner also complained of "continued stiffness" in her left shoulder and arm region, as well as her neck. Id. The record also noted Petitioner had paresthesias in the left upper extremity. Id.

On August 24, 2016, Petitioner had a repeat cervical MRI. Pet. Ex. 3 at 17. The MRI revealed a "prominent focus of increased T2 signal within the dorsal aspect cervical and at the C2 vertebral body level" and a "[q]uestion[able] punctual focus of increased T2 signal within the cervical cord at the C4-C5 disc space level." Id. at 18. The impression was "most suggestive of demyelinating plaque in the setting of [MS]" and there was "[n]o abnormal enhancement to suggest active demyelination." Id. The MRI also showed disc protrusions at C4-C5 and C5-C6, which were "without significant overall central stenosis or compressive effects." Id.

On September 30, 2016, Petitioner underwent a lumbar puncture to "further evaluate extremity paresthesias in conjunction with clinical suspicion for [MS]." Pet. Ex. 7 at 74. The cerebrospinal fluid ("CSF") was "negative for malignant cells" and there was "no evidence of viral cytopathic effect or fungal elements." Id. at 66. No oligoclonal bands were identified. Id. at 70. CSF immunoglobulin G ("IgG") was 1020 (reference range 700-1600 mg/dL); myelin basic protein was within reference range; and cryptococcal antigen was negative. Id. at 71-73.

Petitioner presented to emergency medicine specialist Jeneba Abass Shereef, M.D. on October 2, 2016. Pet. Ex. 7 at 50. Petitioner had suffered a laceration on her hand from a dog bite, and that the dog was up to date on vaccinations. Id. Petitioner was instructed to follow up with hand surgery. Id. at 56. On the same day, Petitioner had a left hand X-ray, which showed "no acute bony abnormality," but there was a "nonspecific lucency, likely representing a bone cyst within the distal radius" and "soft tissue swelling" along Petitioner's ring finger. Id. at 22. The impression was a "dorsal soft tissue injury." Id. at 20, 56.

On October 21, 2016, Petitioner presented to neurologist Brandon Moss, M.D., at the Cleveland Clinic, for a second opinion regarding the diagnosis of MS. Pet. Ex. 8 at 7-8. In retrospect, Petitioner reported "problems with balance over the past [one] to [two] years." Id. at 8. The history of present illness indicated

> [Petitioner] first experienced definite neurological symptoms on May 21, 2016 consisting of numbness of the left neck and arm extending into the fingertips as well as weakness of left hand grip strength. Her symptoms progressed over a couple of weeks to include numbness of the left chest, numbness of the left leg, and shortness of breath during minimal exertion. She initially presented to Western Reserve Hospital where she was diagnosed with a radiculopathy and was given a [five]-day Medrol dose pack started on May 26th. She did not notice any

> improvement in her symptoms with oral steroids. For further evaluation, [EMG/NCS studies] were performed, which she was told were normal. She was then referred to a shoulder specialist who obtained an MRI of the shoulder that was also unremarkable and was started on [PT]. Two months later, after her symptoms had improved, she saw a neurologist who obtained an MRI of the brain and cervical spine which showed lesions consistent with demyelinating disease. [CSF] studies were also sent, but we do not have them for review.

Id. Dr. Moss noted that Petitioner "continue[d] to experience tightness in her left neck and shoulder and weakness and numbness in the left hand," "imbalance," and hair loss. Id. Dr. Moss further noted Petitioner's history of hypothyroidism. Id. Petitioner denied "difficulty with memory, concentration or language, visual loss, diplopia, bulbar symptoms, pain, incoordination, difficulty with gait, bladder symptoms, bowel symptoms, sexual dysfunction, Lhermitte's phenomenon, or fatigue." Id.

On examination, Petitioner's "gait was normal," but she displayed "mild to moderate unsteadiness unexpected for her age." Pet. Ex. 8 at 11. She had diminished pinprick sensation in her left foot. Id. Dr. Moss evaluated Petitioner and made the following assessment:

> Her MRI imaging is consistent with [MS]. Although she technically meets criteria for a clinically isolated syndrome [("CIS")[12]] at this point in time, she almost certainly has MS given the presence of both brain and cord lesions. We favor starting treatment with a disease modifying therapy. In addition, she is at higher risk for long-term disability given her spinal cord lesion and persistent deficits on examination.

Id. at 12. Dr. Moss opined that the diagnosis of MS was supported by clinical features and "characteristic lesions on MRI brain and cervical spine." Id. Although Petitioner did not "meet

---

[12] CIS is "defined as a first neurologic event suggestive of MS lasting for at least 24 hours and with symptoms and signs indicating either a single lesion (monofocal) or more than one lesion (multifocal) within the CNS." Pet. Ex. 65 at 2 (L. Kappos et al., Treatment with Interferon Beta-1b Delays Conversion to Clinically Definite and McDonald MS in Patients with Clinically Isolated Syndromes, 67 Neurology 1242 (2006) (also filed as Pet. Ex. 83)).

[the] McDonald criteria,"[13] Dr. Moss was "almost certain" that she had MS. Id. Petitioner was advised to start Gilenya.[14] Id.

On January 6, 2017, Petitioner followed up with Dr. Moss for MS. Pet. Ex. 8 at 27. The disease summary noted the date of onset was "5/2016 (2014?)," and the date of diagnosis was "8/2016." Id. The disease summary noted positive John Cunningham virus ("JCV") serology and positive varicella zoster virus ("ZVZ") IgG. Id. Dr. Moss noted that Petitioner had not had any new or worsening symptoms since her last visit, though she had persistent left neck and shoulder tightness and pain, along with left hand numbness and pain. Id. On examination, Petitioner's mental state showed "normal level of consciousness, orientation, language, memory, praxis, and higher intellectual function." Id. Petitioner had "mild dysmetria in the left hand compared to the right" and "diminished" touch in the left hand. Id. Petitioner's symptoms included mild fatigue and occasional episodes of sadness. Id. The plan was to follow up in two to three months. Id.

Petitioner next followed up with Dr. Moss on April 21, 2017. Pet. Ex. 8 at 34-37. It was noted that Petitioner was "stable clinically" on Gilenya and tolerating the medication well. Id. at 36. Dr. Moss scheduled repeat brain and cervical MRIs and prescribed gabapentin for neuropathic left hand pain. Id. at 37. Petitioner was scheduled to follow up with Dr. Moss in six months. Id. A complete blood count ("CBC") taken that day showed a lymphocyte count which was "a little low," but Dr. Moss reassured Petitioner that this was "to be expected" and that other lab results were normal. Id. at 46, 53.

On May 12, 2017, Petitioner had repeat brain and cervical MRIs. Pet. Ex. 8 at 48. The MRIs showed "multiple intracranial white matter lesions compatible with [MS]" with "no enhancing lesions" and "no significant parenchymal volume loss." Id. They also showed "scattered intramedullary lesions compatible with the clinical history" of MS and "no significant volume loss of the upper spinal cord for age" and "no significant cervical canal or foraminal stenosis." Id. at 48, 50. Dr. Moss told Petitioner that he saw "one new spot" on her MRI when compared to her August 2016 MRI, but this may have appeared before she started treatment. Id. at 56. Dr. Moss told Petitioner to let him know if she had any new symptoms. Id.

---

[13] The McDonald criteria are used to diagnosis MS based on a combination of clinical symptoms, laboratory findings, and MRI assessment. Pet. Ex. 103 at 1 (Xavier Montalban, Diagnosis of Multiple Sclerosis: 2024 Revisions of the McDonald Criteria, 24 Lancet Neuro. 850 (2025)). First developed in 2001, the diagnostic criteria have been revised in 2005, 2010, 2017, and most recently, in 2024. Id. At the time of Petitioner's diagnosis, the revised 2010 McDonald Criteria were in place. See Pet. Ex. 75 (Chris H. Polman et al., Diagnostic Criteria for Multiple Sclerosis: 2010 Revisions to the McDonald Criteria, 69 Ann. Neurol. 292 (2011)).

[14] Gilenya, known generically as fingolimod hydrochloride, is "used for the treatment of relapsing forms of [MS]." Fingolimod Hydrochloride, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=18669 (last visited Aug. 20, 2026). Gilenya is "a sphingosine 1-phosphate receptor modulator acting as an antagonist of the receptor on lymphocytes, thus reducing the movement of T and B lymphocytes from lymphoid organs to peripheral inflammatory tissues." Id.

On June 29, 2017, Petitioner called Dr. Moss to tell him that she was experiencing hair loss. Pet. Ex. 8 at 59. Dr. Moss emailed Petitioner to inform her that three-to-four percent of MS patients experience hair loss on Gilenya and that she could potentially switch to a different medication if it continued. Id. at 60.

Petitioner next saw Dr. Moss for a follow up appointment at the Mellen Center for MS on October 30, 2017. Pet. Ex. 9 at 7. It was noted that the May 12, 2017 MRI showed "one new periventricular T2 lesion" in comparison to her August 10, 2016 MRI. Id. Dr. Moss also recorded that Petitioner had recently "taken on a managerial role at work due to the physical difficulty." Id. Dr. Moss further noted that Petitioner was having "some problems with concentration and memory that she noticed after being diagnosed with MS" and this had "become more apparent in her new managerial role." Id. at 8. Petitioner was noted to be having "frequent crying spells, which was never a problem before she developed MS." Id. An examination of her mental status returned normal results. Id. at 9. Petitioner also complained of neuropathic pain and weakness affecting her left arm. Id. Petitioner was referred to occupational therapy ("OT") for strategies to deal with her cognitive deficits. Id. at 10. Petitioner was also referred to psychology for strategies to deal with her diagnosis, and her dosage of gabapentin was increased. Id. Dr. Moss ordered a repeat MRI with and without contrast. Id. Petitioner was directed to follow up with Dr. Moss in six months. Id.

Petitioner had a repeat brain MRI on November 28, 2017.[15] See Pet. Ex. 9 at 80.

On May 7, 2018, Petitioner had a follow up appointment with Dr. Moss. Pet. Ex. 9 at 80. Dr. Moss noted that her November 2017 brain MRI "did not show any new or enhancing lesions." Id. Petitioner had experienced a "new one-time episode of vertigo [two] months ago while lying in bed turning from left to right. Lasted a couple of minutes." Id. Dr. Moss added that Petitioner "ha[d] occasional lightheadedness [with] no clear triggers." Id. Dr. Moss further noted that Petitioner was having word finding difficulties, but she was "better able to handle cognitive challenges now that she stepped down from management and [was] working part time." Id. at 81. Dr. Moss ordered an electrocardiogram ("EKG") to screen for cardiac side effects, as he noted that lightheadedness could be a side effect of Gilenya. Id. at 83. In addition, Dr. Moss ordered neuropsychiatric testing for Petitioner's noticeable problems with short-term memory and concentration. Id. A follow up brain MRI was scheduled for November 2018. Id.

Two days later, Dr. Moss contacted Petitioner to inform her that her EKG results were normal, but her lymphocyte count was low on her last CBC and she would need to undergo a repeat CBC with differential in one-to-two months. Pet. Ex. 27 at 30-31. This testing was completed on July 11, 2018, and it was noted that Petitioner's CBC was stable and "in the range of where we expect it to be for Gilenya." Id. at 39.

On June 13, 2018, Petitioner was seen by Rachel Galioto, Ph.D., for a neuropsychological assessment of cognitive functioning in the context of MS. Pet. Ex. 27 at 34. Dr. Galioto noted that Petitioner's "most recent brain MRI from [November 2017] revealed

[15] The MRI report for November 28, 2017 was not found in the filed medical records.

multiple intracranial white matter lesions compatible with [MS], no new T2 lesions and no new enhancing lesions. There was no significant parenchymal volume loss." Id. Of note, in the "relevant background" section, Dr. Galioto noted that while Petitioner was diagnosed with MS in 2016, her "symptom onset – balance problems – was possibly in 2014." Id.

Petitioner saw Dr. Moss at the Mellen Center on November 5, 2018, with new complaints of "prominent weakness and tightness on the left side" that prevented her from working on a daily basis and fatigue even on days that she did not work. Pet. Ex. 27 at 51. Dr. Moss noted that "[w]hile [Petitioner] ha[d] a history of learning deficits, she ha[d] noticed worsening symptoms around the time she developed her first MS exacerbation." Id. Dr. Moss ordered a repeat MRI and labs to check Petitioner's copper and thyroid stimulating hormone ("TSH") levels. Id. at 55. Petitioner's gabapentin dose was increased to one pill three times a day "to help with stiffness and neuropathic pain." Id.

On November 26, 2018, Petitioner had a repeat brain MRI, which showed "multiple intracranial white matter lesions compatible with [MS]." Pet. Ex. 27 at 69. There were "[n]o new T2 lesions and no new enhancing lesions," but there was "[m]ild parenchymal volume loss." Id. On December 26, 2018, Dr. Moss sent Petitioner a message stating that her "MRI looks great," and that there were "no new lesions." Id. at 76.

Approximately one year later, December 2, 2019, Petitioner presented to PCP Jeffrey Kontak, M.D., complaining of a head injury. Pet. Ex. 27 at 89. Petitioner reported hitting her head on a cast iron skillet five days earlier and that she was experiencing "constant pain." Id. Petitioner described the pain as having "worsened" and that she began feeling nauseous one day ago. Id. Petitioner denied loss of consciousness, vomiting, or blurry vision. Id. Petitioner also complained of a tingling sensation on the scalp around the site of her injury. Id. The assessment was a contusion of the scalp, and Dr. Kontak ordered a computed tomography ("CT") scan. Id. Petitioner also sent a message to Dr. Moss regarding her injury, and he responded that there were no concerns from an MS standpoint. Id. at 98.

The same day, Petitioner had a CT scan, which showed no evidence of an acute intracranial injury. Pet. Ex. 27 at 94. The scan also indicated that the "demyelinating lesions seen on [November 26, 2018 MRI were] not definitely apparent on the nonenhanced CT scan of the brain." Id. The interpretation also noted that "there [was] no significant volume loss [of the parenchyma]. The brain parenchyma [was] otherwise within normal limits for age." Id.

On December 16, 2018, Petitioner was seen by Dr. Moss at the Mellen Center for a rash on the right side of her head with significant swelling and burning. Pet. Ex. 27 at 104. Petitioner was diagnosed with shingles. Id. at 108. Dr. Moss further noted that "we will repeat brain MRI next year as she ha[d] no new symptoms concerning for relapse." Id. Petitioner was started on valacyclovir (an antiviral) and told to follow up in six months. Id. at 108-09.

On May 17, 2019, Petitioner signed a document from the Neurological Institute of Research at Cleveland Clinic consenting to genetic testing.[16] Pet. Ex. 27 at 141.

---

[16] It is not clear whether these tests were done, as they do not appear in the record.

Moving forward to 2020, on January 24, NP Rebecca Lang sent a message to Petitioner letting her know that her labs were stable for Gilenya. Pet. Ex. 27 at 125. On October 7, 2020, Petitioner emailed Dr. Moss to inform him that she "had a few falls in the past month that ha[d] been out of the ordinary." Pet. Ex. 41 at 101. NP Lang responded in a message noting that Petitioner's labs were stable, and that an MRI was scheduled for November 13, 2020. See id.

On November 13, 2020, Petitioner had a repeat MRI showing no new T2 lesions and no new enhancing lesions in comparison to her previous MRIs. Pet. Ex. 41 at 83.

Petitioner was seen by NP Lang at the Mellen Center December 1, 2020. Pet. Ex. 41 at 50. She "fe[lt] that [her] cognition ha[d] gradually worsened;" she had "[d]ifficulty with reading comprehension, misread[ing] dates," she "[forgot] to do things if she [did not] complete them right away," and that her "[h]usband fe[lt] it [was] more noticeable." Id. Petitioner also mentioned that her cognition did not "typically affect work or daily routine." Id. Petitioner described "persistent, but stable" numbness in her hands. Id. A mental status evaluation indicated "normal level of consciousness, orientation, language, memory, praxis, and higher intellectual function." Id. at 53. NP Lang noted that a "brain MRI completed [November 13, 2020] was stable with no new disease activity, and monitoring labs completed in October were reviewed and are within appropriate ranges for Gilenya." Id. at 54. Petitioner was advised to return in six months. Id.

On May 18, 2021, Petitioner returned to NP Lang. Pet. Ex. 41 at 32. Petitioner reported no new neurological symptoms, that she was tolerating Gilenya well, and had no new complaints. Id. Petitioner was scheduled to follow up in one year and was scheduled for a repeat MRI. Id.

Petitioner's next follow up with the MS Mellen Center was June 2, 2022. Pet. Ex. 53 at 71. Date of MS symptom onset was noted to be May 15, 2016, with a diagnosis date of August 15, 2016. Id. Her current therapy remained Gilenya, with stable disease. Id. A brain MRI taken May 28, 2022 was noted to be stable. Id. She reported increased neuropathic pain in the arms with heat and humidity and some "word finding" difficulties that were of concern. Id. The next follow up visit on December 6, 2022 was unremarkable. Id. at 38. On June 21, 2023, Petitioner presented for her routine follow up via zoom. Id. at 5. She reported fluctuating hand numbness and some improvement with Gabapentin. Id. She was to remain on Gilenya and return in six-month intervals. Id. at 7. Petitioner's most recent MRIs on record, taken June 14, 2024, continued to show white matter lesions "compatible with [MS]" with no new T2 lesions and no new enhancing lesions. Pet. Ex. 106 at 14

No additional relevant records were filed.

### 2. Petitioner's Testimony

Petitioner testified at the entitlement hearing. Tr. 6-20. She recounted her vaccination, clinical course, and medical visits. See id. Petitioner also addressed the impact of MS on her life. See id.

On May 19, 2016, Petitioner was bitten by a dog while at work, so she went to the ER. Tr. 8. While she had previously received tetanus vaccines, Petitioner could not recall her last vaccine and the ER recommended she receive a Tdap vaccine. Id. She returned to the ER on May 26 with complaints of numbness and tingling in the left arm and hand. Tr. 8-9. She testified that she was then referred to her family doctor. Tr. 9. She could not recall whether she had been seen by an orthopedist. Id. Her symptoms were initially limited to her left shoulder and arm, "[b]ut then it moved down to [her] leg." Id. Petitioner was seen by a neurologist. Id. She explained that the neurologists "weren't sure what was going on" but ran tests and "had a hunch" that Petitioner had MS. Id. She also had a brain and spinal MRI at that time. Tr. 10. Prior to this first neurology visit, Petitioner stated she had never been worked up for or diagnosed with MS. Id.

Petitioner was referred to the Cleveland Clinic for a second opinion. Tr. 10. She was seen by Dr. Moss, and "officially" told she had MS. Tr. 11. Petitioner began treatment for MS for the first time. Id. Petitioner testified that her medical providers did not discuss what, if anything, contributed to her MS. Tr. 11-12. However, Petitioner felt that the vaccine contributed to her MS. Tr. 12.

On cross-examination, Petitioner testified that she could not recall the "exact timing" of her symptom onset. Tr. 18. She stated that on May 19, 2016, she felt "fine" and "healthy" besides the pain from the dog bite. Id. However, she did not recall how she felt the next day, May 20, or her discussions regarding the onset of symptoms at her May 26, 2016 appointment. Tr. 18-19. Petitioner also did not recall whether she discussed past balance issues or other symptoms with Dr. Moss at her October 21, 2016 appointment. Tr. 19.

Petitioner testified that prior to her Tdap vaccination she was "completely healthy." Tr. 7. While she had hypothyroidism, it was "under control or in remission." Id. She testified that she had no physical limitations and was able to do pretty much anything she wanted. Tr. 7-8.

Since her diagnosis, Petitioner has continued to undergo MRIs, which have "stayed steady." Tr. 12. She takes Gilenya and gabapentin daily. Tr. 12-13. She had not had any relapses or "flare-ups." Id. Since her MS diagnosis, she continues to have neck and shoulder pain, numbness in her hands, and sometimes has balance issues. Tr. 14-15. Her "biggest . . . frustration" involves memory issues. Tr. 14-15. Petitioner explained she is unable to engage in the same activities as before MS. Tr. 15. She gets tired easily and is not as strong. Id. Petitioner testified that her MS has impacted both her work and home life. Further, she has suffered a loss of independence. Tr. 16-17.

### C. Expert Reports[17]

#### 1. Petitioner's Expert, Andrew D. Goodman, M.D.[18]

##### a. Background and Qualifications

Dr. Goodman is a Professor of Neurology at University of Rochester Medical Center. Pet. Ex. 91 at 1; Tr. 23. Dr. Goodman received his M.D. from Rutgers New Jersey Medical School. Pet. Ex. 91 at 1; Tr. 21. He completed residencies in internal medicine and neurology at Mount Sinai Medical Center. Pet. Ex. 91 at 1; Tr. 22. Dr. Goodman then completed a fellowship at the neuroimmunology branch of the National Institutes of Health ("NIH") with a focus on "cellular immune responses to exposure to various viruses in people with [MS]." Tr. 22. He is board certified in neurology. Id.; Pet. Ex. 91 at 1. Dr. Goodman testified that he has "diagnosed and treated thousands of people with [MS]." Tr. 24. In addition to his clinical work, Dr. Goodman is member of various professional organizations and committees related to the field of neurology and MS, and he has published extensively on topics of MS and neuroimmunology. Tr. 24-28; see also Pet. Ex. 91 at 2-24.

Dr. Goodman was offered and admitted as an expert in neurology and neuroimmunology, with a specialized focus on MS, without objection. Tr. 30.

##### b. Opinion

###### i. Loving Factors One, Two, and Three

With regard to Loving factor one (Petitioner's condition prior to vaccination), Dr. Goodman initially opined Petitioner had a "preexisting clinically silent condition" prior to vaccination. Pet. Ex. 28 at 2. At the hearing, Dr. Goodman opined Petitioner "very likely had some clinical or quiescent [MS] at the time she received the Tdap vaccine." Tr. 33. Her "existing" MS was "likely in a preexisting lesion in the upper part of her cervical spinal cord." Tr. 34.

Dr. Goodman testified it is "quite common" for imaging studies performed after a patient's first symptom of MS to show "preclinical or subclinical MS" that has been present for months or years before the symptom which caused the patient to seek medical attention. Tr. 71. Here, Petitioner's initial MRIs (August 10, 2016) showed "a pattern of non-enhancing, asymptomatic cerebral lesions." Pet. Ex. 16 at 8. Dr. Goodman explained that Petitioner's non-enhancing lesions on MRI are "at least three weeks old" but may be "any number of years" old.

[17] Although the undersigned has reviewed all of the expert reports and expert testimony, for the sake of brevity this Decision does not include every detail of the experts' opinions. Instead, the undersigned focuses on the experts' material opinions, as they relate to the relevant issues.

[18] Dr. Goodman submitted three expert reports and testified at the entitlement hearing. Pet. Exs. 16, 28, 73; Tr. 21-85.

Tr. 34. He noted that it is very difficult to determine the age of lesions using routine clinical imaging. Id.

Dr. Goodman also opined that patients with radiologically isolated syndrome ("RIS")[19] "pathologically already have MS . . . it's just not the typical pattern that we see with associated symptoms." Tr. 84. In RIS, the lesions observed on MRI are "clinically silent." Tr. 81. To be diagnosed with MS, there must be "separate pathological events" in the brain and spinal cord (or eye) separated in time and space. Tr. 83.

Dr. Goodman testified that Petitioner's "on and off" balance issues since 2014 were "more likely than not" a clinical symptom of MS. Tr. 61-62. However, he also noted that because these balance symptoms were not investigated contemporaneously, their relationship to Petitioner's MS is an "inference that is made in hindsight." Tr. 62. Dr. Goodman agreed that Petitioner's August 10, 2016 MRI[20] showed "one prominent lesion, although not necessarily enhancing, along with other smaller lesions." Id. Dr. Goodman testified that Petitioner's balance issues "may have been" from her upper cervical spinal lesion. Tr. 63 ("[H]er reported balance issues . . . might have been from the spinal cord. It may have been from that particular lesion but not necessarily."). He also testified that balance issues "could have been from [lesions in] other parts of the brain." Id.

Dr. Goodman noted that Petitioner did not have MRIs prior to her vaccination. Tr. 64. He testified that if the Petitioner's lesions were active pre-vaccination, any symptoms they caused were not "clinically significant" since Petitioner did not have symptoms that bothered her enough that she sought treatment. Id. Her pre-vaccination balance symptoms did not raise "the level of concern to initiate imaging" and were not "investigated with an MRI scan." Id.

In summary, Dr. Goodman opined that prior to vaccination, Petitioner had non-enhancing lesions in her brain and a pre-existing non-enhancing lesion in the upper part of her cervical spinal cord. These non-enhancing lesions were at least three weeks old at the time of her August 10, 2016 MRIs, but could have been years old. Further, Petitioner's "on and off" balance issues

[19] "The term [RIS] has been coined to identify individuals who lack the typical clinical manifestations of [MS] but exhibit T2-hyperintense [white matter] lesions in the [CNS] that are highly suggestive of this condition according to their number, morphology, size and topography." Resp. Ex. M-2 at 1 (Paolo Preziosa et al., Radiologically Isolated Syndromes: To Treat or Not to Treat?, 271 J. Neurol. 2370 (2024)). RIS "currently represents the earliest detectable pre-clinical phase of MS." Pet. Ex. 78 at 1, 3 tbl. 1 (Darin T. Okuda & Christine Lebrun-Frenay, Radiologically Isolated Syndrome in the Spectrum of Multiple Sclerosis, 30 Mult. Scler. J. 630 (2024) (providing the 2009 and 2023 RIS criteria)).

[20] Petitioner underwent both brain and cervical spine MRIs on August 10, 2016. See Pet. Ex. 16 at 4. In his first report, Dr. Goodman reported that the brain MRI had "[m]ultiple discrete periventricular T2/FLAIR hyperintense lesions around the temporal horns of the lateral ventricles and corpus callosum consistent with demyelinating disease. No enhancing lesions." Id. The cervical spine MRI showed "[a]t least one posterior cord T2/STIR hyperintense lesion in the cervical cord around C1-C2. No enhancing lesions." Id.

present since 2014 were likely clinical symptoms of MS caused from the prominent C2 cervical spine lesion seen in the MRI done August 2016 MRI or the lesions seen in other parts of her brain for which she did not seek treatment.

Next, Dr. Goodman discussed Loving factors two and three, Petitioner's post-vaccination condition and whether Petitioner experienced a "significant aggravation."

Dr. Goodman agreed with Petitioner's diagnosis of relapsing-remitting MS. See Tr. 32. Dr. Goodman opined that the Tdap vaccine "provoked an exacerbation of the existing [MS], likely in a preexisting lesion in the upper part of [Petitioner's] cervical spinal cord, which led to the symptoms . . . [in] her neck and left arm and then eventually left side." Tr. 34. Dr. Goodman described Petitioner's clinical presentation after vaccination as MS "involving the high cervical spinal cord presenting as a partial transverse myelitis [("TM")[21]] pattern." Pet. Ex. 16 at 8; see also Tr. 40. Relying on literature from the TM Consortium Working Group,[22] Dr. Goodman noted that acute TM "can be the presenting feature of MS. Patients who are ultimately diagnosed with MS are more likely to have asymmetric clinical findings, predominant sensory symptoms with relative sparing of motor systems, MR lesions extending over fewer than two spinal segments, abnormal brain MRI, and oligoclonal bands in the CSF." Tr. 40-41 (quoting Resp. Ex. C-7 at 1). Dr. Goodman opined that, apart from the absence of oligoclonal bands, Petitioner's clinical presentation was consistent with the above description. Tr. 41. Dr. Goodman explained that partial TM was a common presentation of MS with an estimated 50% of patients with partial TM ultimately diagnosed with MS. Tr. 31.

Addressing whether Petitioner would or would not have suffered that same prognosis but for the vaccination, Dr. Goodman testified that he attributed her clinical course, referable to the cervical spinal cord lesion, to the Tdap vaccination. Tr. 77; 79. He noted, however, that he could not "say with certainty that some other provocation could have occurred at a later date." Tr. 77.

Dr. Goodman further testified that that Petitioner's post-vaccination "weakness in her left arm" as well as her first sensory symptoms and worsening neurological function were associated with her cervical spinal lesion. Tr. 76, 79. Dr. Goodman stated he had "no evidence" that the Tdap vaccine significantly aggravated Petitioner's brain lesions. Tr. 78. He opined that Petitioner's memory issues and fatigue were "arguably related to the brain lesions." Id. Dr. Goodman agreed that Petitioner's brain lesions, and any symptoms arising out of those lesions,

---

[21] TM is "a rare clinical syndrome in which an immune-mediated process causes neural injury to the spinal cord, resulting on varying degrees of weakness, sensory alterations and autonomic dysfunction." Pet. Ex. 21 at 1 (N. Agmon-Levin et al., Transverse Myelitis and Vaccines: A Multi-Analysis, 18 Lupus 1198 (2009)). TM is "characterized by inflammation and demyelination across both sides of one level, or segment of the spinal cord." Pet. Ex. 40 at 6 (Dimitrios Karussis & Panayiota Petrou, The Spectrum of Post-Vaccination Inflammatory CNS Demyelinating Syndromes, 13 Autoimmun. Rev. 215 (2014)).

[22] Transverse Myelitis Consortium Working Group, Proposed Diagnostic Criteria and Nosology of Acute Transverse Myelitis, 59 Neurology 499 (2002).

were not related to vaccination. See id. Instead, his opinion was "limited to the cervical spine lesion that is referable to [Petitioner's] symptoms." Id.

### ii. Loving Factor Four

Regarding his causal theory, Dr. Goodman first explained that "nobody has identified persuasively the specific cause of [MS], although there are a number of theories regarding what . . . factors . . . are involved in the evolution of [MS]." Tr. 33; see also Pet. Ex. 22 at 4 ("It is not known whether [MS] has a single or multiple causes, and rarely (if ever) has a specific etiologic trigger been identified. Nonetheless, various genetic and environmental risk factors have been found.").[23]

Relative to vaccination, Dr. Goodman opined that Tdap vaccination caused injury by "unmasking, or aggravation of an existing, clinically silent condition." Pet. Ex. 28 at 6; see also Tr. 33-34. Dr. Goodman explained he was not asserting the Tdap vaccine could cause new-onset MS.[24] See Pet. Ex. 28 at 6. Instead, Dr. Goodman put forward a theory that a "proinflammatory cytokine cascade" induced by "the Tdap vaccination would have been sufficient provocation to cause symptoms from an existing asymptomatic lesion with clinical consequences." Id. at 9.

Discussing the pathology of MS lesions, Dr. Goodman explained that most MS lesions develop around a vein or venule due to an infiltration of immune cells "from the peripheral blood into the [CNS], causing inflammation, and the inflammation may subside but not go away completely." Tr. 60. "The cellular composition of MS lesions comprises primarily

[23] Daniel S. Reich et al., Multiple Sclerosis, 378 NEJM 169 (2018).

[24] In his first report, Dr. Goodman contended the pertussis toxin ("PTx") disrupted the blood-brain barrier and thus was implicated in the development of MS lesions. See Pet. Ex. 16 at 6-8. In his second report, Dr. Goodman acknowledged that the vaccine received by Petitioner did not contain PTx, as noted by Respondent's expert, and he conceded that his theory regarding the role of PTx was "moot." Pet. Ex. 28 at 3-6.

macrophages[25] and T lymphocytes"[26] with both CD4+ and CD8+ T cells[27] present. Pet. Ex. 16 at 4 (citing Pet. Ex. 22 at 5-6, 6 fig. 4). "To a lesser degree, B lymphocytes,[28] plasma cells[,][29] and other types of cells . . . are also found within lesions, and within the normal appearing white matter." Id.

While these lesions may "never cause identifiable symptoms," there may also be a "chronic smoldering phase of . . . inflammation that continues to cause damage to myelin[30] and to nerve fibers." Tr. 60. Dr. Goodman testified that "chronic smoldering" can continue for

---

[25] Macrophages are a type of phagocyte—cells capable of "ingesting particulate matter." Phagocyte, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=38302 (last visited Sept. 2, 2026). Macrophage functions include "phagocytosis . . . ; killing of ingested microorganisms; digestion and presentation of antigens to T and B lymphocytes; and secretion of many different products, including . . . regulatory molecules such as interferon [("IFN")] and interleukin [("IL")]-1." Macrophage, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=29296 (last visited Sept. 2, 2026).

[26] T lymphocytes, also known as T cells, are "the cells primarily responsible for cell-mediated immunity[.] . . . They are characterized by specific surface antigens . . . . When activated by antigen, T lymphocytes proliferate and differentiate into T memory cells and the various types of regulatory and effector T cells." T Lymphocytes, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=87562 (last visited Aug. 20, 2026).

[27] CD4+ T cells and CD8+ T cells are T lymphocytes that carry the CD4 antigen and CD8 antigen respectively. CD4 Cells, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=63999 (last visited Aug. 20, 2026); CD8 Cells, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=64001 (last visited Aug. 20, 2026).

[28] B lymphocytes, also known as B cells, are "the cells primarily responsible for humoral immunity, [and] the precursors of antibody-producing cells (plasma cells). . . . When stimulated by antigen, a process that requires the cooperation of helper T cells and macrophages, B lymphocytes proliferate and differentiate into plasma cells and memory B cells." B Lymphocytes, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=87550 (last visited Aug. 20, 2026).

[29] Plasma cells are "terminally differentiated cell of the B-lymphocyte lineage that produces antibodies." Plasma Cell, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=64349 (last visited Aug. 20, 2026).

[30] Myelin is "the substance of the cell membrane . . . that coils to form the myelin sheath" a "cylindrical covering on the axons of some neurons." Myelin, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=32666 (last visited Aug. 20, 2026); Myelin Sheath, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=105841 (last visited Aug. 20, 2026).

"years" and "decades." Id. He noted that lesions with smoldering inflammation can be clinically silent. Tr. 61. Additionally, he testified that subclinical smoldering lesions "may be provoked into more acute inflammatory activity at times." Tr. 43-44; see also Tr. 60.

Relying on Reich et al., Dr. Goodman identified several environmental risk factors for lesion activation including viruses (particularly Epstein Barr virus ("EBV")), exposure to cigarette smoke, and low vitamin D levels. Tr. 44 (citing Pet. Ex. 22 at 5 fig. 3). The authors also identified genes, fibrinogen, toxins, trauma, temperate latitude, obesity, age, and sex as "proposed factors . . . [for] the development of inflammatory, demyelinating lesions." Pet. Ex. 22 at 5 fig. 3. The authors did not discuss or identify vaccines as a proposed factor in either the development of MS lesions or exacerbation of MS. See id. at 1-10. Although Reich et al. do not identify vaccines as a risk factor or trigger for MS, Dr. Goodman testified vaccination was also a "triggering risk factor." Tr. 46-47.

Next, Dr. Goodman explained that viral infections can lead to "rapid clinical worsening" in patients with existing MS. Pet. Ex. 28 at 4 (citing Pet. Ex. 29;[31] Pet. Ex. 30;[32] Pet. Ex. 31).[33] For example, Sibley et al. noted "common viral-like infections are temporally associated with [MS] exacerbations." Pet. Ex. 29 at 3. Likewise, the study from Andersen et al. identified upper respiratory infections as a risk factor for MS relapse and specifically identified adenovirus[34] as a triggering agent. Pet. Ex. 30 at 4. The authors suggested molecular mimicry played a role in triggering MS relapse following adenovirus. See id. at 5 ("Our findings suggest a role of adenovirus in triggering many MS relapses, but they do not reveal any triggering antigen in the majority.")

In Edwards et al., the authors again concluded that upper respiratory tract infections were "a significant risk factor for [MS] exacerbations." Pet. Ex. 31 at 4. The authors provided two theories on the pathogenesis of new MS lesions following viral infection. Id. The first theory implicated molecular mimicry. Id. The second theory described that "viruses may act as the

---

[31] William A. Sibley et al., Clinical Viral Infections and Multiple Sclerosis, 1 Lancet 1313 (1985).

[32] Oluf Andersen et al., Virial Infections Trigger Multiple Sclerosis Relapse: A Prospective Seroepidemiological Study, 240 J. Neurol. 417 (1993).

[33] S. Edwards et al., Clinical Relapse and Disease Activity on Magnetic Resonance Imaging Associated with Viral Upper Respiratory Tract Infections in Multiple Sclerosis, 64 J. Neurol. Neurosurg. & Psychiatry 736 (1998).

[34] Adenoviruses are "a family of DNA viruses" that can "that infect mammals, causing disease of the respiratory tract, gastrointestinal tract, conjunctiva, [CNS], and urinary tract; infection may be asymptomatic. . . . Human [adeno]viruses are grouped into six species . . . [with] over 50 serotypes." Mastadenovirus, Dorland's Med. Dictionary Online, https://www.dorlands online.com/dorland/definition?id=29758 (last visited Aug. 20, 2026); see also Adenoviridae, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=990 (last visited Aug. 20, 2026).

presumed primary event, causing increased permeability of the blood-brain barrier by increasing cytokine induced adhesins or by recognition of an endothelial epitope by virally induced peripheral blood T cells." Id.

Another paper, from Buljevac et al.,[35] performed a prospective study on the relationship between infections and MS exacerbations. Pet. Ex. 32 at 1. The authors followed 73 patients with relapsing-remitting MS and documented 167 infections and 145 exacerbations. Id. Like the above studies, the authors found there was an increased risk of exacerbation following infections. Id. "A main finding of this study is that exacerbations with onset around the time of clinical infection lead to more sustained neurological damages than non-infection-associated exacerbations." Id. at 7. The authors explained that exacerbations "can result from a variety of pathophysiological events" such as demyelination or inflammation. Id. In his testimony, Dr. Goodman described the overall findings to show "that any factor, including infections or especially infections, that increase inflammatory activity can contribute to neurological worsening or deterioration." Tr. 52.

Dr. Goodman observed the study supported that "blood-brain barrier breakdown is not necessarily the key element or the key process involved in neurologic worsening" in MS. Tr. 52; see also Pet. Ex. 32 at 7 ("Current dogma considers [blood-brain barrier] breakdown to be the initial pathological event of a clinical exacerbation . . . . Our findings do not support this hypothesis."). In support of this finding, the authors explained that there was no difference in the number of gadolinium-enhancing lesions on MRI immediately after infection or seven weeks later. Pet. Ex. 32 at 7. Notably, the authors observed the lack of enhancing lesions after infection was "reminiscent of the lack of enhanced MRI activity after vaccination of [MS] patients. However, a major difference between the effects of vaccination and infection is that vaccination does not lead to increased clinical disease activity." Id.

Buljevac et al. also discussed "the concept of autoimmune pathogenesis of MS involving [T helper ("Th") 1 cells]" in which active infection would lead to increased production of cytokines such as IFN-gamma and IL-12 which "would in turn lead to enhanced disease activity." Pet. Ex. 32 at 8. However, the authors noted that they did not find increased levels of IL-12 in plasma during infection-related exacerbations. Id. Thus, the authors suggested that "other pathways" may be involved. Id.

Dr. Goodman opined that "systemic pro-inflammatory cytokine production" was implicated in the exacerbation of MS following infections, and he explained that both local and systemic proinflammatory cytokines were produced following Tdap vaccination which could similarly lead to MS exacerbation following vaccination. Pet. Ex. 28 at 4. Dr. Goodman testified that the purpose of vaccinations is to "mimic exposure of an infectious agent" in order to develop protective immunity. Tr. 38-39.

[35] D. Buljevac et al., Prospective Study in the Relationship Between Infections and Multiple Sclerosis Exacerbations, 125 Brain 952 (2002). This was also filed as Resp. Ex. F-5.

Further, Dr. Goodman opined that an epidemiological study from Langer-Gould et al.[36] "directly support[ed]" his theory that Tdap vaccination could exacerbate or "unmask" MS. Tr. 39 (citing Pet. Ex. 34). Dr. Goodman explained Langer-Gould et al. was a nested case control study which is a type of epidemiological study designed to assess rare events. Tr. 35.

Langer-Gould et al. focused on whether vaccinations of any type increased the risk of MS or other acquired CNS demyelinating syndromes. Pet. Ex. 34 at 1. Using data from Kaiser Permanente Southern California electronic health records, Langer-Gould et al. identified 780 cases of MS[37] and other acquired CNS demyelinating syndromes and 3885 control cases. Id. The study identified 24 younger (i.e., under 50 years old) patients who developed their first symptom of an acquired CNS demyelinating syndrome within 30 days of vaccination. Id. at 3-4. Eleven of these patients had MS. Id. at 4. One of the MS patients had RIS, a family history of MS, and comorbid ulcerative colitis[38] (three risk factors for MS). Id. Seven MS cases occurred within 14 days of vaccination. Id. at 6 tbl. 2. Influenza ("flu") and Tdap vaccines were the most commonly received vaccines by the patients with MS and by the control group; of the 24 cases of CNS demyelinating syndromes, 14 received the flu vaccine and 8 received the Tdap vaccine. Id. at 4. "All new-onset MS cases made a full recovery from their first attack." Id.

The authors found "[v]accination of any type was associated with an increased risk of [acquired CNS demyelinating syndromes] onset within the first 30 days after vaccination only in younger (< 50 years) individuals." Pet. Ex. 34 at 1. However, the "association disappeared after 30 days." Id. at 5. They concluded that a "short-term increase in risk suggests that vaccines may accelerate the transition from subclinical to overt autoimmunity in patients with existing disease." Id. at 1. The authors explained that vaccines could "theoretically" increase the risk of CNS acute demyelinating syndromes through "mechanisms similar to those induced by infection" including molecular mimicry, "enhancement of antigen presentation by bystander activation, epitope spreading, adjuvant effect, and enhanced antigen presentation." Id. at 6-7. The authors also noted that infections were "known to accelerate the onset of overt [acquired CNS demyelinating syndromes] in children" and theorized "vaccines may have a similar effect." Id. at 7. The authors concluded their findings "argued against causality" but were "consistent with vaccines acting as a proinflammatory cofactor in individuals with subclinical autoimmunity

---

[36] Annette Langer-Gould et al., Vaccines and the Risk of Multiple Sclerosis and Other Central Nervous System Demyelinating Diseases, 71 JAMA Neurol. 1506 (2014). This was also filed as Resp. Ex. C-2 and Resp. Ex. F-10.

[37] In Langer-Gould et al., the electronic medical records were searched for the first mention of diagnostic codes for MS (and the other CNS diseases studied). Pet. Ex. 34 at 2. Diagnosis was confirmed and "symptom onset date" was "extracted through full medical records abstraction . . . by an MS specialist . . . according to revised McDonald criteria for MS." Id. Patients with "missing/imprecise symptom onset date" were excluded from the study. Id.

[38] Ulcerative colitis is an "inflammatory bowel disease, consisting of chronic, recurrent ulceration in the colon." Ulcerative Colitis, Dorland's Med. Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=65884 (last visited Aug. 20, 2026).

because this mechanism would be expected to hasten symptom onset but not change the long-term risk of developing MS or CIS." Id. at 7.

Langer-Gould et al. did not study MS disease exacerbation but instead focused on "the first onset of [acquired CNS demyelinating syndromes] and vaccines." Pet. Ex. 34 at 2. The Langer-Gould et al. study's focus on first onset of MS contrasts with Dr. Goodman's opinion here that Petitioner had "an exacerbation" of "existing" MS. See Tr. 34.

Next, Dr. Goodman noted that a review from Karussis and Petrou reported on a variety of post-vaccination CNS acute demyelinating syndromes. Pet. Ex. 28 at 10 (citing Pet. Ex. 40). The authors identified 71 cases reports from 1979 to 2013 of CNS acute demyelinating syndromes, including MS, following various vaccinations, most commonly the flu vaccine (21 cases).[39] Pet. Ex. 40 at 1. Of the 71 cases, two involved the tetanus vaccines and one case involved the diphtheria tetanus toxoid whole-cell pertussis ("DTP") vaccine.[40] Id. at 1, 4-5 tbl. 2. MS or worsening of MS did not occur in these three cases, and instead the related illnesses were acute disseminated encephalomyelitis ("ADEM") encephalitis, or myelitis. Id. at 4-5 tbl. 2. Ultimately, the authors concluded that the "overall risk of a demyelinating CNS disease following vaccination, although non-negligible, is relatively low." Id. at 7. Further, as noted by Dr. Goodman, the authors stated "[t]here is no absolute way to definitely link the onset or exacerbation of demyelination with the vaccine, but the close temporal association with the time of vaccination strongly argues in favor of such pathogenetic correlation." Pet. Ex. 28 at 10-11 (quoting Pet. Ex. 40 at 7).

Looking specifically at MS pathogenesis, Karussis and Petrou also explained that "[t]he inflammatory process in MS is propagated by an autoimmune cascade, involving mainly T-cells that target myelin self antigens, possibly mediated by mechanisms of molecular mimicry (cross-reactive antigens expressed by viruses or other microorganisms and myelin components)." Pet. Ex. 40 at 3. In the alternative, they suggested that "existing myelin-specific T-cells, especially of the Th17 phenotype, may expand to critical pathogenic quantities due to malfunctioning immunoregulatory mechanisms." Id.

The authors noted that vaccinations have been "incriminated/implicated as triggers of the onset of MS in susceptible individuals." Pet. Ex. 40 at 3. They explained that some studies indicated a "significant risk" for CIS or "conversion to clinically definite MS" following hepatitis ("Hep") B vaccination. Id. at 3-6. "[O]ther investigators did not confirm this observation." Id. at 6. Additionally, a "extensive review" by the Institute of Medicine ("IOM") did not find sufficient evidence to support a causal relationship between Tdap and onset of MS. Id. Further, "pooled analyses found no evidence that vaccination against . . . diphtheria or tetanus[] was associated with an increased risk of developing MS." Id. Regarding MS exacerbation, Karussis and Petrou noted deterioration or exacerbation of MS had been reported

[39] Karussis and Patrou attributed the number of post-flu vaccine CNS demyelinating conditions "to the high percentage of the population that received the vaccine during the H1N1 epidemia from 2009 to 2012." Pet. Ex. 40 at 1.

[40] The vaccine given here contained acellular pertussis, not whole-cell pertussis.

following human papillomavirus ("HPV") and yellow fever vaccines. Id. The authors did not identify whether the Tdap vaccination has been linked to relapses of MS. Id. Moreover, they summarized a European database study that found the relative risk[41] of MS relapse in the two months following any vaccination to be 0.71. Id. The authors concluded that "[i]n any case, the risk of relapse following infection itself seems to be much higher than the risk imposed by vaccination." Id.

Additionally, Dr. Goodman provided an overview of TM following vaccination. Pet. Ex. 16 (citing Pet. Ex. 21). Agmon-Levin et al. conducted a systematic review of journals published between 1970 and 2009 to analyze cases of TM following vaccination. Id. at 1-2. Of note, the authors acknowledged that TM may be present in MS or present as an isolated entity. Id. at 1. Their initial search revealed 43 cases, but six were excluded due to insufficient data. Id. at 2. The authors did not address whether any of the patients with TM had a prior or subsequent history of MS. See id. Of the remaining 37 cases, four were reported after DTP or diphtheria and tetanus ("DT") vaccines, and one was reported after a multiple vaccine regimen that included DT. Id. at 2, 3 tbl. 1. "In most of these cases[,] the temporal association was between several days and [three] months." Id. at 5. For the cases of TM after DTP and DT, onset was between three and 17 days. Id. at 3 tbl. 1.

Agmon-Levin et al. explained that TM "appears to be an autoimmune response" and the pathogenesis involves the "breakdown of the blood-brain barrier, allowing for infiltration of immune cells into a focal area of the spinal cord and is usually associated with an increase in inflammatory markers such as [IL-6]." Tr. 42 (citing Pet. Ex. 21 at 1-2). Agmon-Levin et al. also discussed mechanisms by which vaccines may induce TM, noting that a "host's response to a vaccine, originally generated to produce protective immunity, is similar to its response to an infectious invasion." Pet. Ex. 21 at 4. Finally, Dr. Goodman noted that the authors suggested a role for adjuvants[42] in vaccine-induced TM. Pet. Ex. 16 at 8 (citing Pet. Ex. 21).

---

[41] Relative risk is a statistical measure "for expressing the association between an agent and disease. . . . It is defined as the ratio of the incidence rate (often referred to as incidence) of disease in exposed individuals to the incidence rate in unexposed individuals." Michael D. Green et al., Reference Guide on Epidemiology, in Reference Manual on Scientific Evidence 549, 566 (3d ed. 2011), https://www.fjc.gov/content/reference-manual-scientific-evidence-third-edition-1. "If the relative risk is less than 1.0, the risk in exposed individuals is less than the risk in unexposed individuals." Id. at 567.

[42] Dr. Goodman noted that the vaccine received by Petitioner contained an alum adjuvant. Pet. Ex. 16 at 6. And he opined that alum was "known to induce the production of pro inflammatory cytokines in vitro" as well as activate the NALP3 inflammasome. Id. However, Dr. Goodman did not expand on the significance of the alum adjuvant in his second report or his testimony. Additionally, his discussion about the significance of the alum adjuvant in his first report appears to be related to the role of pertussis toxin in opening the blood-brain barrier—a theory which Dr. Goodman abandoned in his second report. See Pet. Ex. 28 at 4-5; see supra note 24.

TM is not a disease characterized by relapses or exacerbations, and Agmon-Levin et al. did not discuss how vaccines could play any role in causing a pre-existing spinal cord lesion to change from a clinically silent condition into a symptomatic illness.

### iii. Loving Factor Five and Loving Factor Six

Dr. Goodman testified that Petitioner had "an exacerbation" of "existing" MS, "likely in a preexisting lesion in the upper part of her cervical spinal cord, which led to the symptoms . . . [in] her neck and left arm and [] eventually [her] left side." Tr. 34. He concluded Petitioner had "subclinical MS" that was "provoked or exacerbated within days of exposure to the Tdap vaccine." Tr. 37.

Dr. Goodman explained that on MRI, assuming an adequate technical study, "a nonenhancing lesion [is] . . . at least three weeks old, but it can be anywhere from three weeks to years." Tr. 34. It is "very difficult" if "not impossible" to determine the age of lesions in routine studies. Id.

Dr. Goodman opined that Petitioner's MS exacerbation was consistent with the findings of Langer-Gould et al. since she was under 50 at the time of vaccination, experienced her neurological symptoms within 30 days of vaccination, and had subclinical disease at the time of vaccination. Tr. 37. Dr. Goodman did not distinguish new onset MS (studied by Langer-Gould et al.) from Petitioner's condition characterized by preexisting MS lesions.

Next, Dr. Goodman testified that onset of symptoms "within a few days of vaccine exposure" was likely due to "the initial cascade of proinflammatory cytokines that are provoked by antigenic stimulation by the vaccine." Tr. 75. He agreed that there are

> likely additional steps that come following . . . proinflammatory stimulation that will further exacerbate the . . . existing lesion that are downstream to the initiating events of the cytokine release. And those may include, at a later time, days, weeks later, blood-brain barrier breakdown and infiltration of lymphocytes and so on, which are reasonably modeled by [experimental autoimmune encephalomyelitis ("EAE")].[43]

[43] EAE is an animal model of MS used "for studying disease pathogenesis as well as potential therapeutic interventions. There are currently many pathophysiologic forms of EAE with varying patterns of clinical presentation depending on the animal species and strain, priming protein/peptide, and route of immunization employed." Resp. Ex. F-1 at 1 (Andrew P. Robinson et al., The Experimental Autoimmune Encephalomyelitis (EAE) Model of MS: Utility for Understanding Disease Pathophysiology and Treatment, 122 Handb. Clin. Neurol. 173 (2014)). EAE is "a T-helper (Th) cell-mediated autoimmune disease characterized by T-cell and monocyte infiltration in the [CNS] associated with local inflammation" resulting in "primary demyelination of axonal tracks, impaired axonal conduction in the CNS, and progressive hind-limb paralysis." Id.

Tr. 75. Dr. Goodman reiterated that he did not believe the antigenic stimulation of T cells and blood-brain barrier breakdown and migration of T cells into the CNS was required for Petitioner's symptoms to emerge. Tr. 53. Accordingly, Dr. Goodman opined that a two-to-three-day onset was medically appropriate. Tr. 52.

Looking at a relapsing EAE model, Dr. Goodman agreed that it took four to six days for investigators to note "signs of abnormal neurological function in mice (based on overtly visible motor signs[,] i.e., weakness)." Pet. Ex. 28 at 10 (citing Pet. Ex. 36).[44] However, Dr. Goodman observed that laboratory animals are unable to report subjective sensory symptoms. Id.

Dr. Goodman acknowledged Petitioner experienced sensory symptoms approximately two days after vaccination. Pet. Ex. 28 at 10. However, he noted she sought emergency care for "increased symptoms including motor symptoms" seven days after vaccination. Id. Thus, Dr. Goodman argued that the onset of objective motor symptoms was the appropriate comparison to make when comparing Petitioner's clinical course to the EAE animal models. Id. He concluded that "EAE models, while informative to a point, [are] not justified as a definitive predictor of the kinetics of disease evolution to the precision claimed (e.g., [four] versus [two] days), given the differences in the human versus rodent experience of neurological symptoms." Id. at 11.

Further, Dr. Goodman opined that the "unmasking" of an existing clinically silent MS lesion "makes the requirement for a full evolution of biological events as observed in EAE, unnecessary." Pet. Ex. 28 at 11. In support, Dr. Goodman asserted "clinically silent inflammation in existing MS lesions . . . may be provoked to become symptomatic by systemic pro-inflammatory processes" that occur after viral infection or vaccination. Id.

Finally, Dr. Goodman acknowledged that Langer-Gould et al. first collected data on symptoms 14 days after vaccination and did not provide data on any earlier onsets. Tr. 37. He also noted Agmon-Levin et al. reported a case of TM within three days of vaccination. Pet. Ex. 28 at 7. He criticized "Dr. Forsthuber's focus[] on a single day ([two] versus [three]) difference in the reporting of post-vaccination symptoms in this paper." Id. Dr. Goodman maintained that while Dr. Forsthuber's concerns regarding two-day onset "may be germane to the evolution of a new lesion[,] it is not relevant if there is pre-existing MS and particularly if there is aggravation of a pre-vaccination clinically silent lesion." Id.

---

[44] A.C. Anderson et al., A Transgenic Model of Central Nervous System Autoimmunity by CD4+ and CD8+ T and B Cells, 188 J. Immunol. 2084 (2012). This was also filed as Resp. Ex. A-2.

### 2. Petitioner's Expert, Darin T. Okuda, M.D.[45]

#### a. Background and Qualifications

Dr. Okuda is a Professor of Neurology and the Director of the MS and Neuroimmunology Imaging Program at the University of Texas Southwestern Medical Center. Tr. 90; Pet. Ex. 57 at 1; Pet. Ex. 88 at 2-3. Dr. Okuda received his M.D. from the University of Hawaii. Tr. 90; Pet. Ex. 88 at 1. He then completed a neurology residency at Barrow Neurological Institute in Phoenix, Arizona. Pet. Ex. 88 at 1. Dr. Okuda completed a fellowship in clinical neuroimmunology at the University of California, San Francisco. Id.; Tr. 90. He is board certified in neurology. Pet. Ex. 88 at 2. In his clinical practice, Dr. Okuda sees patients with MS. Tr. 94. His research is focused on RIS and the "early mechanisms of autoimmune inflammatory demyelinating disease." Tr. 92-93. He has published extensively on these subjects and referenced several papers he authored in his expert reports and testimony. See, e.g., Tr. 92-93; Pet. Ex. 57 at 2; Pet. Ex. 88 at 40-52.

Dr. Okuda was offered and admitted as an expert in neurology and neuroimmunology, with a specialized focus on RIS, CIS, and MS, without objection. Tr. 103.

#### b. Opinion

##### i. Loving Factor One

Addressing Loving factor one, Dr. Okuda opined Petitioner "likely had CNS anomalies resulting from autoimmune demyelination prior to exposure to the Tdap vaccine on May 19, 2016." Pet. Ex. 57 at 5; Tr. 129. He further opined that Petitioner's CNS anomalies were "clinically silent prior to May 2016 and she did not fulfill the [diagnostic] criteria for MS" at that time. Pet. Ex. 57 at 5.

Unlike Dr. Goodman, Dr. Okuda opined in his first expert report that "the development of [Petitioner's] C2 lesion more likely than not occurred as a result" of her Tdap vaccination. Pet. Ex. 57 at 6. He based his opinion on his review of the MRI studies done in August 2016, which showed that "the lesion at C2" had "developed more recently given the morphology and caliber of the segment involved." Id. "Alternatively," Dr. Okuda agreed with Dr. Goodman, that there was a "reactivation of this [C2] lesion" with expansion, and that the vaccination was "a significant contributing factor in the reactivation process." Id. Dr. Okuda later testified that the MRI imaging demonstrated the C2 lesion was a "reactivation of an old lesion . . . rather than it being a new MS lesion." Tr. 160-61.

Dr. Okuda explained that MS represents a spectrum, including RIS, CIS, and relapsing-remitting MS. See Tr. 146. He further explained that silent MS refers to asymptomatic MS or RIS. Pet. Ex. 74 at 6. Dr. Okuda noted that "RIS or asymptomatic MS" was not MS by the

---

[45] Dr. Okuda submitted three expert reports and testified at the entitlement hearing. Pet. Exs. 57, 74, 98; Tr. 89-185. His third and final expert report responded to the portions of Dr. Forsthuber's testimony which were the subject of Petitioner's motion to strike. See Pet. Ex. 98.

"formal criteria" at the time of Petitioner's evaluation at the Cleveland Clinic.[46] Id. That is, Petitioner did not meet the criteria for MS at that time. Id. at 5-6.

Responding to Dr. Forsthuber's testimony regarding MS subtypes in his final report, Dr. Okuda noted that Dr. Forsthuber failed to account for "healthy asymptomatic individuals" with "incidental" findings consistent with MS lesions seen on imaging studies who fall into the subtype of RIS. Pet. Ex. 98 at 1 (citing Tr. 243). Dr. Okuda stated that individuals with RIS, who have a clinical course like that of Petitioner, are a category of MS "recognized worldwide" which represents "one of the most transformation updates within the newly released 2024 Revised McDonald diagnostic criteria for [MS]." Id. at 2.

Dr. Okuda described RIS as radiological findings of lesions on the brain and/or spinal cord attributable to CNS demyelination without the presence of clinical symptoms. Tr. 174; see also Pet. Ex. 103 at 7 ("[RIS] is characterized by incidental findings on MRI of T2-hyperintense lesions in the CNS white matter, in a pattern typical of [MS], but in the absence of clinical symptoms suggestive of inflammatory demyelination."). Dr. Okuda explained that the lesions in RIS are always attributable to inflammatory autoimmune demyelination. Tr. 176. Additionally, Dr. Okuda explained that early neurodegeneration may occur in people with RIS. Pet. Ex. 74 at 6 (citing Pet. Ex. 76;[47] Pet. Ex. 77).[48] For example, George et al. found patients with RIS had brain atrophy "prior to the development of a seminal attack related to inflammatory demyelination." Pet. Ex. 77 at 1.

Dr. Okuda also disagreed that Petitioner's pre-vaccination balance problems represented the clinical onset of her MS. Tr. 111-12. Instead, he felt that that hypothyroidism and low vitamin B12 levels "may be related to history of balance difficulties described." Pet. Ex. 57 at 4; Tr. 114. Further, he testified that low B12 levels can "affect the dorsal column" which can affect balance. Tr. 112.

Dr. Okuda opined that attributing Petitioner's balance problems to MS was "speculative." Tr. 111. He explained that "after a diagnosis is made, clinicians may inadvertently develop a bias by attributing prior non-specific symptoms to the disease process itself." Pet. Ex. 74 at 5. He further noted that MS is not a "primary diagnostic consideration" when balance difficulties are the initial symptom. Id.; Tr. 113. On cross-examination, Dr. Okuda reiterated that balance

---

[46] RIS has now been incorporated into the 2024 revised McDonald Criteria. Pet. Ex. 103 at 1 ("In certain cases, [RIS] or neurological symptoms . . . can fulfil the criteria for [MS] diagnosis")). At the time of Petitioner's Cleveland Clinic evaluation, the 2010 McDonald Criteria were in place.

[47] Christina Azevedo et al., Early CNS Neurodegeneration in Radiologically Isolated Syndrome, 2 Neurol. Neruoimmunol. & Neuroinflamm. e102 (2015). Dr. Okuda is a named author of this paper.

[48] IC George et al., Cerebellar Volume Loss in Radiologically Isolated Syndrome, 27 Mult. Scler. 130 (2021). Dr. Okuda is a named author of this paper.

issues are a "very nonspecific symptom . . . not representative of a first attack or first symptom related to [MS]." Tr. 172-73.

Further, Dr. Okuda opined that if Petitioner's 2014 balance symptoms were clinically significant to her treating neurologist, Dr. Moss, she would have been formally diagnosed with relapsing-remitting MS rather than CIS during her initial visit to the Cleveland Clinic. Pet. Ex. 54 at 4-5; Pet. Ex. 74 at 1, 5 (citing Pet. Ex. 8 at 12 ("Although she technically meets criteria for a [CIS] at this point in time, she almost certainly has MS given the presence of both brain and cord lesions.")). At the time of Petitioner's initial visit, the 2010 McDonald Criteria were in place. Pet. Ex. 74 at 4-5; see also Pet. Ex. 75. The 2010 McDonald criteria allowed for MS diagnosis based on "historical events with symptoms and evolution characteristics for a prior inflammatory demyelinating event" so long as one attack was supported by objective findings. Pet. Ex. 75 at 6. While CIS diagnosis needed to be supported by only one attack and objective clinical evidence of one lesion. Id. Dr. Okuda also explained that the 2010 dissemination in time requirement needed patients to be "symptom free or stable within a 30 day period prior to the development of a new neurological symptom." Tr. 110-11. Accordingly, Dr. Okuda testified that "if the Cleveland Clinic physicians felt that symptoms dated as far back as 2014 were MS-related, she would have been diagnosed with MS by Dr. Moss in October 2016, and she would have fulfilled the dissemination in time component for the diagnosis of MS." Tr. 110.

### ii. Loving Factors Two and Three

Next, Dr. Okuda discussed Loving factors two and three, Petitioner's post-vaccination condition and whether Petitioner experienced a "significant aggravation."

Dr. Okuda opined Petitioner developed relapsing-remitting MS, as defined by the McDonald criteria, following vaccination. Tr. 159. However, he noted that Petitioner was initially diagnosed with CIS at her October 2016 Cleveland Clinic evaluation. Tr. 177. At this time, she no longer could be classified as having RIS and instead had CIS as she had become symptomatic. Tr. 178. Dr. Okuda noted that a patient can progress from CIS to relapsing-remitting MS based on a second clinic attack or advancement on MRI. Tr. 179-80.

Looking at Petitioner's post-vaccination imaging, Dr. Okuda noted Petitioner's August 24, 2016 MRI revealed an intramedullary lesion at the C2 vertebral level. Tr. 130. Dr. Okuda opined this C2 lesion was a newly enlarging lesion. Tr. 130. Dr. Okuda distinguished between "new lesions" and "newly enlarging lesions," explaining that a "newly enlarging lesion is an existing MS lesion that then becomes reactivated and enlarges over time." Id. Departing from his earlier expert opinion in his written report that the C2 lesion occurred after vaccination, Dr. Okuda explained that the degree of swelling or prominence of the lesion on the MRI imaging indicated "reactivation of an old lesion . . . rather than it being a new MS lesion." Tr. 160-61; see also Pet. Exs. 14, 89 (MRI images). Dr. Okuda opined that the reactivated lesion was at least five years old. Tr. 167. However, on cross-examination, he agreed there was no way to precisely determine when the C2 lesion had originally occurred. Tr. 166

Examining Petitioner's August 2016 MRI, Dr. Okuda opined that the C2 lesion present on the MRI had "nerve fibers that have been damaged permanently" and he explained that this

damage could manifest as sensory disturbances or motor abnormalities. Tr. 162. Dr. Okuda noted that Petitioner's neurological symptoms that began after her vaccination were "distinct" and were "localized to spinal cord" specifically the C2 lesion. Tr. 179.

Addressing Loving factor three, Dr. Okuda opined that Petitioner's pre-existing RIS (an asymptomatic form of MS or precursor to MS) was significantly aggravated by the Tdap vaccine. Tr. 132. He testified that Petitioner "may have been symptom free had she not received the vaccine." Tr. 158. Dr. Okuda disagreed with Respondent's experts' contention that it was more likely than not that Petitioner's RIS would develop into MS based on the conversion rate from RIS to symptomatic MS reported in the medical literature. Tr. 105. And he rejected the assertion that all patients with RIS go on to develop symptomatic MS. Pet. Ex. 74 at 6; Tr. 104.

Dr. Okuda explained that not all individuals with RIS will develop clinically significant MS. Tr. 104. Addressing his own publications, Dr. Okuda agreed that the 2011 study[49] of RIS to MS described that 84% of the identified patients with RIS experienced symptoms within one to 1.6 years. Tr. 105 (citing Pet. Ex. 38). And he agreed the study demonstrated the "presence of spinal cord lesions appears to increase the risk for a first clinical demyelinating event related to MS in this group." Id. However, Dr. Okuda noted that his 2011 study was "the second paper related to RIS that was ever published" and explained that this early work may have higher risk numbers than subsequent studies. Tr. 106, 157.

For example, Dr. Okuda explained his follow up study[50] in 2014 provided more accurate information on the conversion rate from RIS to symptomatic MS as it included a larger sample size. Tr. 107 (citing Pet. Ex. 63). The study found a conversion rate of 34% within five years. Tr. 108. Dr. Okuda noted that this conversion rate was more consistent with large postmortem studies that found incidental features of CNS demyelination on autopsy at a rate "three times higher than the prevalence of MS." Tr. 109; see also Pet Ex. 57 at 5. Based on his most recent research, Dr. Okuda testified that ten-year risk of developing MS in patients with RIS was between 37% and 42%. Tr. 157.

Finally, Dr. Okuda testified that vaccination could "accelerate the development of MS" in patients with RIS. Tr. 158. Further, he opined that "vaccination is a significant contributing factor in the reactivation process" in patients with pre-existing lesions. Pet. Ex. 57 at 6.

### iii. Loving Factor Four

Regarding a causal theory, Dr. Okuda opined that, in susceptible individuals, MS can be triggered by infections, vaccinations, or other antigen exposure. Tr. 135. In patients with RIS or silent MS, a "provocateur, which may include a vaccine . . . may lead to further aberrant

---

[49] Darin T. Okuda et al., Asymptomatic Spinal Cord Lesions Predict Disease Progression in Radiologically Isolated Syndrome, 76 Neurology 686 (2011) [hereinafter Okuda et al. (2011)]. This was also filed as Pet. Exs. 62, 80 and Resp. Ex. F-13.

[50] Darin T. Okuda et al., Radiologically Isolated Syndrome: 5-Year Risk for an Initial Clinical Event, 9 PLOS One e90509 (2014) [hereinafter Okuda et al. (2014)].

behavior by the immune system, causing reactivation of previous lesions or the development of new lesions in eloquent areas resulting in clinically apparent symptoms." Pet. Ex. 57 at 5.

Dr. Okuda first explained that "the biological onset of disease [MS] result[s] from exposure to an antigen [in] an individual that is susceptible, genetically, or otherwise." Pet. Ex. 57 at 2. Regarding the Tdap vaccine, he theorized that an immune response to the vaccine increased cytokine levels, resulting in an acute inflammatory CNS demyelinating event. Id. at 6. He opined that two specific cytokines—INF-gamma and IL-17—were involved in MS pathogenesis "as promoters of CNS inflammation through the activation of immune responses." Pet. Ex. 57 at 5. And he opined that these cytokines were "significantly increased" after exposure to Tdap vaccine. Id.

Dr. Okuda broadly described both IFN-gamma and IL-17 as proinflammatory cytokines. Tr. 116. He testified that IL-17 has "been shown to cause greater blood-brain barrier permeability, and it can also really signal other cells or excite them to produce more inflammatory cytokines, leading to a vicious cycle of greater inflammation." Tr. 116. He also explained that IL-17 is produced by a type of CD4+ T cells known as Th17. See Tr. 117.

Citing Kebir et al.,[51] Dr. Okuda explained that Th17 cells and subsequent production of IL-17 were implicated in the pathogenesis of MS lesions. Tr. 123-24 (citing Pet. Ex. 69). Using both in vivo and in vitro models, Kebir et al. examined the "expression of IL-17 and IL-22 receptors on blood-brain barrier endothelial cells . . . in [MS] lesions" and concluded that "IL-17 and IL-22 disrupt [blood-brain barrier] tight junctions" in both models. Pet. Ex. 69 at 1. The authors noted that "[d]isruption of the [blood-brain barrier] and trafficking of autoreactive T cells from the systemic compartment into the [CNS] are important, early events in the development of [MS] lesions." Id. Dr. Okuda explained that disruption of the blood-brain barrier leads "to increased permeability and disease advancement." Pet. Ex. 57 at 5.

Discussing the significance of IL-17 to exacerbation of a pre-existing MS lesion, Dr. Okuda opined that clinically silent spinal cord lesions could be exacerbated by an elevation of the concentration of IL-17. Tr. 127. He testified that enhanced IL-17 production would make a patient already undergoing clinically silent CNS demyelination more likely to develop symptomatic MS. Tr. 120-21. He opined that "magnitude of spinal cord involvement [in MS] has also been correlated with IL-17 levels." Pet. Ex. 57 at 5 (citing Pet. Ex. 70).[52]

Dr. Okuda explained Ishizu et al. suggested a "causal relationship between [IL-17] levels and spinal cord lesions." Tr. 127 (citing Pet. Ex. 70). In Ishizu et al., the authors examined and compared the CSF cytokine profile as well as neuroimaging and pathological features of patients

---

[51] Hania Kebir et al., Human Th17 Lymphocytes Promote Blood-Brain Barrier Disruption and Central Nervous System Inflammation, 13 Nat. Med. 1173 (2007).

[52] Takaaki Ishizu et al., Intrathecal Activation of the IL-17/IL-8 Axis in Opticospinal Multiple Sclerosis, 128 Brain 988 (2005). This was also filed as Resp. Ex. M-7.

with relapsing-remitting opticospinal MS[53] and conventional MS. Pet. Ex. 70 at 1. The authors found that only patients with opticospinal MS had "significantly elevated" IL-17 in their CSF compared to the control. Id. "Both the length of the spinal cord lesions on MRI and the CSF/serum albumin ratio had a significant positive correlation with IL-8 and IL-17 in [MS]." Id. The authors noted that patients with opticospinal MS had significantly longer spinal cord lesions than patients with conventional MS. Id.

Dr. Okuda further opined that there was a "lower threshold" for IL-17 to reactivate an existing lesion, or newly enlarging lesion. Tr. 127. Dr. Okuda noted that "existing IL-17 positive T cells . . . have been observed in both active and also inactive MS lesions." Tr. 118. He also opined that IL-17 is present in both active and inactive lesions. Tr. 150 (citing Pet. Ex. 71).[54] A study from Tzartos et al. examined brain tissue from patients with MS compared with controls. Pet. Ex. 71 at 1. The authors "found a significant increase in the number of IL-17 T cells in active rather than inactive areas of MS lesions." Id. Using double immunofluorescence, the authors found that IL-17 was present in 73% of cells in chronic lesions, but only 17% of cells in inactive lesions. Id.; see also Tr. 150. The authors concluded that "[t]hese observations suggest an enrichment of both IL-17 CD4 and CD8 T cells in active MS lesions as well as an important role for IL-17 in MS pathogenesis, with some remarkable differences from the [EAE] model." Pet. Ex. 71 at 1.

In support of increased cytokine levels after Tdap vaccination, Dr. Okuda provided a study from Warfel et al.[55] about the immune response of baboons to vaccine containing diphtheria, tetanus, and/or whole-cell or acellular pertussis. Pet. Ex. 67 at 1-2. The authors observed increased levels of IL-17 and IFN-gamma in the vaccinated baboons compared to the naïve baboons. Id. at 4 fig. 5.

Another study from van der Lee et al.[56] examined the immune responses in adults following Tdap vaccine. Pet. Ex. 68 at 1. Dr. Okuda explained van der Lee et al. found higher levels of IL-17 present post-vaccination compared to pre-vaccination. Tr. 121 (citing Pet. Ex. 68 at 9 fig. 9). He explained that the authors described "[s]ignificant increases in a subset of CD4+ [Th] cells . . . following the administration of a Tdap booster in young healthy individuals." Pet. Ex. 57 at 5.

---

[53] Opticospinal MS is a subtype of MS commonly found in Asia characterized by "selective and severe involvement of the optic nerve and spinal cord." Pet. Ex. 70 at 2.

[54] John S. Tzartos et al., Interluekin-17 Production in Central Nervous System-Infiltrating T Cells and Glial Cells Is Associated with Active Disease in Multiple Sclerosis, 172 Am. J Pathol. 146 (2008).

[55] Jason M. Warfel et al., Acellular Pertussis Vaccines Protect Against Disease but Fail to Prevent Infection and Transmission in a Nonhuman Primate Model, 111 PNAS 787 (2014).

[56] Saskia van der Lee et al., Robust Humoral and Cellular Immune Response to Pertussis in Adults After a First Acellular Boost Vaccination, 9 Front. Immunol. 681 (2018).

Van der Lee et al. followed 105 adults vaccinated with whole-cell pertussis during infancy who received the Tdap booster vaccination and collected blood samples pre-booster vaccine as well as two weeks, four weeks, one year, and two years post-Tdap booster vaccine. Pet. Ex. 68 at 1. "The production of IFN-[gamma], IL-13, and IL-17 cytokines increased significantly at all time points post-booster vaccination compared with pre-booster values." Id. at 6. The authors concluded "[v]accine antigen-specific memory B- and T-cell numbers increased and remained at high levels although a significant decline was observed after [four] weeks post-booster. However, Th1, Th2, and Th17 cytokine production remained above pre-booster levels for [two] years." Id. at 1. Dr. Okuda testified this paper supported that the "immune response to the vaccine may be robust." Tr. 121.

Next, Dr. Okuda testified that the "consensus" is that cytokines are implicated in the pathogenesis of MS; however, he explained that "aberrant cytokine behavior is really the result of something the immune system is responding to" such as a virus, bacteria, "something that's inhaled[,] . . . something that's consumed," or a vaccine. Tr. 126.

For example, a paper from Lachance et al.[57] demonstrated that inhaled antigens could cause CNS disease. Tr. 136-39 (citing Pet. Ex. 79). Dr. Okuda explained that Lachance et al. reported on the experience of 24 patients employed at an abattoir who were exposed to aerosolized brain tissue of pigs. Tr. 137. These patients developed diffuse T2 signal changes in the brain and brain stem as well as cervical spinal cord involvement. Tr. 138 (citing Pet. Ex. 79 at 8 fig. 4). The authors noted that the patients had imaging evidence of inflammatory disorder and serological evidence of neurological autoimmunity. Pet. Ex. 79 at 1. One of the patient's initial presentations involved TM. Id.

In his final report, Dr. Okuda commented on Dr. Forsthuber's testimony that injection of a protein (antigen) into an animal only produces an immune response under "very particular circumstance[s]" as well as his subsequent discussion of adjuvants. See Pet. Ex. 98 at 2; see also Tr. 254. Dr. Okuda explained that Dr. Forsthuber's testimony was "not comprehensive" and that he failed to acknowledge the fact that adjuvants "are not always needed to induce an immune response." Pet. Ex. 98 at 2 (emphasis omitted). In support, Dr. Okuda cited the Lachance et al. study of employees of the swine abattoirs who developed CNS injury due to inhalation of aerosolized porcine brain tissue. Id. (citing Pet. Ex. 79). Additionally, Dr. Okuda opined that Lachance et al. findings demonstrate "a remarkable autoimmune peripheral and/or [CNS] response occurred in the absence of an adjuvant." Id.

In response to Dr. Forsthuber's testimony about T cells in the context of MS, and the association between the Tdap vaccine and lymphocyte tracking, Dr. Okuda explained that "[a]ll vaccines result in an immune response." Pet. Ex. 98 at 3 (citing Tr. 280-82). Specific to the

[57] Daneil H. Lachance et al., An Outbreak of Neurological Autoimmunity with Polyradiculoneuropathy in Workers Exposed to Aerosolised Porcine Neural Tissue: A Descriptive Study, 9 Lancet Neurol. 55 (2010). This was also filed as Pet. Ex. 100.

Tdap vaccine, it contains the adjuvant aluminum[58] which enhances the immune response. Id. Dr. Okuda stated that the "cytokine response that occurs . . . may result in a variety of biological results" which he previously described in his expert reports and testimony. Id. Further, the aluminum adjuvant may cause stimulation of "other immune cell types that secrete proinflammatory cytokines." Id.

Next, Dr. Okuda distinguished between the biological onset of MS, the tissue onset of MS, and the clinical onset of MS. Tr. 141-44. Biological onset occurs when the immune system "is exposed to something that alters the biology of the immune system" but no injury has yet occurred to the tissue. Tr. 141. Biological onset of MS has been proposed as an "immunologically isolated syndrome" characterized by "disrupted biology of the immune system" with "no evidence of injury" although the immune system is "being dysfunctional."[59] Tr. 142. For example, he explained that in the context of MS, a patient may have oligoclonal bands in the CSF fluid but no MS lesions. Id. The CSF findings suggest there are cells within the brain making proteins that are not present in the blood in the peripheral circulation, but there are no lesions that suggest MS. Tr. 143. While it is not known whether the patient will develop symptoms of MS, the oligoclonal bands "may represent altered immune biology prior to tissue onset." Id.

Tissue onset occurs when there is tissue injury, and this can be reflected in "brain volumes, either who brain or regional brain volumes, cortical gray structure," or other parts of the brain. Tr. 142. Dr. Okuda testified that a patient can have tissue onset without clinical onset, and he referred to this as RIS. Id. However, not all patients who experience tissue onset have clinical onset, as evidenced by autopsy studies that show lesions. Id.

Risk factors that lead to clinical onset include an age younger than 37, male sex, and involvement of the spinal cord or brain stem. Tr. 144. However, Dr. Okuda stated that not all patients who have lesions in the spinal cord develop clinical symptoms, although the reasons "are not entirely clear." Id. He explained that symptom manifestation is complex as illustrated by animal studies where lesions may provoke clinical symptoms, but the creation of additional lesions may result in cessation of sensitivity due to initial lesion. Tr. 145. Dr. Okuda opined that patients may go for a long period of time without symptoms, "only to . . . be derailed when there's some physical change . . . in the spinal cord," which is what he believes happened with Petitioner. Id.

In support of his opinions, Dr. Okuda discussed a paper he authored about RIS in MS. Tr. 146 (citing Pet. Ex. 78). He explained that MS is a spectrum, and while there are a number

---

[58] While Dr. Goodman discussed alum adjuvant in his first expert report, Dr. Okuda discussed aluminum adjuvant in his reports. Respondent's expert, Dr. Forsthuber, testified that alum adjuvant and aluminum adjuvant are "two very different forms of . . . aluminum." Tr. 283. He explained alum adjuvant is primarily used in animal models and contains aluminum phosphate sulfate while the aluminum adjuvant in the Tdap vaccine contains aluminum phosphate. Id.

[59] Dr. Okuda explained that he was "not sure" if he was "completely on board" with this description." Tr. 142.

of different terms, including RIS, CIS, relapsing-remitting, etc., "most important is the clinical consequence" of the injury. Tr. 146-47. The point Dr. Okuda makes is that there could be "an immune system that's dysfunctional that never causes harm." Tr. 148.

Dr. Okuda submitted several articles he authored, and he discussed these articles in his expert reports and at the hearing. See, e.g., Pet. Exs. 38, 59, 61,[60] 63, 64, 78. These papers range in date of publication from 2009 to 2024, and they reveal a progression of knowledge regarding RIS over this time period. For example, in 2009, Dr. Okuda wrote a review paper about incidental findings of CNS lesions "highly suggestive" of demyelinating disease (MS) detected on MRIs (in living patients) as well as autopsies. Pet. Ex. 61. Dr. Okuda studied RIS and the clinical history of patients who had lesions characteristic of RIS with no "historical accounts of remitting clinical symptoms suggestive of neurological dysfunction." Id. at 5. He coined RIS to describe those with MRI findings "highly suggestive" of demyelinating disease. Id. In contrast, CIS is defined as a "subtype" of patients with the "first clinical manifestation of disease." Id. Dr. Okuda noted that the research showed "no clear concordance exists between conventional measures of disease in MS" (MRI findings related to lesion volume, interval development of new lesions, or enhancement of lesions) and clinical outcomes. Id. at 6. In 2009, when Dr. Okuda co-authored this paper, the clinical implications of asymptomatic findings were not clear, but it was suggested that individuals with RIS were at risk of developing clinical symptoms. Id. at 7. These papers also showed that the risk of progression from RIS to MS is significant. See Pet. Ex. 38 at 1, 3 (noting 21 of 25 patients advanced to clinical symptoms); Pet. Ex. 63 at 1 (noting 34% with RIS progressed to MS within five years).

Dr. Okuda's most recent paper filed herein (published in 2024 with Lebrun-Frenay) summarized the "[r]emarkable advancements" since the earlier 2009 paper, including the identification of risk factors for disease progression, revisions to diagnostic criteria for RIS, and understanding the role of disease modifying therapy in the prevention of and delay of symptomatic MS. Pet. Ex. 78 at 2. In this most recent paper, the authors stated that a "prevailing hypothesis for MS involves the activation of the immune system in susceptible individual by an environmental source, resulting in aberrant responses to normal tissue." Id. at 1.

Dr. Okuda further opined "[a]ll vaccinations, regardless of the antigenic composition, induce an immune response." Pet. Ex. 57 at 5 (citing Pet. Ex. 66).[61] In conclusion, Dr. Okuda opined that that antigenic stimulation from the Tdap vaccine could trigger transition from tissue onset to clinical onset of MS. Tr. 146.

**iv. Loving Factor Five and Loving Factor Six**

Dr. Okuda testified that Petitioner's pre-existing RIS was "more likely than not" significantly aggravated by the Tdap vaccine. Tr. 132. He explained Petitioner's "clinical

[60] Darin T. Okuda et al., Unanticipated Demyelinating Pathology of the CNS, 5 Neurology 591 (2009).

[61] Andrew J. Pollard & Else M. Bijker, A Guide to Vaccinology: From Basic Principles to New Developments, 21 Nat. Rev. Immunol. 83 (2021).

symptoms occurring two days after Tdap resulted from an immune response to the Tdap vaccine. The immune response increased cytokine levels that resulted in a first acute inflammatory CNS demyelinating event with her initial symptoms localizing to the cervical spinal cord, meeting the clinical diagnosis of [MS]." Pet. Ex. 57 at 5.

At the hearing, Dr. Okuda testified that Petitioner's neurological symptoms began two to three days after vaccination and were caused by her Tdap vaccine. Tr. 132. He explained that a two-day onset can occur due to activation of IL-17+ T cells within existing lesions. Tr. 149. In support, Dr. Okuda referenced the finding of Tzartos et al. Pet. Ex. 57 at 5 (citing Pet. Ex. 71). He explained that a two-day onset "is likely related to the extent of activation of existing IL-17+ T cells within existing lesions as varying levels have been observed in both active and inactive MS lesions." Id.; Tr. 149. Tzartos et al. found that IL-17 is found in 73% of cells in chronic lesions, but in only 17% of cells in inactive lesions. Tr. 150. Dr. Okuda attributed the difference due to "greater permeability of the blood brain barrier" and the finding that IL-17 was "expressed by T cells, astrocytes, and myelin producing cells, oligodendrocytes" which "are already primed to produce IL-17." Id. Thus, "the threshold would be even lower for them to be stimulated again to produce more IL-17, bringing in more cells, causing more inflammation." Tr. 150-51. The "greater permeability of the blood-brain barrier" within a given lesion was also due to existing IL-17+ T cells. Tr. 118, 150. Accordingly, a "specific lesion may be more susceptible to inflammation, because it already has more permeable channels in which cells can cycle in and out of." Tr. 118.

Of note, Tzartos et al. did not study IL-17 production after vaccination or other external environmental stimulus, but instead reported "active synthesis" of IL-17 by CD4+ and CD8+ T cells, astrocytes, and oligodendrocytes in active lesions in MS. See Pet. Ex. 71 at 7. In other words, Tzartos et al. did not discuss vaccination. And, on cross-examination, Dr. Okuda conceded that Tzartos et al. did not indicate that IL-17 can be produced in two days nor did the paper address the time frame for the production of IL-17. Tr. 181-82.

Addressing Respondent's contention EAE models were unsupportive of a two-day onset, Dr. Okuda first critiqued Respondent's experts' reliance on EAE for modeling MS, noting that EAE doesn't "fully mirror typical MS in humans." Tr. 134. He also opined that the EAE models did not capture the "difference between having an immune system that's already dysfunctional and allowing for the introduction of an antigen to study disease behavior versus de novo disease that's starting because of the induction of MS." Tr. 133.

In his final expert report, Dr. Okuda opined that Dr. Forsthuber's description of the immune response after vaccination failed to account for the early innate immune response that occurs after vaccination—a process that occurs within minutes to hours. Pet. Ex. 98 at 3. Further, Dr. Okuda explained that Petitioner "appeared to have existing autoimmune inflammatory lesions within the [CNS] consistent with pre-clinical [MS]." Id. Dr. Okuda criticized Dr. Forsthuber's testimony for failing to address how his proposed timeline of events would differ in the context of these pre-existing autoimmune inflammatory lesions. Id. Finally, Dr. Okuda argued that Dr. Forsthuber "fails to mention that biological differences may exist from person to person." Id.

### 3. Respondent's Expert, Thomas G. Forsthuber, M.D.[62]

#### a. Background and Qualifications

Dr. Forsthuber is a Professor of Immunology and Endowed Chair of Biotechnology at the University of Texas at San Antonio. Tr. 238; Resp. Ex. O at 2. Dr. Forsthuber received a Doctor of Medicine in immunology and M.D. at the University of Tübingen in Germany. Tr. 238; Resp. Ex. O at 2. Dr. Forsthuber is board certified in anatomical and clinical pathology. Resp. Ex. O at 2. He was licensed to practice medicine in the United States; however, Dr. Forsthuber is no longer clinically active nor did Dr. Forsthuber see MS patients when he was in clinical practice. Tr. 239, 341. Dr. Forsthuber's research focuses on autoimmune disease and T cell immunology. Tr. 240; Resp. Ex. A at 1. He has published over 100 papers and book chapters relating to immunology and the pathogenic mechanisms of autoimmune diseases. Tr. 241; Resp. Ex. O at 24-35.

Dr. Forsthuber was offered and admitted as an expert in immunology, with a specialized focus on MS, without objection. Tr. 242-43.

#### b. Opinion

##### i. Loving Factors One, Two, and Three

While he reviewed the medical records, Dr. Forsthuber is no longer a clinician and offered limited opinions on Petitioner's condition pre- and post-vaccination. See Resp. Ex. A at 3, Resp. Ex. F at 1; Resp. Ex. M at 1; Tr. 346. He deferred to Dr. Lindsey's opinions on clinical diagnosis. Resp. Ex. A at 3; Resp. Ex. F at 1; Resp. Ex. M at 1.

Addressing Loving factor one, Dr. Forsthuber opined Petitioner's physicians at the Cleveland Clinic considered onset of Petitioner's MS probably occurred in 2014 due to her "reported problems with balance in the past one to two years." Resp. Ex. F at 1. Dr. Forsthuber agreed that Petitioner "most likely exhibited an autoimmune demyelinating process prior to her Tdap vaccination." Resp. Ex. M at 11, 13. However, he asserted that "autoimmune demyelination" was inconsistent with "'truly silent' MS." Id. Of note, Dr. Forsthuber questioned the existence of "'true silent' MS" both generally and in Petitioner's case. Id. at 11. Instead, he asserted that patients with RIS "may show mild clinical manifestations such as [] cognitive defects and coordination which may remain undetected during routine neurological examination." Id. at 10 (citing Resp. Ex. M-2 at 6). Dr. Forsthuber also stated it was "unknown" whether Petitioner had RIS since she did not have MRIs available prior to her vaccination. Id.

Next, Dr. Forsthuber addressed Loving factors two and three, Petitioner's post-vaccination condition and whether Petitioner experienced a "significant aggravation."

---

[62] Dr. Forsthuber filed three expert reports and testified at the entitlement hearing. Resp. Exs. A, F, M; Tr. 237-418.

Dr. Forsthuber agreed that medical records showed Petitioner experienced an "MS attack" in May 2016 and was subsequently diagnosed with relapsing-remitting MS by her treating physicians. See, e.g., Resp. Ex. A at 4; Resp. Ex. F at 1; Resp. Ex. M at 3; Tr. 245-46. Next, Dr. Forsthuber opined that "the natural course of her neurological condition would be development of relapses at an unpredictable timepoint." Resp. Ex. F at 12.

Relying on Preziosa et al., Dr. Forsthuber asserted that approximately 51.2% of RIS patients will develop a first acute clinical event or progressive onset within 10 years. Resp. Ex. M at 10 (citing Resp. Ex. M-2); see also Resp. Ex. F at 12. Accordingly, Dr. Forsthuber opined that "more likely than not" Petitioner's undiagnosed MS "would have progressed spontaneously to evident MS." Resp. Ex. M at 10. He observed the "natural course of her neurological condition would be development of relapses at an unpredictable timepoint." Resp. Ex. F at 12. He concluded that Petitioner experienced a "spontaneous relapse" of MS in 2016. Id.

**ii. Loving Factor Four**

Dr. Forsthuber opined that neither Dr. Goodman nor Dr. Okuda presented a reliable medical theory to explain how the Tdap vaccine could significantly aggravate MS. Tr. 255; Resp. Ex. A at 11; Resp. Ex. F at 11; Resp. Ex. M at 13. Further, he did not believe that the Tdap vaccine could cause or significantly aggravate MS. Tr. 339.

Dr. Forsthuber characterized Dr. Goodman's theory: the Tdap vaccine induces cytokines, and these cytokines "somehow lead to the . . . unmasking of the silent MS lesions." Tr. 255. Similarly, he described Dr. Okuda's theory: "cytokines induced by the Tdap vaccinations reactivate silent CNS lesions." Tr. 286.

Dr. Forsthuber acknowledged that cytokines play a role in the pathogenesis of MS. Describing the role of cytokines in MS broadly, Dr. Forsthuber explained cytokines are released by autoreactive T cells. Tr. 260-61. These cytokines, including INF-gamma, IL-17, and tumor necrosis factor ("TNF"), "act on other cells." Tr. 261. The cytokines "trigger inflammation and . . . promote inflammation, promote recruitment of more cells into the CNS through chemokines, and then cause damage to the tissues." Id.

Further, patients with MS have elevated levels of certain cytokines in their CNS, such as INF-gamma, compared to healthy individuals. Tr. 263. However, Dr. Forsthuber explained that healthy individuals also have cytokines produced locally in the brain (such as IL-1). Id. Healthy individuals have low levels of proinflammatory cytokines (between about 10 and 100 picograms)[63] present. Tr. 265-66; see also Resp. Ex. F-6 (discussing cytokine levels in the blood

[63] A picogram is a trillionth of a gram. Tr. 165.

serum of healthy adults and children).[64] Relying on Khaibullin et al.,[65] Dr. Forsthuber testified that there is "no real difference in the blood [cytokine levels] of MS patients versus healthy individuals." Tr. 267-68 (citing Resp. Ex. F-7). He acknowledged, however, that Khaibullin et al. found elevated levels of cytokines in the CSF in MS patients. Tr. 269. Dr. Forsthuber explained that the elevated levels of cytokines in the CSF was "reasonable reflection of what's happening in the brain" of MS patients and reflected elevated cytokines in the CNS. Tr. 268-69. He opined that elevated levels of cytokines in the CNS of MS patients were caused "most likely" by infiltration of T cells and "activation of inflammatory cells in the CNS, in the lesions" which "probably release these cytokines." Tr. 269. In summary, while proinflammatory cytokines were present in similar levels in the blood serum of healthy subjects and MS patients, MS patients also had proinflammatory cytokines in their CSF. And the elevated cytokine levels in the CSF were the result of a T cell driven process.

Dr. Forsthuber generally opined that activation of T cells was an antigen-driven process. Tr. 270. He explained that T cells are "induced by something" (such as infection or autoimmune disease) to develop the ability to make cytokines. Id. He testified that MS was thought to be induced by cell-mediated immunity with CD4+ T cells promoting disease. Tr. 285. He noted that MS is not thought to be an antibody-mediated disease; however, antibodies may be secondary. Id.

Dr. Forsthuber testified that Tdap antigens could not trigger MS. Tr. 288. He acknowledged that the "autoantigens that . . . trigger or promote" MS are not known "for sure." Tr. 289. However, Dr. Forsthuber testified he "reasonably assumes" that antigens found in the CNS, such as myelin basic protein, were implicated as these antigens could cause T cells to produce cytokines under the right conditions. Id. Dr. Forsthuber further opined that he could not contemplate a way that the Tdap vaccination could induce or activate autoimmune T cells so as to trigger MS. Tr. 290; see also Tr. 271. He explained that vaccines induce "an adaptive immune response," which is the "induction of a T cell response to help B cells for most inactivated vaccines [to] make antibodies." Tr. 289-90.

Next, Dr. Forsthuber disagreed that "cytokines induced by the Tdap vaccine could activate T cells directly in the CNS." Tr. 280. Dr. Forsthuber acknowledged that Martino et al.[66] demonstrated "autoimmune T lymphocytes from MS patients could be activated by proinflammatory cytokines in the absence of cognate antigen." Resp. Ex. M at 12 (citing Resp. Ex. M-15); Tr. 279-80. However, Dr. Forsthuber emphasized that Martino et al. required "very high cytokine concentrations in excess of thousands of picograms of cytokines such as TNF-

---

[64] Giulo Kleiner et al., Cytokine Levels in the Serum of Healthy Subjects, 2013 Mediators Inflammation 434010 (2013).

[65] Timur Khaibullin et al., Elevated Levels of Proinflammatory Cytokines in Cerebrospinal Fluid of Multiple Sclerosis Patients, 8 Front. Immunol. 531 (2017).

[66] Gianvito Martino et al., Proinflammatory Cytokines Regulate Antigen-Independent T-Cell Activation by Two Separate Calcium-Signaling Pathways in Multiple Sclerosis Patients, 34 Annals Neurol. 340 (1998). This was also filed as Resp. Ex. L.

[alpha], IL-6, or IFN-[gamma].” Resp. Ex. M at 12. Martino et al. had to combine over 30,000 pictograms of cytokines to induce T cell proliferation in tissue culture. Id. Further, the authors were unable to activate T cells using up to 25,000 pictograms of TNF-alpha, IL-6, and IFN-gamma. Tr. 280; see also Resp. Ex. M-15 at 6 fig. 2. Figure two from Martino et al. demonstrated the results of T cells being stimulated with TNF, IL-6, IFN-gamma, IL-2, and a combination of TNF, IL-6, and IL-12. See Resp. Ex. M-15 at 6 fig. 2. There was no T cell proliferation following stimulation with TNF, IL-6, or IFN-gamma alone. Id. IL-2 stimulation as well as stimulation with the combination of TNF, IL-6, and IL-2 did cause T cell proliferation. Id. Dr. Forsthuber explained that the TNF, IL-6, and IL-2 combination used over 30,000 pictograms of cytokines. Resp. Ex. M at 12. Dr. Forsthuber concluded the paper indicated that a concentration of cytokines “roughly 10,000-, 5,000-, and 1,100-fold higher than can be detected in the blood after vaccination” was “insufficient to properly activate or induce proliferation of autoimmune T cells.” Id.

Of note, Martino et al. concluded their study showed a “combination of four different cytokines in patients with MS” promoted a sustained intracellular calcium increase and led to “T-cell activation by using at least two different myelin antigen-independent pathways.” Resp. Ex. M-15 at 8. The authors noted that viral infections were also able to “induce up-regulation of several proinflammatory cytokines, [that] have been strongly associated with the occurrence of clinical relapse in MS.” Id. “This non-antigen-specific peripheral mechanism of immune activation, apparently not requiring any CNS-specific signal, is certainly able to cause a surge of potentially pathogenic T cells (expressing the cellular machinery to respond to the appropriate cytokine mix), which will be recruited within the CNS days to weeks later.”[67] Id.

Dr. Forsthuber agreed that infection could exacerbate MS. Tr. 345. However, he noted that immune responses following infection and vaccination are “vastly different.” Tr. 290. Dr. Forsthuber testified that the immune response following vaccination is “short-lived” compared to the immune response following an infectious disease. Tr. 290-91. Following infectious disease, pathogens may persist for days, weeks, or months, and these pathogens “continue to stimulate an immune response.” Id. Accordingly, Dr. Forsthuber opined cytokine production is much higher following an infectious disease compared to after vaccination. Tr. 291.

By comparison, Dr. Forsthuber explained vaccination induces only a modest increase in cytokines. Resp. Ex. M at 11. Further, the Tdap vaccine does not induce a “meaningful increase” in IL-17 that could affect MS. Id.; Tr. 274. He disagreed that the Tdap vaccine resulted in a sufficient concentration of cytokines to induce proliferation of autoimmune T cells. Resp. Ex. M at 11-12. Instead, he testified that vaccination induced cytokines levels in the “low teens” to about “150 picograms.” Tr. 280.

---

[67] The authors further noted that they found that “dual [Calcium] signaling-responsive cells are detectable in the peripheral circulation early in the course of a clinical attack ([about two] weeks before the appearance of clinical or MRI evidence of disease activity).” Resp. Ex. M-15 at 8. “A similar lag time between peripheral activation and clinical manifestations in the target organs is also seen during [EAE], and probably represents the time necessary for the recruitment of a relatively large number of pathogenic cells within the CNS.” Id. at 8-9.

In support, he provided a study from Kashiwagi et al.[68] that looked at cytokine levels 24 hours after vaccination. Tr. 273 (citing Resp. Ex. F-8). He noted the study found "very low, very minimal" levels of cytokines, including IL-17, following vaccination in individuals with both a febrile and non-febrile reaction to DTP, *Haemophilus influenzae* ("Hib"), and pneumococcal vaccines. Id.; see also Resp. Ex. F-8 at 5 fig. 3. Dr. Forsthuber also noted a study from Lim et al.[69] reported "vaccination-induced increases in serum cytokines are typically 'slight' at best, and frequently no significant changes were observed in the levels of cytokines measured after vaccination." Resp. Ex. F at 5 (citing Resp. Ex. F-9). Lim et al. conducted a literature review and summarized 12 studies that measured cytokine levels after vaccination. Resp. Ex. F-9 at 1, 3 tbl. 1. In the one study addressing cytokines after DTaP, IL-6 levels peaked at 130 picograms with peak level 12 hours after vaccination (IL-17 was not studied). Id. at 3 tbl. 1. Accordingly, Dr. Forsthuber opined that the levels of cytokines after vaccination were within the range of cytokines found in healthy, unvaccinated individuals. Tr. 273, 275.

Further, Dr. Forsthuber explained that when cytokines are circulating in the blood, "only about 0.05 to 0.3 percent can get through the blood brain barrier." Tr. 277; see also Resp. Ex. M at 11 (citing Resp. Ex. M-14).[70] Thus, if 1,000 picograms of cytokines were circulating, "only 0.3 picograms max go into the CNS." Tr. 277. "Thus, vaccination induces at most small amounts of cytokines in the blood of individuals, and of these small amounts, even smaller amounts reach the brain, and some cytokines not at all." Id. For example, if the Tdap vaccine induced 150 picograms of a cytokine, only 0.5 picograms would cross the blood brain barrier. Tr. 280. Accordingly, Dr. Forsthuber concluded that there "was just no way" that cytokines induced by the Tdap vaccine "could activate T cells directly in the CNS." Id.

Additionally, Dr. Forsthuber contended that several studies relied on by Petitioner's expert, Dr. Okuda, failed to provide support for his cytokine theory. See, e.g., Resp. Ex. M at 13. For example, Dr. Forsthuber disagreed that Warfel et al. demonstrated a significant increase in IL-17 and INF-gamma after Tdap vaccination. Tr. 292 (citing Pet. Ex. 67). First, he noted that the animal models only had increased IL-17 after whole-cell pertussis vaccination but not after Tdap (which includes acellular pertussis). Tr. 293 (citing Pet. Ex. 67 at 4 fig. 5). Dr. Forsthuber emphasized that whole-cell and acellular pertussis are "dramatically different . . . vaccines." Tr. 294. The antigen dose is about ten-fold higher in whole-cell pertussis. Id. Dr. Forsthuber concluded the Warfel et al. study demonstrated the Tdap vaccine does not "induce meaningful levels of [IL-17]." Tr. 298. He acknowledged that the study showed elevated IL-5 levels, but he testified that IL-5 is related to Th1 and Th2 cells which "are not pathogenic in MS." Tr. 294, 297-98.

---

[68] Yasuyo Kashiwagi et al., Production of Inflammatory Cytokines in Response to Diphtheria-Pertussis-Tetanus (DPT), Haemophilus Influenzae (Hib), and 7-Valent Pneumococcal (PCV7) Vaccines, 10 Hum. Vaccin. & Immunother. 677 (2014).

[69] Pei Wen Lim et al., Potential Use of Salivary Markers for Longitudinal Monitoring of Inflammatory Immune Response to Vaccination, 2016 Mediators Inflamm. 6958293.

[70] William A. Banks, Blood-Brain Barrier Transport of Cytokines: A Mechanism for Neuropathy, 11 Curr. Pharm. Des. 973 (2005).

Dr. Forsthuber also disagreed that van der Lee et al. provided support for Petitioner's theory. Tr. 299 (citing Pet. Ex. 68). Specifically, he disagreed the study supported Dr. Okuda's contention that significant increases in CD4+ Th cells that produce IL-17 have been described after the Tdap vaccine in healthy individuals. Id. Dr. Forsthuber noted that the authors looked at IL-17 levels in tissue culture rather than blood. Tr. 300. He noted, "in tissue culture, you're always getting tremendously higher amounts of cytokines as compared to looking at the blood of a person" as the T cells are put in a culture and stimulated for several days. Id. Even with stimulation, he noted that IL-17 was produced at only low levels. Tr. 301-02.

And Dr. Forsthuber criticized Dr. Okuda's reliance on Ishizu et al. Resp. Ex. M at 9 (citing Pet. Ex. 70). He argued that that study only found elevated levels of IL-17 within the lesions of patients with opticospinal MS, a different variant of MS than Petitioner. Id. Further, the study did not find elevated IL-17 in the CSF of conventional MS patients. Id.; see also Pet. Ex. 70 at 1 (noting IL-17 was "significantly decreased" in the study participants with conventional MS).

Overall, Dr. Forsthuber agreed that IL-17 is considered to be a cytokine that promotes inflammation, and he agreed with Dr. Okuda's explanation that it is "one of several cytokines that contributes to MS disease pathology." Tr. 303. However, Dr. Forsthuber said that "the key point [] is the numbers," and he opined that the Tdap vaccination does not result in levels of IL-17 that achieve the effects seen in the studies cited. Tr. 304.

Further, Dr. Forsthuber opined it was not possible for an inactivated vaccine, such as Tdap, to induce lymphocyte trafficking into the CNS. Tr. 259. Dr. Forsthuber opined that inflammasomes played only an indirect role in the pathogenesis of MS. Tr. 253. However, inflammasomes cannot "trigger MS just by themselves." Id.

Dr. Forsthuber also disagreed that aluminum adjuvants in vaccinations can permeate the blood-brain barrier. He opined that the aluminum given in the vaccine "stays at the injection site." Tr. 284. The Tdap vaccine contains a "very minor amount of aluminum," and "only a 0.33 milligram of aluminum," which is much less that the amount ingested in food. Tr. 283-84. Further, Dr. Forsthuber opined that there is no medical literature that supports Dr. Goodman's theory that aluminum opens the blood-brain barrier. Tr. 285.

Turning to epidemiological studies and other medical literature, Dr. Forsthuber opined there was no reliable evidence that vaccines could cause MS and further argued that "the consensus is that vaccines do not cause MS or MS relapse." Resp. Ex. M at 2 (citing Resp. Ex. M-1).[71]

Zrzavy et al. performed a literature review to summarize data on vaccination, MS, and ADEM. Resp. Ex. M-1 at 1-2. Discussing the association between vaccination and MS relapse, the authors acknowledged that "it seems to be plausible" that certain live vaccines (such as the

[71] Tobias Zrzavy et al., Vaccination in Multiple Sclerosis: Friend or Foe?, 10 Front. Immunol. 1883 (2019).

yellow fever 17D vaccine strain), may provoke MS relapse. Id. at 4. "The underlying potential immunologic mechanisms, which are responsible for this elevated relapse rate, are not understood yet." Id. Immunological analysis showed MS patients who received the yellow fever vaccine had an "increased number of [IFN], IL-1[alpha], IL-1[beta,] and [TNF] compared to unvaccinated MS patients or MS patients vaccinated against [flu]." Id. Regarding inactivated vaccines, such as the Tdap vaccine, "there is already more evidence available that an association between MS relapses and different kinds of vaccines does not exist." Id. However, the authors observed it "remains unclear if inactivated vaccines may accelerate an upcoming relapse in patients with active MS by non-specific stimulation of cytokine production." Id. at 4-5.

Next, a French study, by Grimaldi et al.,[72] analyzed data from 106,523 MS patients in the national health claims database in France between 2007 and 2017 to evaluate the risk of MS flare resulting in hospitalization after vaccination. Resp. Ex. M-9 at 1. The authors looked at exposure to "[d]iphtheria, tetanus, poliomyelitis, pertussis or [Hib] vaccines . . . , alone or in combination," flu vaccine, and pneumococcal vaccines. Id. at 1, 3. "Among 35,265 patients with MS who had a flare-up requiring hospitalization and received at least [one] vaccine[,] . . . no association was found with severe MS flare-ups and vaccine exposure in the 60 days prior to the flare-up." Id. at 2. While the authors concluded that there was no association between vaccination and the risk of hospitalization due to MS flare-up, they recommended further studies "to confirm these results" given the number of vaccine subtypes available. Id. at 1.

Another paper from Lebrun et al.[73] provided the French MS Society (Société Francophone de la Sclérose en Plaques ("SFSEP")) recommendations on immunization for patients with MS. Resp. Ex. A-12 at 1-2. The recommendations were based on literature review and a "systemic analysis" by 28 MS experts. Id. at 1. SFSEP concluded that vaccines in general are not associated with an increased risk of MS or with an increased risk of relapses. Id. at 3-4. However, they did note that live vaccines were contra-indicated in MS patients undergoing immunosupressive treatment. Id. at 1. Looking specifically at diphtheria, tetanus, pertussis, and poliomyelitis vaccines (alone or in combination), Lebrun et al. noted that "no study has specifically evaluated the association between these vaccinations, used alone or in combination, and the occurrence of MS or a first CNS demyelinating episode." Id. at 5. The authors concluded "[t]here are no arguments to support the hypothesis of an increased risk associated with any of the vaccinations against diphtheria, tetanus, pertussis[,] or poliomyelitis." Id.

Next, Michielsens et al.[74] studied 11 patients with relapsing-remitting MS, performing MRI scans three weeks before, the day of, and three weeks following flu vaccine administration.

[72] Lamiae Grimaldi et al., Vaccines and the Risk of Hospitalization for Multiple Sclerosis Flare-Ups, 80 JAMA Neurol. 1098 (2023). This was also filed as Resp. Ex. I.

[73] Christine Lebrun et al., Immunization and Multiple Sclerosis: Recommendation from the French Multiple Sclerosis Society, 31 Mult. Scler. & Relat. Disord. 173 (2019).

[74] B. Michielsens et al., Serial Magnetic Resonance Imaging Studies with Paramagnetic Contrast Medium: Assessment of Disease Activity in Patients with Multiple Sclerosis Before and After Influenza Vaccination, 30 Eur. Neurol. 258 (1990).

Resp. Ex. M-11 at 1. At the beginning of the study, there were eight lesions showing contrast enhancement, and three additional lesions were seen prior to vaccination. Id. There was one new active lesion found after the post-vaccination period. Id. No clinical exacerbations occurred during the pre- or post-vaccination observation period. Id. The researchers concluded that the flu vaccination did not have any clinical or subclinical effect on MS lesion activity. Id.

Dr. Forsthuber also cited Winkelman et al.,[75] a study of responses to vaccination in 222 MS patients on disease modifying drugs. Resp. Ex. M-10 at 1. Most of the patients were female and the majority had relapsing-remitting MS. Id. Vaccines administered included flu (56.3%), tetanus based (33.8%), tick borne encephalitis (9%), Hep A or B, and typhoid fever. Id. Overall, there were 14 relapses between days 7 and 90 following vaccination, with 4 out of 75 after receiving a tetanus-containing vaccine. Id. at 2. Disease activity, measured by annualized relapse rate, "decreased from 0.64 the year prior to vaccination to 0.38 in the following year." Id. at 1. The authors concluded that "standard non-live vaccines are safe and well-tolerated in MS patients and do not negatively impact disease activity." Id. This study is not particularly relevant, since the patients were on treatment at the time of vaccination, which was not the case with Petitioner here.

Finally, Dr. Forsthuber criticized Langer-Gould et al. and concluded it was not applicable to Petitioner's case. Tr. 330; Resp. Ex. F at 8. In his view, it was "a lower quality study." Tr. 330. He did not think it was relevant because the study did not examine reactivation or relapse of MS, but studied new onset disease. Id. And Dr. Forsthuber testified that Langer-Gould et al. did not stipulate that they evaluated the Tdap vaccine or provide information on booster vaccinations. Tr. 331. Dr. Forsthuber stated that they evaluated "tetanus, pertussis, and diphtheria vaccine (8 cases and 14 controls), not specifically Tdap, which has a different composition than DTaP." Resp. Ex. F at 8; see also Pet. Ex. 34 at 2 ("The most commonly reports other vaccines in adults were influenza; tetanus, pertussis, and diphtheria, and varicella-zoster . . . . We were not able to distinguish between boosters or initial vaccinations owing to limited power."). Due to these limitations, Dr. Forsthuber was unable to reach any conclusions about the study as it relates to the Tdap vaccination. Tr. 332.

On cross-examination, Dr. Forsthuber agreed that some epidemiological studies lack sufficient statistical power to capture rare associations. Tr. 386.

#### iii. Loving Factor Five and Loving Factor Six

Dr. Forsthuber opined it was "highly unlikely that that the Tdap vaccine either caused or contributed to [Petitioner's] MS." Tr. 246. He testified that temporal relationship between Petitioner's vaccine and the onset of her clinical symptoms was coincidental. Tr. 387. He opined that "no specific cause can be assigned" for Petitioner's neurological condition. Resp. Ex. F at 12. And he asserted that the "natural course of her neurological condition would be development of relapses at an unpredictable timepoint." Id.

---

[75] Alexander Winkelmann et al., Side Effects Following Vaccination in Multiple Sclerosis: A Prospective, Mult-Centre Cohort Study, 13 Sci. Rep. 14480 (2013).

As discussed above, Dr. Forsthuber opined that Petitioner's pre-vaccination lesions were "more likely than not" to have "progressed spontaneously to evident MS" based on medical literature reporting a 51.3% conversion rate from RIS to symptomatic MS. Resp. Ex. M at 10 (citing Resp. Ex. M-3). On cross-examination, Dr. Forsthuber acknowledged that not at all individuals with clinically silent MS lesions will develop remitting-relapsing MS. Tr. 404. He acknowledged that Dr. Okuda's more recent research found a conversion rate of RIS to clinically symptomatic MS of 34% to 40%. Tr. 405. However, he also testified that he did "not have the answer" as to "whether all individuals [with RIS] progress or not." Tr. 404-05.

Addressing Loving factor six, Dr. Forsthuber noted Petitioner had onset of new neurological symptoms two days after her Tdap vaccination. Tr. 310. Dr. Forsthuber opined it was "biologically not probable" that the Tdap vaccine could activate T cells in existing MS lesions within two days of vaccination. Resp. Ex. M at 10; Tr. 319.

At the hearing, Dr. Forsthuber provided a demonstrative exhibit to illustrate the timing of immune responses after vaccination:




Tr. 310 (citing Resp. Ex. H). Dr. Forsthuber testified that immune response initiation phase ("IR initiation phase") involved the injection into the deltoid muscle triggering tissue damage, irritating muscle cells, irritating antigen-presenting cells ("APC"), and creating "a little inflammation." Tr. 311. Dendritic cells (a type of APC) then "pick up antigens from the vaccine" and move the antigens from the injection site to the draining lymph nodes. Tr. 312. It takes about three to six hours for the initial inflammatory response to begin. Id. And it takes about six to 12 hours for first dendritic cells to move from the muscle to the lymph node. Tr. 312-313. A sufficient number of dendritic cells (at least 85) are needed to induce an immune response. Tr. 313. Dr. Forsthuber opined it takes between 12 and 24 hours for enough dendritic cells to reach the relevant lymph nodes. Id.

During the early lymph node phase, lymphocytes, T lymphocytes, and Tdap-specific T cells move from lymphatic tissue through the blood to the relevant lymph node. Tr. 313-14. Dr. Forsthuber estimated this process takes an additional 12 to 24 hours. Tr. 314.

Next, during the late lymph node phase, T cell activation occurs. Tr. 315. This process takes about 10 hours. Id. Once the T cell activation occurs, T cell proliferation begins. Id. Dr. Forsthuber explained it takes about 16 hours for the first T cell division. Tr. 316. The speed of division increases, and the next cell division takes about six hours. Id. Dr. Forsthuber opined it takes about three days for 30 to 40 cells to form. Id. During this time, the T cells have not just proliferated but also "acquired effective functions." Id. And the T cells "learn how to make . . . inflammatory cytokines and anti-inflammatory cytokines." Id.

Around day four, the effector phase begins, and T cells and B cells leave the lymph node and begin circulating through the blood. Tr. 317-18. The T cells are looking to leave the blood stream and enter tissue. Id. If the T cells generated were "autoimmunity cells," and left the blood and entered the brain, the T cells could then reactivate. Tr. 318. At this point, the T cells produce cytokines. Id. Dr. Forsthuber explained that additional time was needed after the production of cytokines for disease symptoms to occur. Tr. 319. Accordingly, Dr. Forsthuber concluded that the earliest disease onset could occur post-vaccination was five to six days after vaccination. Id. However, Dr. Forsthuber maintained that Tdap vaccination could not induce neuroinflammation and disease onset. Id.

Consistent with the above testimony, Dr. Forsthuber's own research, published in Sosa et al.,[76] found that "CD4+ T cells are detected at the earliest by day [five] after induction of active EAE." Resp. Ex. F at 9 (citing Resp. Ex. F-14 at 5 ("CD4+ T cells infiltrated the CNS in substantial numbers as early as day [five] following immunization, and a rapid rise in CD4+ T cells coincided with the onset of EAE about day 11.")). Dr. Forsthuber noted that "other researchers" found it "at least [three to four] days for the first autoreactive T cells to appear in the CNS after adoptive transfer of T cells." Id. And he opined that the clinical signs of EAE lags behind the appearance of pathogenic T cells in the CNS by several days. Id. Of note, this paper provides foundational support for Dr. Forsthuber's testimony and demonstrative exhibit.

Dr. Forsthuber disagreed that reactivation of MS lesions could occur without antigenic stimulation or permeation of the blood-brain barrier. Tr. 320.

Further, Dr. Forsthuber disagreed "previously CNS antigen primed cells shorten[] the time frame" for "recurrent inflammatory events." Tr. 321. In support, Dr. Forsthuber provided a study from Bartholomäus et al.[77] that found it takes "at least five days for autoimmune memory T cells to appear in the CNS after activation with their cognate autoantigen" in animal models.

---

[76] Rebecca A. Sosa et al., The Kinetics of Myelin Antigen Uptake by Myeloid Cells in the Central Nervous System During Experimental Autoimmune Encephalomyelitis, 191 J. Immunol. 5848 (2013). This was also filed as Resp. Ex. A-1. Dr. Forstbuber is a named author.

[77] Ingo Bartholomäus et al., Effector T Cell Interactions with Meningeal Vascular Structures in Nascent Autoimmune CNS Lesions, 462 Nature 94 (2009). This was also filed as Resp. Ex. J.

Resp. Ex. M at 10 (citing Resp. Ex. M-13); Tr. 321-25. He explained that the authors developed a type of "glow-in-the dark" autoimmune T cells which allowed the study to track the location and progress of T cells within an EAE animal model. Tr. 321-22. The animal models were injected with these T cells when young. Tr. 323. These autoimmune T cells circulate in the animal model and the animal is later immunized with an adjuvant and myelin basic protein, stimulating the preexisting autoimmune T cells. Id. The authors then tracked the "glow-in-the dark" autoimmune T cells and found it took five days for these cells to cross the blood-brain-barrier and appear in the brain. Tr. 323-24; see also Resp. Ex. M-13 at 14 suppl. fig. 4.

Additionally, Dr. Forsthuber opined that animal models corroborate the five-to-six-day immune response timing described above and support his opinion that a two-day symptom onset "is not biologically probable." Tr. 394. First, he opined Mardiguian et al.[78] demonstrated it takes "at least four to five days to reactivate autoimmune T cells" in animal models. Resp. Ex. M at 10 (citing Resp. Ex. F-4).

Mardiguian et al. induced chronic relapsing EAE in female mice. Resp. Ex. F-4 at 1. The authors observed that "[i]ncreased relapse rates in [MS] as a consequence of peripheral immune system activation, owing to infection for example, have been widely reported, but the mechanism remains unclear." Id. Accordingly, the study was designed to "investigate the temporal relationships between a peripheral inflammatory challenge" and the "onset and duration of clinical symptoms in chronic models of MS" with a specific focus on hepatic production of chemokines. Id. at 2.

The mice were injected with an emulsion of mouse spinal cord homogenate on days zero and seven to induce de novo disease. Resp. Ex. F-4 at 2-3. The mice were assessed for clinical signs of limp tails, incomplete hind limb paralysis, complete hind limb paralysis, forearm paralysis, and weight loss. Id. at 3. Disease occurred on day 13 and most mice were in partial or full remission by day 28. Id. After the mice were in remission, on days 31 and 32, a second cohort of mice was injected with an intraperitoneal lipopolysaccharide ("LPS")[79] to simulate disease relapse. Id. The mice were again assessed for clinical signs of hind limb muscle strength on days one, five, six, and seven following the LPS injection. Id. "LPS-induced exacerbation of clinical signs in this study occurred after at least [five] days, longer than the time taken in previous work looking at peripheral LPS challenge." Id. at 8. The authors noted that "this pattern resembles that seen in human MS patients following peripheral infection" and theorized the "lag may reflect the time needed for sufficient damage to occur to the blood-brain barrier, the destruction of myelin[,] and generation of a conduction block." Id.

Dr. Forsthuber noted that disease onset in animal models was also based not only on the appearance of motor symptoms but also based on weight and histopathological evaluation. Resp.

---

[78] Silvy Mardiguian et al., The Contribution of the Acute Phase of Response to the Pathogenesis of Relapse in Chronic-Relapsing Experimental Autoimmune Encephalitis Models of Multiple Sclerosis, 14 J. Neuroinflammation 196 (2017). This was also filed as Resp. Ex. M-12.

[79] LPS is "an inflammatory agent that potently induces inflammatory cytokines." Resp. Ex. F at 3.

Ex. F at 9; Tr. 335-36. Addressing Dr. Goodman's point that undetectable sensory symptoms may predate motor symptoms in animal models, Dr. Forsthuber conceded it was "possible" for animal models to experience sensory symptoms before the onset of visible motor symptoms. Tr. 366. However, Dr. Forsthuber testified that sensory symptoms would happen "once [the animals in this model] have inflammation of the CNS." Id. He testified that the sensory symptoms would not occur without the presence of inflammatory cells or T cells in the CNS. See Tr. 366, 369.

On cross-examination, Dr. Forsthuber agreed that most EAE models and studies induce de novo disease. Tr. 363. He acknowledged that MS and EAE are not the same disease and agreed that animal models cannot "perfectly replicate human disease." Tr. 362-63. He further testified that EAE models existed that "mimic at least some key aspects" of new lesions activity in a person, like Petitioner, who had already had disease. Tr. 364. Dr. Forsthuber acknowledged that these models were not "perfect" but contended it was "reasonable" to use these models. Id. Dr. Forsthuber emphasized that "the animal models are the best that we have, and the animal models give us actually incredible detailed information" and provide fundamental information on "migration of cells" and "kinetics of disease onset." Tr. 393.

Dr. Forsthuber also observed that Buljevac et al.—a prospective study of MS exacerbation following infections in relapsing-remitting MS patients—found "relapses after infections in MS patients were observed after 9.5 days." Resp. Ex. F at 10 (citing Pet. Ex. 32). Of note, the authors provided only the average onset of 9.5 days and did not provide more detailed data on MS exacerbation onset date following infection. See Pet. Ex. 32 at 4

Finally, Dr. Forsthuber disagreed that medical literature provided by Petitioner's experts support a two-day onset. He criticized Dr. Okuda's contention that Tzartos et al. provided support for two-day onset based on the role of IL-17. Resp. Ex. M at 9 (citing Pet. Ex. 71). Tzartos et al. "did not discuss timing or reactivation of IL-17+ T cells in CNS." Id.; see also Tr. 325-26. Dr. Forsthuber testified the study was "not informative regarding the onset of disease in any way." Tr. 326. Next, Dr. Forsthuber testified that Langer-Gould et al. did not provide support for a two-day onset as the authors examined 14- and 30-day intervals post-vaccination and did not specifically consider a two-day interval. Tr. 331, 381 (citing Pet. Ex. 34). He opined the study "provided no evidence that vaccines could accelerate transition from subclinical disease to overt autoimmune disease in just two days." Resp. Ex. F at 10. Finally, Dr. Forsthuber noted that Karussis and Petrou reported an onset of CNS demyelinating syndromes between six and 15 days after DTaP and tetanus vaccinations. Id. at 11 (citing Pet. Ex. 40 at 4 tbl. 2). He asserted that Karussis and Petrou "actually disproves Dr. Goodman's claims that Tdap could have caused onset of MS within two days." Id.

Dr. Forsthuber concluded it was "mechanistically and biologically unlikely that a silent lesion in the CNS could be activated by the Tdap vaccine and result in clinical symptoms" within two days as "immunological studies, EAE studies, and human evidence all support that the biological events would require significantly longer." Resp. Ex. F at 11-12.

### 4. Respondent's Expert, J. William Lindsey, M.D.[80]

#### a. Background and Qualifications

Dr. Lindsey is a Professor of Neurology and Director of the Division of MS and Neuroimmunology at University of Texas Health Science Center in Houston. Tr. 189; Resp. Ex. P at 2. Dr. Lindsey received his M.D. from Harvard Medical School. Tr. 188; Resp. Ex. P at 1. He completed a neurology residency followed by a fellowship in neuroimmunology at Stanford University Medical Center. Id. He is board certified in neurology. Resp. Ex. P at 2. In his clinical practice, Dr. Lindsey mainly treats patients with MS, but also sees patients with other CNS autoimmune diseases. Tr. 189. In addition to his clinical practice, Dr. Lindsey has an "active basic science research program" and is involved in clinical trials for treatment of MS. Tr. 190. He has published over 70 peer-reviewed papers on MS and related diseases. Id.; Resp. Ex. P at 9-22.

Dr. Lindsey was offered and admitted as an expert in neurology and neuroimmunology, with a specialized focus in MS, without objection. Tr. 191.

#### b. Opinion

##### i. Loving Factors One, Two, and Three

With regard to Loving factor one (Petitioner's condition prior to vaccination), Dr. Lindsey opined Petitioner's had "pre-existing but undiagnosed MS." Resp. Ex. E at 2. Dr. Lindsey attributed Petitioner's "subtle balance problems" in 2014 to MS, opining that the balance problems were "probably an early and unrecognized symptom of MS." Resp. Ex. C at 2; Tr. 194. Additionally, Dr. Lindsey testified Petitioner did not "fit the RIS categories." Tr. 195. In support, he noted that she had not undergone an MRI prior to her 2016 symptoms. Id.

Dr. Lindsey disagreed with Dr. Okuda's contention that Petitioner's balance problems were more likely related to a B12 deficiency or to hypothyroidism. Tr. 193. While Dr. Lindsey agreed that both B12 deficiency or hypothyroidism could cause balance problems, he "favor[ed] the idea that the balance issues were an early symptom of MS that was not recognized at the time." Id. Dr. Linsey observed that at Petitioner's initial evaluation at the Cleveland Clinic documented poor balance on tandem gait. Tr. 194. Thus, he opined that Petitioner's early balance problems, while not documented until 2016, were not "just a subjective complaint" but instead "an actual symptom and substantiated by the corresponding physical findings on exam[ination]." Id. He further asserted that attributing the balance problems to MS was the "most consistent" explanation. Id.

Next, Dr. Lindsey discussed Loving factors two and three, Petitioner's post-vaccination condition and whether Petitioner experienced a "significant aggravation."

---

[80] Dr. Lindsey filed three expert reports and testified at the entitlement hearing. Resp. Exs. C, E, N; Tr. 187-230.

Dr. Lindsey briefly described Petitioner's clinical course. On May 19, 2016, Petitioner received a Tdap vaccine. Resp. Ex. C at 2. Two days later, she had left arm numbness which then spread to "involve the left side of the body with some weakness of the left hand over the next several weeks." Id. She first saw a neurologist in August 2016 and underwent MRIs which showed white matter lesion "suggestive of MS" in her brain and spinal cord. Id. She was seen at the Cleveland Clinic in October 2016 and began disease modifying treatment. Id. Dr. Lindsey opined that this episode (which began with numbness) was "typical for an MS relapse." Id. He noted that she has not had another episode which he attributed to her treatment with "effective" disease modifying therapy. Id.; see also Tr. 199-200.

Dr. Lindsey testified that Petitioner met the current criteria for relapsing-remitting MS. Tr. 193. Dr. Lindsey explained MS was characterized by dissemination in space (i.e., more than one area of the central nervous system) and dissemination in time. Tr. 192. Petitioner had one clinical relapse in 2016 with sensory and motor symptoms and a new lesion one year later demonstrating dissemination in time. Tr. 193. And her lesions in her brain and spine met the dissemination in space requirement. See Tr. 192, 195.

Dr. Lindsey agreed that Petitioner's 2016 episode could be considered CIS. Tr. 195. However, he testified that he would have diagnosed Petitioner with MS at that point in time. Id. Dr. Lindsey explained that Petitioner's August 2016 brain MRI had "a few lesions." Id. He opined that one of the brain lesions appeared enhancing "that the radiologist missed" and the Cleveland Clinic "didn't comment on." Id.; see also Resp. Ex. C at 2 (citing Pet. Ex. 4 at 17). Accordingly, Petitioner had "enhancing and non-enhancing lesions in the brain, plus the lesion in the spinal cord" which Dr. Lindsey opined was "pretty strong MRI evidence for [MS]." Tr. 195.

Further, Dr. Lindsey opined that the "prolonged evolution of the clinical symptoms also suggest[ed] MS relapse rather than [TM]." Resp. Ex. C at 4. He noted that TM typically reaches clinical nadir between four hours and 21 days after onset. Id. Dr. Lindsey testified TM may be standalone monophasic syndrome but also noted TM "can occur as part of [MS]." Tr. 199.

Finally, Dr. Lindsey opined that Petitioner's MS was not significantly aggravated by the Tdap vaccine. Tr. 199. Instead, he asserted she experienced a "typical MS relapse that happened to coincide in time with the vaccine, rather than an autoimmune attack provoked by the vaccine." Id.

**ii. Loving Factor Four**

Dr. Lindsey opined that medical literature demonstrated vaccines do not cause MS. Resp. Ex. C at 2. He further opined that opined that epidemiological studies "demonstrate that there is not a relationship between MS and vaccines in general, nor between MS and Tdap." Resp. Ex. E at 1. In support, he provided an epidemiological study from Hapfelmeier et al.[81] and

[81] Alexander Hapfelmeier et al., A Large Case-Control Study on Vaccination as Risk Factor for Multiple Sclerosis, 93 Neurology e908 (2019).

a literature review from Mailand and Fredrikson.[82] Resp. Ex. C at 2 (citing Resp. Ex. C-1; Resp. Ex. C-3).

In Hapfelmeier et al., the authors looked at claims data of the Bavarian Association of Statutory Health Insurance Physicians for the period of 2005-2017, focusing on vaccinations given in the five year period before first diagnosis of MS. Resp. Ex. C-1 at 1. The MS patients totaled 12,262 and controls included patients with Crohn disease (19,296), psoriasis (112,292), and those with no history of autoimmune diseases (79,185), for a total of 210,773 controls. Id. The research showed that vaccination was not associated with a risk of developing MS. Id. Dr. Lindsey acknowledged that this study only examined new-onset MS and did not address whether vaccination could provoke an MS relapse. Resp. Ex. C at 3; Tr. 205.

A literature review conducted by Mailand and Fredrikson in 2017 examined 51 studies on the role of various vaccines in developing MS and MS relapse. Resp. Ex. C-3 at 1-2. The authors identified eight studies assessing the risk of developing MS after tetanus vaccination; three studies assessing the risk of MS relapse after tetanus vaccination; five studies investigating the risk of MS development after diphtheria vaccination; three studies addressing the risk of MS development after pertussis vaccination; and no studies investigating the risk of MS relapse following diphtheria or pertussis vaccination. Id. at 11. None of these studies found an increased tendency, risk, or positive association of MS with vaccination. Id. The authors noted that "results of the majority of the studies on tetanus vaccination and MS onset suggest that the vaccine might play a preventive role in developing MS." Id. at 12. However, Mailand and Fredrikson acknowledged the limitations of the identified tetanus vaccine studies such as small sample size and unequal gender distribution between cases and controls. Id. They suggested further research was needed on the question of "the potential protective role of tetanus[]and diphtheria vaccinations." Id. at 12, 14.

Further, Dr. Lindsey noted that comprehensive review of vaccine safety from 2014 "found no evidence suggesting any medical complication following the Tdap vaccine." Resp. Ex. C at 3 (citing Resp. Ex. C-5 at 62).[83] Maglione et al. noted that the IOM found that evidence was "inadequate to accept or reject" causal relationships between Tdap and MS relapse in children. Resp. Ex. C-5 at 170.

Next, Dr. Lindsey discussed the Langer-Gould et al. study. Resp. Ex. C at 3. He noted authors concluded vaccination "might provoke a clinical relapse in patients with subclinical disease." Resp. Ex. E at 2; Tr. 206. However, Dr. Lindsey opined that the evidence for this conclusion was "pretty weak," and he had "several critiques" of this study. Tr. 196, 206. First, he noted that Langer-Gould et al. found "overall" there was no association between vaccines and CNS demyelinating syndromes. Tr. 196-97. He criticized the authors' use of subgroup analysis (for Hep B and HPV vaccines), noting it was unclear whether the subgroup analysis was

---

[82] Mia Topsøe Mailand & Jette Lautrup Fredriksen, Vaccines and Multiple Sclerosis: A Systematic Review, 264 J. Neurol. 1035 (2017).

[83] Margaret Maglione et al., Safety of Vaccines Used for Routine Immunization in the United States, 215 Evid. Rep./Tech. Assess. 1 (2014).

"preplanned" or a "post hoc analysis" to "find something . . . positive to generate interest." Id. For example, Dr. Lindsey noted that authors provided no explanation for using 50 years old as a cut-off age. Id. Additionally, Dr. Lindsey asserted the authors found "minimally significant results" for the under 50 subgroup. Id. Further, he opined that an odds ratio of 2.3 was "only modestly increased" for this subgroup. Resp. Ex. E at 2. He noted there were no odds ratio provided for MS alone. Tr. 206. Further, the study had 11 patients with onset of MS within 30 days but did not provide the number of patients who received tetanus vaccines (although he surmised that number may be three). Tr. 207. Finally, Dr. Lindsey questioned using a study that analyzed "any vaccine" and "any acquired demyelinating syndrome" to support specific conclusions about Tdap vaccination and MS. Tr. 207-08.

Accordingly, Dr. Lindsey concluded there was "scant" evidence that Tdap vaccine, or any vaccine, could provoke MS. Resp. Ex. C at 4; see also Tr. 223. Dr. Lindsey opined that although there are case reports of vaccines inducing MS, the "better evidence against vaccines provoking MS are the more rigorously conducted studies" referenced above. Tr. 224.

Since Dr. Goodman described Petitioner's initial presentation as partial TM, Dr. Lindsey also discussed medical literature related to vaccine-induced TM. Resp. Ex. C at 3. He criticized Dr. Goodman's reliance on Agmon-Levin et al. describing the paper as "merely a collection of previous case reports." Resp. Ex. C at 4. He opined that Agmon-Levin et al. provided "no evidence regarding causality." Id. Dr. Lindsey opined that Baxter et al.[84] provided "much more rigorous, reliable, and credible" evidence regarding the association between TM and vaccination. Id. at 3, 5 (citing Resp. Ex. C-4). Baxter et al. used the Vaccine Safety Datalink population to ascertain the incidence of TM and ADEM in the five- to 28-day window following vaccination. Id. at 3. Baxter et al. found no increased risk for TM following vaccination but did find a statistically significant increased risk of ADEM following Tdap vaccination. Resp. Ex. C-4 at 5. The authors did not address MS. See id. at 2.

Turning to the pathogenesis of MS, Dr. Lindsey agreed that no specific cause of MS has been identified. Tr. 202. He agreed that some studies have shown infections are implicated in the exacerbation of MS. Id. He testified that environmental factors, such as EBV or smoking, may play a role in the development or relapse of MS. Tr. 203. He also agreed that genetic susceptibility may play a role in MS but noted that genetics "does not appear to be the major role or a necessary role." Tr. 202-03.

Notably, in both his first report and testimony, Dr, Lindsey opined that the possible mechanisms proposed by Dr. Goodman were "possible but only hypothetical." Tr. 224-25; Resp. Ex. C at 4 ("This is all possible, but still only hypothetical."). Dr. Lindsey did not address Dr. Okuda's discussion of causal mechanisms.

[84] Roger Baxter et al., Acute Demyelinating Events Following Vaccines: A Case-Centered Analysis, 63 Clin. Infect. Dis. 1456 (2016). For the Supplemental Data Tables from Baxter et al., see Pet. Ex. 90.

### iii. Loving Factor Five and Loving Factor Six

Dr. Lindsey opined that Petitioner's "clinical features . . . argue against the vaccine having any causal role in the development or course of her MS." Resp. Ex. C at 4. He further explained that the timing of Petitioner's symptom onset "suggests that this is a typical MS relapse that happened to coincide in time with the vaccine, rather than an autoimmune attack provoked by the vaccine." Id.

Dr. Lindsey opined that Petitioner's two-day onset was coincidental. Tr. 209. Dr. Lindsey opined that a two-day onset was too short for both de novo and clinically silent MS. Tr. 217. He explained that a two-day onset was "not enough time for autoreactive T lymphocytes to become activated, proliferate, migrate to the spinal cord, and cause enough damage to create noticeable symptoms." Resp. Ex. C at 4.

In support, Dr. Lindsey provided his own research using EAE animal models. Resp. Ex. C at 4 (citing Resp. Ex. C-6).[85] The paper from Lindsey et al. investigated the usefulness of certain mouse models as "a more accurate model of the recurrent symptoms characteristic of MS." Resp. Ex. C-6 at 1. The authors found that SJL mice[86] "suffer[ed] a second episode of disease when reinjected with spinal cord homogenate in complete Freund's adjuvant. Reinduced disease occurs earlier after injection than the initial disease (mean onset 7.3 days compared with 14.5 days)." Id. The authors asserted the study "suggest[ed] that in the SJL mice the initial injection generates a population of autoreactive T cells, which then migrate from the peripheral lymph node to the CNS and cause encephalomyelitis and paralysis." Id. at 5. On cross-examination, Dr. Lindsey agreed that EAE experiments measure disease induction through motor dysfunction and not sensory dysfunction. Tr. 217-18. Dr. Lindsey emphasized that the motor testing done on EAE mice was "very sensitive," and he asserted that any testing for sensory symptoms would "probably be no more sensitive than the motor testing." Tr. 227-28. However, he agreed that there was no way to tell if the mice were experiencing symptoms such as paresthesia or numbness prior to onset of the motor symptoms. Tr. 229-30.

Dr. Lindsey agreed that the EAE mice models demonstrated that re-introduced disease occurs more quickly than initial disease. Tr. 219, 225. Dr. Lindsey explained that while initial onset of disease in EAE takes ten to 21 days, the re-introduced disease onset is a "much shorter time interval" of six, seven, or eight days. Tr. 227. Thus, Dr. Lindsey agreed there is an accelerated immune response with re-introduction of disease. Tr. 225. He explained that a "specific antigen" is "really needed . . . to get the accelerated reintroduced disease." Tr. 222. On cross-examination, he agreed that EAE mouse models could be used as a model for the "unmasking of clinically silent MS." Tr. 222-23. However, Dr. Lindsey maintained that "two

---

[85] J. William Lindsey et al., Reinduction of Experimental Autoimmune Encephalomyelitis in Mice, 162 Cell. Immunol. 235 (1995).

[86] SLJ mice are a strain of mice used in EAE models. Resp. Ex. F-1 at 1. "In SLJ mice[,] the [EAE] disease is characterized by a relapsing-remitting course of paralysis, allowing for mechanistic studies or immunomodulatory strategies in a relapsing autoimmune disease setting." Id.

days is much too quick to reactivate immune cells in the muscle where the vaccine was given and for them to get to the spinal cord and cause the lesion or cause the symptoms." Tr. 225.

Additionally, Dr. Lindsey opined Baxter et al. considered five days as "the minimum time between vaccination and onset of symptoms." Resp. Ex. C at 4 (citing Resp. Ex. C-4). While Baxter et al. identified five to 28 days as the "mostly likely interval following immunization to result in a demyelination illness," the authors also used a secondary two- to 42-day risk interval. Resp. Ex. C-4 at 3. Supplemental data from Baxter et al. found 16 cases of TM occurred following Tdap vaccine within the two- to 42-day risk interval and two cases of TM occurred following vaccination with only tetanus. Pet. Ex. 90 at 1. Dr. Lindsey testified that these occurrences of TM following vaccination were "unrelated" and "coincidental." Tr. 212. Of note, Baxter et al. specifically excluded patients who had either a prior or subsequent history of MS. Tr. 216; see also Resp. Ex. C-4 at 2. And on cross-examination, Dr. Lindsey agreed that the study results "would not apply to case of [MS]." Tr. 216.

Lastly, Dr. Lindsey argued that Langer-Gould et al. did not provide support for a two-day onset. Resp. Ex. E at 1-2; Tr. 198-99. While the authors discussed 14-day and 30-day intervals, they did not provide additional details on the time of onset or identify the earliest onset. Tr. 199.

## III. DISCUSSION

### A. Standard of Adjudication—Factual Issues

A petitioner must prove, by a preponderance of the evidence, the factual circumstances surrounding her claim. § 13(a)(1)(A). To resolve factual issues, the special master must weigh the evidence presented, which may include contemporaneous medical records and testimony. See Burns v. Sec'y of Health & Hum. Servs., 3 F.3d 415, 417 (Fed. Cir. 1993) (explaining that a special master must decide what weight to give evidence including oral testimony and contemporaneous medical records). Contemporaneous medical records, "in general, warrant consideration as trustworthy evidence." Cucuras v. Sec'y of Health & Hum. Servs., 993 F.2d 1525, 1528 (Fed. Cir. 1993). But see Kirby v. Sec'y of Health & Hum. Servs., 997 F.3d 1378, 1382 (Fed. Cir. 2021) (rejecting the presumption that "medical records are accurate and complete as to all the patient's physical conditions"); Shapiro v. Sec'y of Health & Hum. Servs., 101 Fed. Cl. 532, 538 (2011) ("[T]he absence of a reference to a condition or circumstance is much less significant than a reference which negates the existence of the condition or circumstance." (quoting Murphy v. Sec'y of Health & Hum. Servs., 23 Cl. Ct. 726, 733 (1991), aff'd per curiam, 968 F.2d 1226 (Fed. Cir. 1992))), recons. den'd after remand, 105 Fed. Cl. 353 (2012), aff'd mem., 503 F. App'x 952 (Fed. Cir. 2013).

There are situations in which compelling testimony may be more persuasive than written records, such as where records are deemed to be incomplete or inaccurate. Campbell v. Sec'y of Health & Hum. Servs., 69 Fed. Cl. 775, 779 (2006) ("[L]ike any norm based upon common sense and experience, this rule should not be treated as an absolute and must yield where the factual predicates for its application are weak or lacking."); Lowrie v. Sec'y of Health & Hum. Servs., No. 03-1585V, 2005 WL 6117475, at *19 (Fed. Cl. Spec. Mstr. Dec. 12, 2005) ("[W]ritten records which are, themselves, inconsistent, should be accorded less deference than

those which are internally consistent." (quoting Murphy, 23 Cl. Ct. at 733)). Ultimately, a determination regarding a witness's credibility is needed when determining the weight that such testimony should be afforded. Andreu v. Sec'y of Health & Hum. Servs., 569 F.3d 1367, 1379 (Fed. Cir. 2009); Bradley v. Sec'y of Health & Hum. Servs., 991 F.2d 1570, 1575 (Fed. Cir. 1993).

Despite the weight afforded to medical records, special masters are not bound rigidly by those records in determining onset of a petitioner's symptoms. Valenzuela v. Sec'y of Health & Hum. Servs., No. 90-1002V, 1991 WL 182241, at *3 (Fed. Cl. Spec. Mstr. Aug. 30, 1991); see also Eng v. Sec'y of Health & Hum. Servs., No. 90-1754V, 1994 WL 67704, at *3 (Fed. Cl. Spec. Mstr. Feb. 18, 1994) ("[Section 13(b)(2)] must be construed so as to give effect also to § 13(b)(1) which directs the special master or court to consider the medical records (reports, diagnosis, conclusions, medical judgment, test reports, etc.), but does not require the special master or court to be bound by them." (emphasis omitted)).

### B. Standards for Adjudication—Causation

The Vaccine Act was established to compensate vaccine-related injuries and deaths. § 10(a). "Congress designed the Vaccine Program to supplement the state law civil tort system as a simple, fair and expeditious means for compensating vaccine-related injured persons. The Program was established to award 'vaccine-injured persons quickly, easily, and with certainty and generosity.'" Rooks v. Sec'y of Health & Hum. Servs., 35 Fed. Cl. 1, 7 (1996) (quoting H.R. Rep. No. 908 at 3, reprinted in 1986 U.S.C.C.A.N. at 6287, 6344).

Petitioner's burden of proof is by a preponderance of the evidence. § 13(a)(1). The preponderance standard requires a petitioner to demonstrate that it is more likely than not that the vaccine at issue caused the injury. Moberly v. Sec'y of Health & Hum. Servs., 592 F.3d 1315, 1322 n.2 (Fed. Cir. 2010). Proof of medical certainty is not required. Bunting v. Sec'y of Health & Hum. Servs., 931 F.2d 867, 873 (Fed. Cir. 1991). Petitioner need not make a specific type of evidentiary showing, i.e., "epidemiologic studies, rechallenge, the presence of pathological markers or genetic predisposition, or general acceptance in the scientific or medical communities to establish a logical sequence of cause and effect." Capizzano v. Sec'y of Health & Hum. Servs., 440 F.3d 1317, 1325 (Fed. Cir. 2006). Instead, Petitioner may satisfy her burden by presenting circumstantial evidence and reliable medical opinions. Id. at 1325-26.

In particular, Petitioner must prove that the vaccine was "not only [the] but-for cause of the injury but also a substantial factor in bringing about the injury." Moberly, 592 F.3d at 1321 (quoting Shyface v. Sec'y of Health & Hum. Servs., 165 F.3d 1344, 1352-53 (Fed. Cir. 1999)); see also Pafford v. Sec'y of Health & Hum. Servs., 451 F.3d 1352, 1355 (Fed. Cir. 2006). The received vaccine, however, need not be the predominant cause of the injury. Shyface, 165 F.3d at 1351. A petitioner who satisfies this burden is entitled to compensation unless Respondent can prove, by a preponderance of the evidence, that the vaccinee's injury is "due to factors unrelated to the administration of the vaccine." § 13(a)(1)(B). However, if a petitioner fails to establish a prima facie case, the burden does not shift. Bradley, 991 F.2d at 1575.

"Regardless of whether the burden ever shifts to the [R]espondent, the special master may consider the evidence presented by the [R]espondent in determining whether the [P]etitioner has established a prima facie case." Flores v. Sec'y of Health & Hum. Servs., 115 Fed. Cl. 157, 162-63, aff'd, 586 F. App'x 588 (Fed. Cir. 2014); see also Stone v. Sec'y of Health & Hum. Servs., 676 F.3d 1373, 1379 (Fed. Cir. 2012) ("[E]vidence of other possible sources of injury can be relevant not only to the 'factors unrelated' defense, but also to whether a prima facie showing has been made that the vaccine was a substantial factor in causing the injury in question."); de Bazan v. Sec'y of Health & Hum. Servs., 539 F.3d 1347, 1353 (Fed. Cir. 2008) ("The government, like any defendant, is permitted to offer evidence to demonstrate the inadequacy of the [P]etitioner's evidence on a requisite element of the [P]etitioner's case-in-chief."); Pafford, 451 F.3d at 1358-59 ("[T]he presence of multiple potential causative agents makes it difficult to attribute 'but for' causation to the vaccination. . . . [T]he Special Master properly introduced the presence of the other unrelated contemporaneous events as just as likely to have been the triggering event as the vaccinations.").

To receive compensation through the Program, Petitioner must prove either (1) that she suffered a "Table Injury"—i.e., an injury listed on the Vaccine Injury Table—corresponding to a vaccine that she received, or (2) that she suffered an injury that was actually caused by or significantly aggravated by a vaccination. See §§ 11(c)(1), 13(a)(1)(A); Capizzano, 440 F.3d at 1319-20. Because Petitioner does not allege she suffered a Table Injury, she must prove her Tdap vaccine significantly aggravated her injury. See Loving, 86 Fed. Cl. at 142-44.

The causation theory must relate to the injury alleged. Petitioner must provide a sound and reliable medical or scientific explanation that pertains specifically to this case, although the explanation need only be "legally probable, not medically or scientifically certain." Knudsen v. Sec'y of Health & Hum. Servs., 35 F.3d 543, 548-49 (Fed. Cir. 1994). Petitioner cannot establish entitlement to compensation based solely on her assertions; rather, a vaccine claim must be supported either by medical records or by the opinion of a medical doctor. § 13(a)(1). In determining whether Petitioner is entitled to compensation, the special master shall consider all materials in the record, including "any . . . conclusion, [or] medical judgment . . . which is contained in the record regarding . . . causation." § 13(b)(1)(A). The undersigned must weigh the submitted evidence and the testimony of the parties' proffered experts and rule in Petitioner's favor when the evidence weighs in her favor. See Moberly, 592 F.3d at 1325-26 ("Finders of fact are entitled—indeed, expected—to make determinations as to the reliability of the evidence presented to them and, if appropriate, as to the credibility of the persons presenting that evidence."); Althen v. Sec'y of Health & Hum. Servs., 418 F.3d 1274, 1280 (Fed. Cir. 2005) (noting that "close calls" are resolved in Petitioner's favor).

Testimony that merely expresses the possibility—not the probability—is insufficient, by itself, to substantiate a claim that such an injury occurred. See Waterman v. Sec'y of Health & Hum. Servs., 123 Fed. Cl. 564, 573-74 (2015) (denying Petitioner's motion for review and noting that a possible causal link was not sufficient to meet the preponderance standard). The Federal Circuit has made clear that the mere possibility of a link between a vaccination and a petitioner's injury is not sufficient to satisfy the preponderance standard. Moberly, 592 F.3d at 1322 (emphasizing that "proof of a 'plausible' or 'possible' causal link between the vaccine and the injury" does not equate to proof of causation by a preponderance of the evidence); Boatmon

v. Sec'y of Health & Hum. Servs., 941 F.3d 1351, 1359-60 (Fed. Cir. 2019). While certainty is by no means required, a possible mechanism does not rise to the level of preponderance. Moberly, 592 F.3d at 1322; see also de Bazan, 539 F.3d at 1351.

### C. Standards for Adjudication—Significant Aggravation

The elements of an off-Table significant aggravation case are set forth in Loving. See Loving, 86 Fed. Cl. at 142-44; see also W.C. v. Sec'y of Health & Hum. Servs., 704 F.3d 1352, 1357 (Fed. Cir. 2013) (holding that "the Loving case provides the correct framework for evaluating off-table significant aggravation claims"). The Loving court combined the Althen test, which defines off-Table causation cases, with a test from Whitecotton. Whitecotton v. Sec'y of Health & Hum. Servs., 17 F.3d 374 (Fed. Cir. 1994), rev'd sub nom., Shalala v. Whitecotton, 514 U.S. 268 (1995) (concerning on-Table significant aggravation cases). The resultant test has six components, which are:

> (1) the person's condition prior to administration of the vaccine, (2) the person's current condition (or the condition following the vaccination if that is also pertinent), (3) whether the person's current condition constitutes a 'significant aggravation' of the person's condition prior to vaccination, (4) a medical theory causally connecting such a significant worsened condition to the vaccination, (5) a logical sequence of cause and effect showing that the vaccination was the reason for the significant aggravation, and (6) a showing of a proximate temporal relationship between the vaccination and the significant aggravation.

Loving, 86 Fed. Cl. at 144.

The statute defines "significant aggravation" as "any change for the worse in a pre-existing condition which results in markedly greater disability, pain, or illness accompanied by substantial deterioration in health." § 33(4).

## IV. SIGNIFICANT AGGRAVATION ANALYSIS

### A. Loving Factor One: What Was Petitioner's Condition Prior to Administration of the Vaccine?[87]

The first step in the Loving test is to determine Petitioner's condition prior to the administration of the Tdap vaccination on May 19, 2016.

The evidence establishes that Petitioner's medical history was significant for hypothyroidism, acute serious otitis media, hand pain, obesity, and rosacea. Notably, in a history provided October 21, 2016, Petitioner reported that "[i]n retrospect, she [had] problems with

---

[87] Since Dr. Forsthuber is not a neurologist and not a clinician, the undersigned affords less weight to his opinions related to onset and diagnosis (or where Petitioner fits on the MS spectrum) and therefore, his opinions as to the Loving factors one through three are not discussed.

balance over the past [one] to [two] years." Pet. Ex. 8 at 8. At the hearing, Petitioner testified that prior to receipt of the Tdap vaccination, she had no physical limitations and could do pretty much whatever she wanted to do.

Petitioner's expert, Dr. Goodman, opined Petitioner "very likely had some clinical or quiescent" MS at the time she was vaccinated. Tr. 33. Her initial brain MRI (August 10, 2016) showed "a pattern of non-enhancing, asymptomatic cerebral lesions" that were at least three weeks old but could be many years old. Pet. Ex. 16 at 8; Tr. 34. Dr. Goodman also opined that Petitioner likely had a preexisting lesion in her upper cervical spine. Her August 10, 2016 MRIs also showed a prominent C2 cervical spine lesion. Regarding Petitioner's report of prior balance issues, Dr. Goodman opined that "more likely than not" these were clinical symptoms of MS which "may have been" caused by either her cervical spine lesion or brain lesions. Tr. 61-62. However, the balance symptoms were not "clinically significant" since she did not seek treatment. Tr. 64.

Dr. Okuda agreed Petitioner likely had CNS abnormalities caused by autoimmune demyelination before vaccination, but the lesions were clinically silent. Unlike Dr. Goodman, however, Dr. Okuda did not initially opine Petitioner's cervical spine lesion was present prior to vaccination (he attributed the lesion to her Tdap vaccination in his written report). Based on the morphology and caliber of the cervical spine lesion on MRI, Dr. Okuda believed it was a more recent lesion. Alternatively, Dr. Okuda agreed with Dr. Goodman, that the cervical lesion may have been present prior to vaccination (and that vaccination caused reactivation of it). In his testimony, Dr. Okuda stated Petitioner's MRI demonstrated the C2 lesion was a reactivated old lesion rather than a new lesion.

In terms of where Petitioner fit on the MS spectrum prior to vaccination, Dr. Okuda opined that Petitioner had RIS—radiological findings of lesions on the brain and/or spinal cord attributable to CNS demyelination without the presence of clinical symptoms. He disagreed that Petitioner's pre-vaccination balance problems were due to MS, finding this was "speculative." Tr. 111.

Respondent's expert neurologist, Dr. Lindsey, opined that before vaccination, Petitioner had pre-existing lesions in the brain and a lesion in the spinal cord but undiagnosed MS. While not documented until 2016, Petitioner's history of balance issues were attributable to MS. Dr. Lindsey disagreed with Dr. Okuda that Petitioner's pre-vaccination condition could be categorized as RIS as she had not had an MRI prior to her 2016 symptoms.

All three experts agreed that Petitioner had pre-existing MS lesions in her brain, and all three experts eventually opined Petitioner had the upper cervical spinal cord lesion prior to vaccination. Of note, Dr. Okuda gave inconsistent opinions regarding when Petitioner's C2 cervical spine lesion developed. In his expert report, Dr. Okuda opined that the C2 lesion occurred after vaccination as the lesion had recently developed "given the morphology and caliber of the segment involved" based on his review of the August 2016 MRIs. See Pet. Ex. 57 at 6. However, at the hearing, in looking at Petitioner's August 2016 MRIs, Dr. Okuda opined the degree of swelling and/or prominence of the lesion indicated there was "reactivation of an

old lesion" and that it was not a new MS lesion. Tr. 160-61. Although he could not discern the age of the C2 lesion, he now testified the C2 lesion was at least five years old.

Therefore, the undersigned finds the weight of the evidence supports a finding that Petitioner had MS lesions in her brain and an MS lesion in her upper cervical spinal cord prior to vaccination. Further, both Dr. Goodman and Dr. Lindsey attribute Petitioner's history of balance issues to her pre-existing brain lesions and/or C2 cervical spine lesion. Thus, the undersigned finds more likely than not, Petitioner's history of balance problems were due to her MS lesions and pre-date vaccination. Although Petitioner had pre-existing MS lesions in her brain and cervical spinal cord, and she had balance issues attributable to these lesions, her balance issues were not clinically significant and did not require medical attention.

Regarding where Petitioner fit on the MS spectrum prior to vaccination, Dr. Okuda opined that Petitioner had RIS, an asymptomatic form of or precursor to MS. Dr. Lindsey disagreed, noting that Petitioner's earlier balance issues were probably early and unrecognized symptoms of MS. Further, since Petitioner did not have an earlier MRI, she did not fit in the RIS category. The undersigned agrees with Dr. Lindey, that since Petitioner did not have an MRI prior to vaccination, technically, she could not satisfy the definition of having radiologic abnormalities highly suggestive of MS. However, more likely than not, she had pre-existing lesions, as described above. The undersigned find's Dr. Goodman's assessment persuasive, that Petitioner had undiagnosed MS prior to vaccination based on her history of balance issues caused by her pre-existing lesions. However, there is insufficient evidence to identify the Petitioner's subtype of MS prior to vaccination.

### B. Loving Factor Two: What Is Petitioner's Current Condition (or Her Condition Following the Vaccination, If Also Pertinent)?

The second part of the Loving test is to determine the Petitioner's condition following the Tdap vaccination. Loving, 86 Fed. Cl. at 144.

Medical records dated May 26, 2016, documented Petitioner reported receiving "a tetanus shot on Thursday [May 19], [and] on Saturday [May 21] she started having numbness in her arm." Pet. Ex. 2 at 14. The symptoms had worsened since onset, and she began having shooting pains down her left arm along with numbness and decreased mobility of her left hand. By May 31, she had left shoulder numbness to her fingertips and shoulder blade and left toes with throbbing pain in her left hand. Subsequently, she developed weakness of the left side and was diagnosed with acute pain of her left shoulder, neuropathy, and numbness. By June 21, Petitioner had severe arm pain (characterized as 10/10 pain) with continued numbness in her left hand and down her left leg. Assessment was idiopathic peripheral neuropathy. In August 2016, brain and cervical spine MRIs showed brain lesions consistent with MS and a cervical spine lesion at C2 suggestive of MS. Petitioner was subsequently diagnosed with relapsing-remitting MS.

The parties' experts were generally in agreement about Petitioner's condition following vaccination. Dr. Goodman opined that Petitioner's condition after vaccination was consistent with an exacerbation of her pre-existing cervical cord lesion which led to symptoms in her neck,

left arm, and left side. He agreed that Petitioner's diagnosis was relapsing-remitting MS. Further, Dr. Goodman opined that Petitioner's brain lesions were not exacerbated. He opined that symptoms arising from Petitioner's brain lesions were not referable to vaccination.

Like Dr. Goodman, Dr. Okuda attributed Petitioner's neurological symptoms to the C2 cervical lesion. See Tr. 179 (explaining Petitioner's post-vaccination neurological symptoms were "distinct" and "localized to spinal cord"). He explained that the C2 lesion had "nerve fibers that have been damaged permanently" and he explained that this damage could manifest as sensory disturbances or motor abnormalities. Tr. 162. While Dr. Okuda felt that Petitioner's condition was most appropriately characterized as CIS at the time of her October 2016 Cleveland Clinic visit, he agreed that Petitioner ultimately developed relapsing-remitting MS.

Similarly, Dr. Lindsey explained that after vaccination, Petitioner developed left arm numbness which spread to the left side with weakness of the left hand, typical of an MS relapse. He agreed that her diagnosis was relapsing-remitting MS.

### C. Loving Factor Three: Does Petitioner's Current Condition (or Condition After Vaccination) Constitute a "Significant Aggravation" of Her Condition Prior to Vaccination?

The next factor of the Loving test is to determine whether there is a "significant aggravation" of Petitioner's condition by comparing her condition before vaccination to her condition after vaccination. The statute defines "significant aggravation" as "any change for the worse in a pre-existing condition which results in markedly greater disability, pain, or illness accompanied by substantial deterioration in health." § 33(4).

Based on the facts set forth in the medical records and the experts' opinions, Petitioner had an exacerbation of her pre-existing MS, resulting in symptoms related to her cervical lesion, with onset on May 21. Thus, the undersigned finds Petitioner she suffered a significant aggravation of her condition characterized by numbness, development of severe pain, and weakness of the left side, and that she was ultimately diagnosed with MS. The undersigned further finds that the symptoms Petitioner experienced after vaccination were limited to those attributable to her upper cervical spinal cord lesion.

### D. Loving Factor Four: Medical Theory of Causation

The fourth Loving factor has its origins in Althen prong one, and Petitioner must set forth a medical theory explaining how the received vaccine could have caused the sustained injury. Andreu, 569 F.3d at 1379; Pafford, 451 F.3d at 1355-56. Petitioner's theory of causation need not be medically or scientifically certain, but it must be informed by a "sound and reliable" medical or scientific explanation. Boatmon, 941 F.3d at 1359; see also Knudsen, 35 F.3d at 548; Veryzer v. Sec'y of Health & Hum. Servs., 98 Fed. Cl. 214, 223 (2011) (noting that special masters are bound by both § 13(b)(1) and Vaccine Rule 8(b)(1) to consider only evidence that is both "relevant" and "reliable"). If Petitioner relies upon a medical opinion to support his theory, the basis for the opinion and the reliability of that basis must be considered in the determination of how much weight to afford the offered opinion. See Broekelschen v. Sec'y of Health & Hum.

Servs., 618 F.3d 1339 at 1347 (Fed. Cir. 2010) ("The special master's decision often times is based on the credibility of the experts and the relative persuasiveness of their competing theories."); Perreira v. Sec'y of Health & Hum. Servs., 33 F.3d 1375, 1377 n.6 (Fed. Cir. 1994) (stating that an "expert opinion is no better than the soundness of the reasons supporting it" (citing Fehrs v. United States, 620 F.2d 255, 265 (Ct. Cl. 1980))).

The undersigned finds Petitioner failed to provide preponderant evidence of a sound and reliable theory to explain how the Tdap vaccine can significantly aggravate MS. There are several reasons for this finding.

From a mechanistic point of view, Petitioner advances a theory based on cytokine induced inflammation. Dr. Goodman opined that the Tdap vaccination induced a "proinflammatory cytokine cascade" which provoked symptoms from a previously present but asymptomatic lesion in the cervical spine. See Pet. Ex. 28 at 9. He described a process of "chronic smoldering" of MS lesions that can occur over a period of years, but that "may be provoked into more acute inflammatory activity at times." Tr. 43-44. According to Dr. Goodman, vaccination can serve as a provocation, leading to acute inflammatory activity.

The cascade of proinflammatory cytokines as contemplated by Dr. Goodman are induced by antigenic stimulation of the vaccine. As explained by Karussis and Petrou, the inflammatory process in MS is "propagated by an autoimmune cascade, involving mainly T-cells that target myelin self antigens" and they noted the importance of myelin specific T cells of the Th17 phenotype. Pet. Ex. 40 at 3.

Dr. Okuda agrees that the mechanism involves proinflammatory cytokines induced by antigenic stimulation by the vaccine, and he specifically identifies cytokines INF-gamma and IL-17 as promoters of CNS inflammation in MS. He opined that these cytokines are "significantly increased" after the Tdap vaccination, and that these increased cytokine levels, particularly increased IL-17, could lead to exacerbation of a pre-existing MS lesion.

In support of their theories, Dr. Goodman and Dr. Okuda provide expert reports, testimony, and medical literature describing the role of cytokines in MS pathogenesis both generally and following infections; the behavior of cytokines in animal models and in vivo experiments; and discussing increased cytokine levels following vaccinations.

Petitioner's causation theory relies on two premises: (1) that proinflammatory cytokines relevant to MS are significantly increased after the Tdap vaccination, and (2) that cytokine levels after the Tdap vaccination are comparable to levels associated with infections. However, Petitioner has not established that proinflammatory cytokines are significantly increased following Tdap vaccination or that cytokine levels following the Tdap vaccine are comparable to cytokine levels following infection.

Respondent's expert, Dr. Forsthuber agrees cytokines play a role in the pathogenesis of MS; that these cytokines are released by autoreactive T cells in response to an antigenic trigger; and that these cytokines include INF-gamma, IL-17, and TNF. However, Dr. Forsthuber showed that there is no evidence that the Tdap vaccination significantly increases the cytokines that are

thought to cause or exacerbate MS. In support, he cited Kashiwagi et al., a study showing there were low levels of cytokines 24 hours after vaccination (including IL-17). He opined that the levels of cytokines after vaccination were within the range of cytokines found in healthy, unvaccinated individuals. In contrast, Petitioner failed to cite studies showing elevated levels of cytokines, particularly IL-17, post-Tdap vaccination.

Dr. Forsthuber disagreed that Warfel et al. showed an increase in IL-17 and INF-gamma following the Tdap vaccination. Although IL-17 was increased after vaccination with whole-cell pertussis, it was not increased after vaccination with the acellular form of pertussis (which is in Tdap and was given here). He explained that whole-cell pertussis and acellular pertussis are significantly different, notably that the antigen dose in the whole-cell pertussis vaccine is ten times that of the acellular pertussis in the Tdap vaccine. Warfel et al did not show that Tdap vaccine induced meaningful levels of IL-17. In summary, Dr. Forsthuber cited studies which showed that the Tdap vaccine did not increase IL-17 in the amounts necessary to induce the adverse effects which would support Petitioner's theory.

Dr. Okuda cited studies like van der Lee et al., asserting the study reported higher levels of IL-17 present after vaccination as compared to before vaccination. However, as explained by Dr Forsthuber, the study looked at IL-17 levels in tissue culture rather than blood. The T cells were put in a culture and stimulated for several days, resulting in higher amounts of cytokines than would be present in blood serum. Further, Dr. Forsthuber explained that the levels of IL-17 present in tissue culture was still produced only at low levels.

Regarding the question of whether infections can exacerbate MS, Dr. Forsthuber agrees with Dr. Goodman and Dr. Okuda that this can occur. Dr. Goodman analogized vaccination to infection, which has been shown to lead to worsening in MS patients in the study by Buljevac et al., although the study did not show any increase in the cytokine IL-12 and it did not study IL-17. See Pet. Ex. 32 at 8. Dr. Forsthuber disagrees that vaccinations induce the same or a similar immune response as that induced by infection. After an infection, pathogens may persist for days, weeks, or longer, and can continue to stimulate an immune response during this time. This persistence of infection also results in a much higher cytokine production as compared to vaccination.

Petitioner has not shown that the immune response to infections is sufficiently similar to the immune response to Tdap vaccinations. Special masters have previously "rejected petitioners' attempts to liken the consequences of a non-live vaccination to the consequences of an infection." Mathis v. Sec'y of Health & Hum. Servs., No. 20-431V, 2023 WL 5436135, at *5 (Fed. Cl. Spec. Mstr. Aug. 1, 2023) (citing Langland v. Sec'y of Health & Hum. Servs., 109 Fed. Cl. 421, 440-42 (2013); Sokol v. Sec'y of Health & Hum. Servs., No. 16-1631V, 2020 WL 553842, at *6 (Fed. Cl. Spec. Mstr. Jan. 9, 2020); Bantugan v. Sec'y of Health & Hum. Servs., No. 15-721V, 2019 WL 7602581, at *18-19 (Fed. Cl. Spec. Mstr. Dec. 20, 2019)). Accordingly, while Petitioner has provided evidence that MS relapse follows infection and provided evidence that elevated proinflammatory cytokines are implicated in MS relapse following infection, Petitioner had not explained how Tdap vaccination (a non-live vaccination) could induce similar cytokine response. Of note, Petitioner's own medical literature explained that a "major

difference between the effects of vaccination and infection is that vaccination does not lead to increased clinical disease activity." Pet. Ex. 32 at 7.

When evaluating whether petitioners have carried their burden of proof, special masters consistently reject "conclusory expert statements that are not themselves backed up with reliable scientific support." Kreizenbeck v. Sec'y of Health & Hum. Servs., No. 08-209V, 2018 WL 3679843, at *31 (Fed. Cl. Spec. Mstr. June 22, 2018), mot. for rev. denied, 141 Fed. Cl. 138, aff'd, 945 F.3d 1362 (Fed. Cir. 2020). The undersigned will not rely on "opinion evidence that is connected to existing data only by the ipse dixit of the expert." Prokopeas v. Sec'y of Health & Hum. Servs., No. 04-1717V, 2019 WL 2509626, at *19 (Fed. Cl. Spec. Mstr. May 24, 2019) (quoting Moberly, 592 F.3d at 1315).

Moving from the proposed mechanism to epidemiology, both parties cited studies in support of their positions. Petitioner contends that Langer-Gould et al. supports that Tdap vaccination can significantly aggravate MS. See Pet. Ex. 34. Respondent provides several studies which examined whether the Tdap vaccine increases the risk of MS relapse, and these studies did not show an increased risk of either MS relapse or new-onset MS. See, e.g., Resp. Ex. A-12 at 5 ("There are no arguments to support the hypothesis of an increased risk associated with any of the vaccinations against diphtheria, tetanus, pertussis[,] or poliomyelitis."); Resp. Exs. C-1, C-3, C-4, C-5, M-9, M-10.

Although a petitioner need not make a specific type of evidential showing (i.e., epidemiologic studies) to satisfy her burden, special masters shall still consider and weigh the evidence in the record, including the epidemiological studies filed. See § 13(b)(1) (indicating the special master shall consider all materials in the record); Capizzano, 440 F.3d at 1325-26; Grant v. Sec'y of Health & Hum. Servs., 956 F.2d 1144, 1149 (Fed. Cir. 1992) (finding "epidemiological studies are probative medical evidence relevant to causation" and "considerable weight [is] due to epidemiological studies in the absence of direct evidence of actual causation").

Langer-Gould et al. found that in patients under 50, there was a short-term increased risk of MS after vaccination, which suggested that vaccines "may accelerate the transition from subclinical to overt autoimmune in patients with existing disease." Pet. Ex. 34 at 7. The undersigned finds that Dr. Forsthuber raised legitimate concerns as the study relates to the facts and circumstances of this case. He did not think the study was relevant because it did not examine reactivation or relapse of MS, but studied new onset disease. Moreover, the authors specifically note that patients with imprecise symptom onset dates were excluded from the study. Given that Petitioner had balance issues for one to two years which in hindsight were thought to have been caused by MS, she would have likely been excluded from this study. Since she would not have been included in the study group, the conclusions are less applicable to the present case.

Epidemiological studies have limited usefulness when a petitioner's circumstances do not match the study parameters. See, e.g., Moberly, 592 F.3d at 1324 (explaining epidemiological studies "provide no evidence pertinent to persons not within the parameters of the test group"); Lampe v. Sec'y of Health & Hum. Servs., 219 F.3d 1357, 1365 (Fed. Cir. 2000) ("In order for

[an epidemiological] study to be instructive, however, its conclusions must fit the facts of the case under consideration.").

Additionally, Dr. Forsthuber offered reasons why Langer-Gould et al. was not informative regarding the Tdap vaccination. He noted that the researchers did not specify that they evaluated the Tdap vaccine and they stated that they were unable to provide information on booster vaccinations. Langer-Gould et al. evaluated "tetanus, pertussis, and diphtheria vaccine (8 cases and 14 controls), not specifically Tdap, which has a different composition than DTaP." Resp. Ex. F at 8; see also Pet. Ex. 34 at 2 ("The most commonly reports other vaccines in adults were [flu]; tetanus, pertussis, and diphtheria, and varicella-zoster . . . . We were not able to distinguish between boosters or initial vaccinations owing to limited power."). Due to these limitations, Dr. Forsthuber was unable to reach any conclusions about the study as it relates to the Tdap vaccination.

The undersigned finds Dr. Forsthuber's concerns about extrapolating the findings of Langer-Gould et al. to this case persuasive, and thus, the conclusions reached by the study as to the younger age group do not provide preponderant evidence here that the Tdap vaccination can cause or did cause Petitioner's MS exacerbation.

Moreover, studies examining MS relapse in patients with existing MS (such as Petitioner) did not support an association between Tdap vaccination and MS relapse. For example, Grimaldi et al. found "no association" between "severe MS flare-ups and vaccine exposure in the 60 days prior to the flare-up." Resp. Ex. M-9 at 2; see also Resp. Ex. M-11 at 1 (concluding that the flu vaccination did not have any clinical or subclinical effect on MS lesion activity in MS patients); Resp. Ex. M-10 at 1-2 (finding non-live vaccines "do not impact disease activity" in patients with relapsing-remitting MS); Resp. Ex. C-1 at 1 (finding vaccination was not associated with an increased risk of developing new-onset MS); Resp. Ex. C-3 (same).

Regarding case law, there are other Program cases where special masters have denied entitlement when asked to determine whether Tdap can cause or significantly aggravate MS. See, e.g., Hunt v. Sec'y of Health & Hum. Servs., No. 12-232V, 2015 WL 1263356, at *16-18 (Fed. Cl. Spec. Mstr. Feb. 23, 2015) (finding Tdap, varicella, and meningococcal vaccines did not significantly aggravate the vaccinee's MS); Samuels v. Sec'y of Health & Hum. Servs., No. 17-071V, 2020 WL 2954953, at *1 (Fed. Cl. Spec. Mstr. May 1, 2020) (finding the petitioner failed to establish a Tdap vaccine caused her MS); Pek v. Sec'y of Health & Hum. Servs., No. 16-0736V, 2020 WL 1062959, at *16-17 (Fed. Cl. Spec. Mstr. Jan. 31, 2020) (finding the petitioner failed to establish a Tdap or flu vaccine caused her MS). The undersigned generally agrees with the reasoning in these cases. Moreover, the undersigned recently adjudicated a Tdap/MS significant aggravation claim and found the petitioner was not entitled to compensation. Wakileh v. Sec'y of Health & Hum. Servs., No. 21-1136V, 2025 WL 3754279, at *1 (Fed. Cl. Spec. Mstr. Oct. 22, 2025).

There have also been cases decided by special masters in favor of petitioners on the issue of whether a Tdap vaccination can significantly aggravate MS; however, these cases involved different facts and expert opinion evidence. See, e.g., Doles v. Sec'y of Health & Hum. Servs., No. 17-642V, 2021 WL 750416 (Fed. Cl. Spec. Mstr. Feb. 1, 2021), aff'd and reinstated by, No.

2023-2404, 2025 WL 1177875 (Fed. Cir. Apr. 23, 2025); Rothstein v. Sec'y of Health & Hum. Servs., No. 14-778V, 2023 WL 9186600 (Fed. Cl. Spec. Mstr. Dec. 15, 2023).

In Doles, the petitioner's expert, Dr. Steel, put forward a mechanistic theory of molecular mimicry but noted other mechanisms (such as epitope spreading, bystander activation, T-helper cell activation, and cytokine induction) may be involved. Doles, 2021 WL 750416, at *10. In his analysis, the special master found that MS was mediated by T cells that create an ongoing inflammatory response in the CNS resulting in lesion development. Id. at *18. And the special master credited Dr. Steel's opinion that vaccines can create a heightened immune response, and in turn, the "antibodies formed in response to the vaccine may attack myelin related epitopes if these epitopes are like[] the antigens in their chemical and physical structure." Id. The special master found in favor of the petitioner on Loving factor three/Althen prong one after determining the petitioner provided a "reasonable expert discussion of the mechanism of vaccine-affected inflammation leading to autoimmune CNS demyelination coupled with" the Langer-Gould et al. study. Id. at *18.

Here, like in Doles, Petitioner has provided Langer-Gould et al. in support of her significant aggravation claim. Petitioner has also provided evidence that MS is mediated by T cells. However, Petitioner has not put forward a theory of molecular mimicry in support of a heightened immune response following vaccination. Instead, both Petitioner's experts opine that proinflammatory cytokines induced by the Tdap vaccination were capable of significantly aggravating MS. Petitioner did not provide preponderant evidence to support that proinflammatory cytokines induced by the Tdap vaccine were capable of significantly aggravating MS. Thus, unlike Doles, the undersigned does not credit the mechanism of vaccine-affected inflammation leading to autoimmune CNS demyelination provided by Petitioner's experts.

Moreover, rulings and decisions by other special masters are not binding on the undersigned. See Boatmon, 941 F.3d at 1358; Hanlon v. Sec'y of Health & Hum. Servs., 40 Fed. Cl. 625, 630 (1998), aff'd, 191 F.3d 1344 (Fed. Cir. 1999). Accordingly, Doles is not binding on the undersigned, particularly given the facts of this case in which neurological symptoms began two days following vaccination. Cf. Doles, 2021 WL 750416, at *20 (noting the petitioner had an attack of CNS demyelination 42 days after her Tdap vaccination). As discussed below, Petitioner does not provide preponderant evidence that a proinflammatory cytokine could result in clinical symptoms within two days of vaccination.

In summary, Petitioner has failed to offer a sound and reliable medical theory in support of her claim. Thus, the undersigned finds Petitioner has failed to provide preponderant evidence with respect to Loving factor four.

### E. Loving Factor Five: Logical Sequence of Cause and Effect

Under Loving factor five, which has its origins in Althen prong two, Petitioner must prove by a preponderance of the evidence that there is a "logical sequence of cause and effect showing that the vaccination was the reason for the injury." Capizzano, 440 F.3d at 1324 (quoting Althen, 418 F.3d at 1278). "Petitioner must show that the vaccine was the 'but for'

cause of the harm . . . or in other words, that the vaccine was the 'reason for the injury.'" Pafford, 451 F.3d at 1356 (internal citations omitted).

In evaluating whether this prong is satisfied, the opinions and views of the vaccinee's treating physicians are entitled to some weight. Andreu, 569 F.3d at 1367; Capizzano, 440 F.3d at 1326 ("[M]edical records and medical opinion testimony are favored in vaccine cases, as treating physicians are likely to be in the best position to determine whether a 'logical sequence of cause and effect show[s] that the vaccination was the reason for the injury.'" (quoting Althen, 418 F.3d at 1280)). Medical records are generally viewed as trustworthy evidence, since they are created contemporaneously with the treatment of the vaccinee. Cucuras, 993 F.2d at 1528. Petitioner need not make a specific type of evidentiary showing, i.e., "epidemiologic studies, rechallenge, the presence of pathological markers or genetic predisposition, or general acceptance in the scientific or medical communities to establish a logical sequence of cause and effect." Capizzano, 440 F.3d at 1325. Instead, Petitioner may satisfy her burden by presenting circumstantial evidence and reliable medical opinions. Id. at 1325-26.

Regarding the fifth Loving factor, the undersigned finds that Petitioner has failed to show by preponderant evidence that the Tdap vaccination significantly aggravated her MS because her clinical course was not consistent with a vaccine-induced exacerbation, as explained below.

Further, Petitioner's treating physicians did not offer opinions in her medical records associating her MS exacerbation with her Tdap vaccination. In cases with such evidence, it can be considered in an analysis of Althen prong two. See Andreu, 569 F.3d at 1367; Capizzano, 440 F.3d at 1326 ("[M]edical records and medical opinion testimony are favored in vaccine cases, as treating physicians are likely to be in the best position to determine whether a 'logical sequence of cause and effect show[s] that the vaccination was the reason for the injury.'" (quoting Althen, 418 F.3d at 1280)).

Here, while Petitioner's treating neurologists noted her report of symptom onset after vaccination, they did not attribute her MS or neurological symptoms to vaccination. See, e.g., Pet. Ex. 4 at 7-8 (noting Petitioner received the Tdap vaccine and developed numbness in her fingers two days later). These notations reflect merely a temporal association and do not suggest vaccine causation. Isaac v. Sec'y of Health & Hum. Servs., No. 08-601V, 2012 WL 3609993, at *26 (Fed. Cl. Spec. Mstr. July 30, 2012) ("A treating physician's recognition of a temporal relationship does not advance the analysis of causation.").

For these reasons, the undersigned finds that Petitioner has failed to provide preponderant evidence of a logical sequence of cause and effect to satisfy her burden under Loving factor five.

### F. Loving Factor Six: Proximate Temporal Relationship

The last element in the six-part Loving test has origins in Althen prong three. As stated in Loving, this element is "a showing of a proximate temporal relationship between vaccination and the significant aggravation." 86 Fed. Cl. at 144. Althen prong three requires Petitioner to establish a "proximate temporal relationship" between the vaccination and the injury alleged. Althen, 418 F.3d at 1281. A proximate temporal relationship has been equated to mean a

"medically acceptable temporal relationship." Id. Petitioner must offer "preponderant proof that the onset of symptoms occurred within a timeframe which, given the medical understanding of the disease's etiology, it is medically acceptable to infer causation-in-fact." de Bazan, 539 F.3d at 1352. The explanation for what is a medically acceptable time frame must also coincide with the theory of how the relevant vaccine can cause the injury alleged (under Althen prong one). Id.; Koehn v. Sec'y of Health & Hum. Servs., 773 F.3d 1239, 1243 (Fed. Cir. 2014); Shapiro, 101 Fed. Cl. at 542.

This factor consists of two parts. Petitioner must first establish the time frame within which it is medically acceptable to infer causation given the proposed mechanism. And secondly, she must show that the onset of the worsening or aggravation of her illness occurred during this time frame.

Petitioner received the Tdap vaccination on May 19, 2016 at 4:20 pm. Pet. Ex. 2 at 22. A week later, on May 26, 2016, she presented to the ER and reported that she received the "tetanus shot on Thursday," and "on Saturday [May 21] she started having numbness in her arm." Id. at 14. She had shooting pain down her left arm, numbness, and decreased hand mobility and her symptoms had worsened since the time of initial onset. At the May 26, 2016 visit, Petitioner variably reported that her symptoms occurred two days and three days after the vaccination. See id. at 4 (history of present illness note), 14 (triage note). At subsequent appointments, Petitioner consistently reported a two-day onset of her symptoms, including when she saw a neurologist in July 2016 and when she saw Dr. Moss at the Cleveland Clinic in October 2016. See Pet. Ex. 4 at 8 (noting she received a Tdap vaccine and two days later developed numbness into her fingertips of her left hand); Pet. Ex. 8 at 8 ("[F]irst experienced definite neurological symptoms on May 21, 2016, consisting of numbness of the left neck and arm extending into the fingertips as well as weakness of her left hand grip strength.").

Based on the medical records and the opinions of two neurologists, including an MS specialist at Cleveland Clinic, the undersigned finds the onset of Petitioner's neurological symptoms and MS exacerbation occurred May 21, 2016, two days after vaccination.

Petitioners' experts opine that a two-day onset is appropriate. Dr. Goodman also asserted that reactivation of an existing MS lesion does not require the "full evolution of biological events as observed in EAE." Pet. Ex. 28 at 11. Similarly, Dr. Okuda opined that two-day onset after Tdap can occur due to activation of IL-17+ T cells within the existing lesion. He argued that a pre-existing lesion could be more susceptible to inflammation because it already had "permeable channels in which cells can cycle in and out of." Tr. 118. Dr. Okuda relied on Tzartos et al. for this proposition, but he conceded that the study did not address a two-day onset.

Respondent's expert, Dr. Lindsey agreed that re-induced disease occurred earlier than initial disease, and in fact, his own research showed that re-introduced disease occurs more quickly than initial disease. While initial onset of disease in EAE takes ten to 21 days, re-introduced disease onset occurs within six to eight days. However, Dr. Lindsey explained that a "specific antigen" is "really needed . . . to get the accelerated reintroduced disease." Tr. 222. And he maintained that "two days is much too quick to reactivate immune cells in the muscle

where the vaccine was given and for them to get to the spinal cord and . . . cause the symptoms." Tr. 225.

While Dr. Goodman acknowledged that Petitioner experienced sensory symptoms approximately two days after vaccination, Dr. Goodman also criticized Respondent's reliance on EAE models in the present case where the initial symptoms were sensory. Citing Anderson et al., an EAE mice study showing that mice did not have overt motor signs until four to six days after immune stimulation, Dr. Goodman argued that mice are unable to report subjective sensory symptoms, inferring that sensory symptoms may have preceded motor signs. Addressing Dr. Goodman's point that mice studies may not capture onset of sensory symptoms, Respondent's expert, Dr. Forsthuber, agreed it was possible that animals may have sensory symptoms before motor symptoms, but he explained that sensory symptoms would not occur without the presence of inflammatory or T cells in the CNS.

Moreover, Respondent's expert, Dr. Forsthuber provides specific and detailed opinions about the timeline which is required for the medical theory advanced by the Petitioner to explain how the vaccine could exacerbate MS. This timeline starts upon injection of the vaccine antigen into the muscle resulting in tissue damage, irritating APCs, and creating local inflammation. Dendritic cells then pick up the vaccine antigens and move them from the injection site to the relevant lymph nodes. He opined that it takes between 12 to 24 hours for sufficient dendritic cells to reach the lymph nodes. There are two lymph node phases, and together these take two to three days. T activation occurs during the late lymph node phase, followed by T cell proliferation, during which T cells make cytokines. Approximately day four, T cells leave the lymph nodes, circulate through the blood, and enter tissue, where they reactivate and produce cytokines. The process generally takes five to six days.

Dr. Forsthuber's own research (published as Sosa et al.) provides foundational support for the above timeline and his demonstrative exhibit. Sosa et al. found "CD4+ T cells infiltrated the CNS in substantial numbers as early as day [five] following immunization" in their EAE model with a rapid rise in CD4+ T cells on day 11 coinciding with the onset of clinical symptoms. Resp. Ex. F-15 at 5. A study from Bartholomäus et al. demonstrated it took five days for autoimmune memory T cells to appear in the CNS. Another EAE study from Mardiguan et al. showed that new onset of disease occurred on day 13, while reactivation of disease in a relapsing EAE model occurred after "at least [five] days" after LPS challenge. Resp. Ex. F-4 at 8. The authors found "this pattern resembles that seen in human MS patients following peripheral infection" and theorized the "lag may reflect the time needed for sufficient damage to occur to the blood-brain barrier, the destruction of myelin[,] and generation of a conduction block." Id.

Other research cited noted that this immune response takes four to five days. See, e.g., Resp. Ex. C-6 at 1 (finding a mean onset of 7.3 days for re-introduced EAE); Pet. Ex. 36 (finding it took four to six days for EAE models to become symptomatic); see also Resp. Ex M-15 at 8-9 (explaining there is a two-week lag between peripheral activation and clinical manifestation and this lag "probably represents the time necessary for the recruitment of a relatively large number of pathogenic cells within the CNS").

Dr. Forsthuber agreed with Petitioner's experts that EAE and MS are not the same, and that animal modes do not perfectly replicate the human experience of MS. Regardless, these studies provide detailed and fundamental knowledge about migration of T cells and the kinetics of disease onset. Further, assuming Petitioner's argument that vaccination is akin to infection in its ability to induce MS disease exacerbation, Dr. Forsthuber pointed to Buljevac et al., a prospective study about MS exacerbation after infections, which showed that "exacerbations started on average 9.5 days after clinical onset of infection." Pet. Ex. 32 at 4.

Moreover, Petitioner's literature is not supportive of a two-day onset. Tzartos et al. did not discuss timing or reactivation of IL-17+ T cells in CNS. While Agmon-Levin et al. reported on one case of TM that occurred within three days of a tetanus vaccine, here Petitioner's diagnosis was not TM. Langer-Gould et al. did not provide support for a two-day onset; the authors examined 14- and 30-day intervals post vaccination and did not consider a two-day interval. Further, the study provided no evidence that vaccines could result in transition from subclinical disease to overt symptomatic disease in two days. And Karussis and Petrou reported an onset of CNS demyelinating syndromes between six and 15 days after DTaP and tetanus vaccination. Furthermore, while Baxter et al. used a two to 42 day secondary risk interval to capture cases of TM following vaccination, the authors excluded individuals who had prior or subsequent history of MS. It not clear that Baxter at al. is relevant to the present case.

Thus, the undersigned finds a lack of foundational support for Petitioner's position that the mechanism which is thought to induce MS and/or cause relapse in in the context of pre-existing lesions can occur within two days. Petitioner has failed to show that she suffered a significant aggravation of her MS within the temporal period appropriate given her proffered cytokine-based theory.

Petitioner has the burden of proving that the Tdap vaccine significantly aggravated her MS. If Petitioner fails to establish a prima facie case, then the burden never shifts to Respondent. Bradley, 991 F.2d at 1575; see also Doe 11 v. Sec'y of Health & Hum. Servs., 601 F.3d 1349, 1358 (Fed. Cir. 2010); Deribeaux v. Sec'y of Health & Hum. Servs., 105 Fed. Cl. 583, 587 (2012), aff'd, 717 F.3d 1363 (Fed. Cir. 2013). Respondent bears no burden when he disputes a petitioner's proof that a vaccine was the preponderant cause of an injury. Rather, Respondent may offer evidence or point to existing evidence that contradicts or weakens a petitioner's prima facie case on causation in fact, thus demonstrating that a petitioner cannot meet her overall burden of proof by preponderant evidence. Stone, 676 F.3d at 1379; LaLonde v. Sec'y of Health & Hum. Servs., 110 Fed. Cl. 184, 198 (2013), aff'd, 736 F.3d 1334 (Fed. Cir. 2014).

The undersigned acknowledges that shorter onset time periods have been accepted in cases of immune-mediated diseases, however, these cases and the relevant supportive literature involve different vaccines, different diseases, and/or different disease mechanisms. For example, in Le, the petitioner suffered TM within two to three days of vaccination and put forward a theory of molecular mimicry. Le v. Sec'y of Health & Hum. Servs., No. 16-1078V, 2023 WL 3049203, at *35 (Fed. Cl. Spec. Mstr. Mar. 30, 2023). Similarly, in Hargrove, TM occurred 48 to 72 hours after a DTaP vaccination. Hargrove ex rel. Wise v. Sec'y of Health & Hum. Servs., No. 05-0694V, 2009 WL 1220986, at *33 (Fed. Cl. Spec. Mstr. Apr. 14, 2009). In Al-Uffi, the

petitioner prevailed in an autoimmune encephalitis/HBV claim with onset two to three days after vaccination. Al-Uffi ex rel. R.B. v. Sec'y of Health & Hum. Servs., No. 13-956V, 2017 WL 1713113, at *17-18 (Fed. Cl. Spec. Mstr. Feb. 22, 2017). While in Quirino, the petitioner experienced flu-like symptoms within 18 hours and sensory symptoms of small fiber neuropathy within 48 hours of a Tdap vaccine. Quirino v. Sec'y of Health & Hum. Servs., No. 17-989V, 2023 WL 9229145, at *23-24 (Fed. Cl. Spec. Mstr. Dec. 18, 2023). Using these cases to support a shorter onset here is not appropriate without some foundational evidence to support such extrapolation.

While Petitioner cites Paluck, a case in which the Federal Circuit determined the special master erred in setting a "hard and fast deadline" between vaccination and onset, the facts and circumstances in the present case are different. Paluck v. Sec'y of Health & Hum. Servs., 786 F.3d 1373, 1383 (Fed. Cir. 2015). In Paluck, the special master found the 23 day onset precluded a finding in the petitioners' favor on Althen prong three. Id. The petitioners in Paluck had provided three articles variably describing onset of mitochondrial disorders between three days and 19 days after infection. Id. The special master acknowledged there was a wide variety of mitochondrial disorders and the diseases remained poorly understood; however, the special master determined that onset needed to have occurred within 21 days for the petitioners to prevail. Id. The Circuit concluded that "[g]iven the heterogeneity of mitochondrial defects and the paucity of scientific literature discussing the impact that vaccination has on persons suffering from such defects, the special master had no reasonable basis for setting a hard and fast deadline of three weeks for the onset of neurological symptoms." Id.

The evidence here establishes that an appropriate onset period for the mechanism proposed by Petitioner is four to five days or more. Thus, the difference between two days and four days is not a "hard and fast" deadline made without a reasonable basis, but a reflection of what is known about the timeline of the adaptive immune response relevant herein.

In summary, the undersigned finds that Petitioner has failed to provide preponderant evidence satisfying Loving factor six.

## V. CONCLUSION

The undersigned extends her sympathy to Petitioner for the pain and suffering and disability that she has experienced due to her illness. The undersigned's Decision, however, cannot be decided based upon sympathy, but rather on the evidence and law.

For the reasons discussed above, the undersigned finds that Petitioner has failed to establish by preponderant evidence that her Tdap vaccination significantly aggravated her MS. Therefore, Petitioner is not entitled to compensation and the petition must be dismissed.

In the absence of a timely filed motion for review pursuant to Vaccine Rule 23, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with this Decision.

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master